CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Antoine Jones

**FILED**

MAR 0 1 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Civil/Criminal No.: CR 05-386-01

## NOTE FROM JURY

Judge Huevelley can you break down the instruction again for a partial vote. Can you give a partial vote by not doing the conspiracy, but vote for the section called "Controlled Substances". Some jurors are confused about a partial vote

Date: 3-1-13

Time: 9.57

FOREPERSON