1                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
2

        THE UNITED STATES OF AMERICA,)
3                                    )        File No:  CR 05-386
                       Plaintiff,    )
4                                    )        Date:  February 14, 2013
        vs.                          )               A.M. Session
5                                    )
        Antoine Jones,               )        Time:  9:48 a.m.
6                                    )
                       Defendant.    )
7

8       _____

9                       TRANSCRIPT OF JURY TRIAL
                              HELD BEFORE
10               THE HONORABLE ELLEN SEGAL HUVELLE
                     UNITED STATES DISTRICT JUDGE
11                             Day 15

12      _____

13      APPEARANCES:

14      For the United States:   Ms. Darlene M. Soltys
                                 Ms. Courtney Spivey Urschel
15                               Assistant United States Attorneys
                                 United States Attorneys Office
16                               555 Fourth Street, NW
                                 Washington, DC   20530
17

        For the Defendant:       Antoine Jones, *pro se*
18

        Also Present:            Mr. Jeffrey B. O'Toole
19                               Ms. Errin Scialpi
                                 Attorneys at Law
20                               O'Toole Rothwell
                                 1350 Connecticut Avenue, NW
21                               Suite 200
                                 Washington, DC   20036
22


23      Court Reporter:          Vicki Eastvold, RMR, CRR
                                 United States Courthouse, Room 6722
24                               333 Constitution Avenue, NW
                                 Washington, DC   20001
25                               (202) 354-3242

I N D E X

Record Made.......................................... 3

DENIECE JONES
     Direct Examination by Mr. Jones.................. 10
     Cross-Examination by Ms. Soltys.................. 36
     Redirect Examination by Mr. Jones................ 56

LAWRENCE MAYNARD
     Direct Examination by Mr. Jones.................. 61

E X H I B I T S

                                              ADMITTED

GOVERNMENT EXHIBIT:

     MISC-58..................................... 42
     MISC-60..................................... 64

DEFENDANT EXHIBIT:

     46 through 48............................... 15
     49......................................... 24
     50 and 51.................................. 25
     52 and 53.................................. 54
     58......................................... 76
     59......................................... 80
     60......................................... 81
     61 and 62.................................. 82
     63......................................... 85

1                    (The following proceeding were held outside the

2          presence of the jury.)

3                    THE COURT:  All right.  Good morning, Mr. Jones.

4                    MR. JONES:  Good morning.

5                    THE COURT:  Our jury just arrived.

6                    MS. SOLTYS:  Good morning, Your Honor.

7                    THE COURT:  Good morning.

8                    MS. SOLTYS:  Could I put something on the record?

9                    THE COURT:  Yeah.  Everybody paying attention?

10                   Mr. O'Toole, can you wait a minute?

11                   MR. O'TOOLE:  Good morning.

12                   THE COURT:  Morning.  Okay.  She's about to put

13         something on the record.

14                   MS. SOLTYS:  Yesterday I was advising the Court

15         about the security access records to the FBI.  And I had

16         provided the Court with the first name of the two women that

17         Agent O'Brien had spoken to, so I wanted to provide the

18         Court with their full names.

19                   So the one woman's name was Annelise Selvaggi.

20         And so her name is A-N-N-E-L-I-S-E, S-E-L-V-A-G-G-I.  And

21         then the other woman, who was the head of security, she's

22         called the acting SSS/ACSO, and her name is Sheila Brown.

23                   THE COURT:  Okay.

24                   MS. SOLTYS:  And then we had also discussed the

25         line sheets for when Agent O'Brien, who was the wire

1    administrator, reviewed all of the wire phone calls.  And so

2    we went back to the office and looked at those.  And I can

3    tell the Court that on Saturday, September the 24th, Agent

4    O'Brien was reviewing line sheets between 8:56 p.m. and

5    10:44 p.m.  On Monday, September the 26th, Agent O'Brien was

6    reviewing line sheets between 8:00 a.m. and 11:54 a.m., and

7    then again in the afternoon from 3:48 until 4:51 p.m.  And

8    then on October the 4th, she was reviewing line sheets from

9    1:31 p.m. to 1:35 p.m., and then again from 5:08 p.m. to

10   5:35 p.m., and from 5:40 to 6:16 p.m.

11          Then I can also tell the Court that we received

12   two other letters from Sprint.  And they are -- for the two

13   remaining 2703(d) orders that we had submitted with respect

14   to the two other telephone numbers, one for Detective Horne,

15   and it reads:  "As a regular business practice,

16   Sprint/Nextel only stores incoming digits and cell site

17   information on its CDMA and IDEN networks for a finite

18   period of time in an online call detailed record archive.

19   For both the CDMA network, formerly known as the Sprint PCS

20   network, and for the IDEN network, formerly known as the

21   Nextel network, records are kept for approximately the most

22   recent 18- to 24-month period from the date of processing.

23   Sprint/Nextel maintains the CDR, which is the call detail

24   records, in the format of customer bills which may or may

25   not provide the incoming digits.  Location information (cell

1      site) is not included on a bill reprint."

2              That was for Detective Horne's cell phone.

3              And then finally for Agent Yanta's cell phone, the

4      letter reads:  "Please be advised that historic/stored cell

5      site records are typically kept for the most recent 18- to

6      24-month period from the date of processing depending on

7      network.  Older records, if available, are in the form of a

8      bill reprint and do not include location information."

9              THE COURT:  Okay.  That takes care of the cell

10     site data.

11             All right.  Any other miscellaneous before we call

12     the witness?

13             MR. JONES:  Your Honor?  I like to -- a copy of

14     what the Government just spoke of.  And I think it's still

15     incomplete because she just spoke of Kellie O'Brien, but we

16     still have Kirschner and Yanta that she have to --

17             THE COURT:  You won't have that data.  That's what

18     those two women reported.  They don't keep the in and out.

19     The only reason they know anything about O'Brien is because

20     she logs in when she reviews the cell site -- I mean with

21     the wiretap.  So they happen to know from the line sheets

22     when she was there, at least she's there those hours.

23     Doesn't mean she's not there more hours.  But there is no

24     data -- she reported that yesterday -- for the FBI.  And no

25     one -- the other two -- correct me if I'm wrong -- don't

1    review the wiretap.

2              MS. SOLTYS:  Correct.  The wire administrator

3    reviews the wiretap.

4              THE COURT:  So you can derive from the fact that

5    she was there those hours reviewing wiretap that she was

6    there those hours, but you can't say anything about the

7    other two.

8              MR. JONES:  I just need a copy of what she just

9    spoke of.

10             THE COURT:  Well, you have the line sheets.  She's

11   -- right?

12             (NOTE:  Off-the-record discussion between

13   Ms. Soltys and Mr. Jones.)

14             MS. SOLTYS:  I can provide Mr. Jones with a

15   redacted copy of the letters that I just read.

16             THE COURT:  Oh, the letters.  Fine.  That's fine.

17   That's something else.  That's unrelated to the line sheets.

18   Okay.

19             We ready to call your witness?

20             MR. JONES:  Yes.  In one second.

21             (NOTE:  Off-the-record discussion between

22   Mr. Jones and Ms. Soltys.)

23             MR. JONES:  Your Honor, the defense -- oh, I'll

24   wait.

25             THE COURT:  Yeah, we're going to bring in the

```
 1    jury.  Your wife can come on in.

 2             MR. JONES:  Okay.

 3             THE COURT:  Marshal, is Mr. Maynard here?

 4             He's the second witness.  All right?  And that's

 5    it for your witnesses.  Or did you find someone else?

 6             MR. O'TOOLE:  No, just these two right here,

 7    Your Honor.

 8             THE COURT:  All right.  The two witnesses for the

 9    defense.

10             Then we have a short -- your rebuttal's on call?

11    Is that a "yes"?

12             MS. URSCHEL:  Yes, Your Honor.

13             MS. SOLTYS:  Two witnesses, very brief.

14    Hopefully.

15             THE COURT:  Two?  I was only aware of one.

16    Somebody to play calls, you mean?

17             MS. SOLTYS:  Yes.

18             THE COURT:  Oh, all right.  Are there transcripts

19    of those calls?

20             MS. SOLTYS:  No, there's not.  We'll be playing

21    two phone calls, but there are no transcripts.

22             THE COURT:  There are no transcripts.  So we have

23    to edit the jury instruction.

24             MR. JONES:  Your Honor, one last thing.  I would

25    be asking -- without objections -- to put in two disks.  One
```

1     is the photo of the Club Levels.  In my closing I would like

2     to play -- you know, it's a couple of events.  And

3     Mr. Balarezo had took a photo of him going up Summit Circle

4     steps and going back out of the side of the steps.  He had

5     presented in the last trial.

6              THE COURT:  I don't know what they are, but if you

7     can figure it out with the Government, I have no objection,

8     obviously.  I don't know what they are.  It sounds like it

9     was something that was introduced last time.  I can't

10    imagine we had a picture of Balarezo going up and down

11    Summit Circle, but --

12             (NOTE:  Off-the-record discussion between

13    Mr. Jones and Ms. Soltys.)

14             THE COURT:  She can take the stand if that's --

15    she's coming first?

16             MR. O'TOOLE:  Yes.

17             THE COURT:  Oh, I didn't -- yeah.  That's what he

18    said.

19             Good morning, ma'am.  You can just take a seat

20    here.  Good morning.  How are you?

21             MS. SOLTYS:  Your Honor, based on what Mr. Jones

22    has told me, that seems reasonable.  He's described them to

23    me.  I would obviously like to see them before --

24             THE COURT:  Right.  Well, he can supplement the

25    record whenever he gets his hands on them.  But if you're

1    going to use them in closing, they got to be in there before

2    then.

3              MS. SOLTYS:  Right.  I think that the way he's

4    described it to me, we would not have any objection.

5              THE COURT:  Right.  But they must exist somewhere,

6    right?

7              MR. JONES:  The Government -- we need a copy from

8    the Government.  And I think defense have the one of

9    Mr. Balarezo.

10             THE COURT:  Well, you can figure it out.  Just get

11   it in here before closings, if you want to use it.

12             Yes, we're ready for the jury.

13             Right, Mr. Jones?  You ready?

14             MR. JONES:  Yes.

15             THE COURT:  Okay.  Here they are.

16

17             (NOTE:  The jury entering the courtroom at

18   9:58 a.m.)

19             THE COURT:  Everyone wearing red.  Happy

20   Valentine's Day.  I can tell.

21             Gwen, you're wearing a coral.

22             THE DEPUTY CLERK:  Add a little more color to it,

23   it turn red.

24             THE COURT:  Happy Valentine's Day, ladies and

25   gentlemen.  We're ready to proceed.  You should have seen us

1    once when we had a trial on March 17th.  Okay.

2                          DENIECE JONES,

3                     after having been first duly

4                    sworn upon oath, was examined

5                      and testified as follows:

6                         DIRECT EXAMINATION

7    BY MR. JONES:

8    Q.  Happy Valentine's Day, Mrs. Jones.

9    A.  Happy Valentine's Day.

10   Q.  How you doing?

11   A.  I'm good.

12   Q.  Can you give the Court and the jury your first and last

13   name?

14   A.  Deniece Jones.

15   Q.  And what was your maiden name?

16   A.  Deniece Johnson.

17   Q.  Ms. Jones, how long have you known Mr. Jones?

18   A.  We met when I was 16.  You were 19.

19   Q.  When did we get married?

20   A.  We got married November 2001.

21   Q.  Isn't it true that one of the reasons why you moved out

22   of the house with Mr. Jones because we wasn't married?  And

23   you changed your life over to the Lord?

24   A.  That's correct.

25            MS. SOLTYS:  Objection, Your Honor.

1          THE COURT:  On the grounds it's a compound

2     question?  Or what?

3          MS. SOLTYS:  It's a compound question.  It's also

4     on relevance grounds.

5          THE COURT:  Well, overruled.  But it is a compound

6     question.  Can you break it down?  What do you want her to

7     answer?  You moved out of the house because you weren't

8     married, is that --

9     BY MR. JONES:

10    Q.  Isn't it a fact that you and Mr. Jones lived at 1655 W

11    Street, Southeast?

12    A.  We did.

13    Q.  Isn't it a fact at one time you moved out because you

14    changed your life and -- over to the Lord?

15    A.  That's correct.

16    Q.  Even after buying the Brandywine house, you didn't move

17    in with Mr. Jones, correct?

18    A.  Not -- that's correct.

19    Q.  The bottom line, you fear God and you put God first

20    before Mr. Jones, correct?

21    A.  This is correct.  After I got saved I changed my

22    lifestyle and stopped living with you until after we were

23    married.

24    Q.  Mrs. Jones, will you lie under oath?

25    A.  No, sir.

1    Q.  Mrs. Jones, when you started your business, Faith

2    Traveling Network, why did you name your business that?

3    A.  When I started my business, I was actually looking for a

4    name -- I decided to start a travel agency, and I was

5    looking for a name for it, and so I prayed about it.  And

6    the name "Faith Travel Network" came to me.  So I decided --

7    I prayed about it and went with that name.

8              And then later on I changed the scope of my

9    business, so I changed it -- when I changed the scope of the

10   business from travel, strictly travel agency, I went into

11   government consulting and I got some government contracts.

12   So I changed it from Faith Travel Network to FTN

13   Consultants.

14   Q.  Mrs. Jones, before Mr. Jones came home, did you have a

15   Jeep Cherokee?

16   A.  Yes, I did.  I purchased the Jeep Cherokee.

17   Q.  Did you know what year you purchased this Cherokee?

18   A.  I actually don't remember the year I purchased it.

19   Q.  Mrs. Jones, do you remember purchasing a Toyota Sequoia

20   with Mr. Jones?

21   A.  Yes.

22              THE COURT:  Sequoia or Corolla?

23              MR. JONES:  Sequoia.

24              THE COURT:  Oh, Sequoia.

25              THE WITNESS:  Yes, we purchased -- actually the

1   loan's in your name.  The Sequoia -- for the Sequoia.

2   BY MR. JONES:

3   Q.  Okay.  Did you and Mr. Jones drive the Jeep on different

4   occasions separately?

5   A.  Yes.  I drove it, sometimes --

6              THE COURT:  When?  When?  When?  When?

7   BY MR. JONES:

8   Q.  Between 2001, 2002, 2003, 2004, 2005.

9              THE COURT:  No, no.  Let's just focus on -- all we

10  care about is '04, '05.

11  BY MR. JONES:

12  Q.  2004 and '05, did you and Mr. Jones occasionally drive

13  the Jeep?

14  A.  Between 2004 and 2005 I drove the Jeep sometimes,

15  Mr. Jones drove the Jeep sometimes, and our son actually

16  drove it for awhile when his car was in the shop.

17  Q.  In 2004 and 2005, did you and Mr. Jones drive the Toyota

18  Sequoia?

19  A.  Yes.  Both you and I drove the Sequoia between 2004 and

20  2005.

21  Q.  Did Mr. Jones buy a minivan?  A white minivan?

22  A.  Yes.

23  Q.  Who drove this white minivan?

24  A.  The white minivan I believe was solely Mr. Jones's.  My

25  son could have driven it.  I don't remember.

1   Q.  Did Mr. Jones buy a black Cadillac for Antoine Jones,

2   Jr.?

3   A.  Yes.

4   Q.  Who drove the black Cadillac?

5   A.  Mostly it was our son.  I don't recall if you ever drove

6   the black Cadillac.

7   Q.  Mrs. Jones, do you remember the weekend of February 6, 7

8   and 8, 2004, during Pastor Jenning's birthday event?  Do you

9   remember that time?

10  A.  I do.

11  Q.  Can you explain to the jury what happened during that

12  time, that event?

13  A.  Yes.  You and I went to Philadelphia for the weekend.

14  Our son stayed home.  He didn't go with us.

15  Q.  So did anybody else go with you with that event?

16  A.  My mother and my sisters.

17  Q.  Is this a yearly event that's significant to the people

18  who participate in the church?

19  A.  Yes, it is.  It's a celebration of our pastor's

20  birthday, and it's a big celebration every year.

21  Q.  Mrs. Jones --

22              (Pause.)

23              THE COURT:  We on 46?

24              THE DEPUTY CLERK:  Yes.  Defense Exhibit 46.  Is

25  all this one exhibit or three different exhibits?

1          MR. JONES:  You can make it three different.

2          THE DEPUTY CLERK:  Three different?  Okay.

3    Defense Exhibit 46, 47 and 48.

4          THE COURT:  Are you putting them in evidence?

5          MR. JONES:  Yes.

6          MS. SOLTYS:  No objection.

7          THE COURT:  Do you have any objection?  Okay.

8     (Defendant's Exhibit 46, 47 and 48 received in evidence.)

9    BY MR. JONES:

10   Q.  Mrs. Jones, the weekend that you speaking of that you

11   and Mr. Jones was at -- in Philly --

12   A.  Uh-huh.

13   Q.  -- February the 6th, 7th and 8th --

14   A.  Uh-huh.

15   Q.  -- and you said your son was at home?

16   A.  He didn't accompany -- he did not accompany us.  He

17   stayed home.

18   Q.  Was he driving -- do you know what vehicle he was

19   driving at the time when we left?

20   A.  February 2004?  I believe he was driving -- he was

21   driving the black Cadillac.

22   Q.  Mrs. Jones, did Mr. Jones keep a secret from you that he

23   rented apartment for Greg Leakes (sic)?

24   A.  He didn't tell me -- you didn't tell me when you

25   initially rented the apartment.

 1     Q.  Right.  Mrs. Jones, do Mr. Jones do a lot of favors for

 2     his friends, family and loved ones?

 3     A.  You do.

 4     Q.  I'm going to show you Exhibits 46, 47 and 48.  And can

 5     you explain to the jury exactly what it is?

 6     A.  I'll try.

 7     Q.  This is Exhibit 46 (indicating.)  This is Exhibit 47

 8     (indicating.)  And this is Exhibit 48 (indicating).

 9     A.  Can I see 46 again?

10     Q.  46?  This is 48 -- I mean -- 48.  46 right here

11     (indicating).

12     A.  That's 46?  Okay.

13     Q.  I'm going to let you look at these exhibits.  Can you

14     explain to the jury exactly what they are and what's on it?

15     A.  Exhibit 46 is our 2005 tax return.

16              THE COURT:  When you say "our," it's a joint

17     return?

18              THE WITNESS:  It's a joint return.  47 is our 2002

19     tax return.  Again, a joint return.  And 48 is 2001 tax

20     return.  Again, it's a joint return.

21     BY MR. JONES:

22     Q.  Now, Mrs. Jones, if I'm correct, does it say

23     "Mrs. Johnson"?

24     A.  It says "Deniece Johnson and Antoine Jones."

25     Q.  Okay.  Can you tell the jury why you have Johnson

1    instead of Jones on it?

2    A.  Because I had been -- we got married in 2001, so I'd

3    been filing my taxes under Deniece Johnson, of course, up

4    until that point.  At that point I hadn't switched over

5    everything to my married name.  And I still obviously had --

6    well, I had by 2005.  But 2001, 2002 have me listed as

7    Deniece Johnson and you as Antoine Jones.  2005 has us both

8    listed as Jones.

9             THE COURT:  And can I just see Exhibit 46?

10            (NOTE:  The witness handing a document to the

11    Judge.)

12            THE COURT:  Go ahead.  Do you want to ask her

13    about this one?

14            MR. JONES:  No.  I'm going to put it in as an

15    exhibit.

16            THE COURT:  Oh.  Well, I have a question.  It says

17    here you have gross income of 60,000 and adjusted gross

18    income of 43,000.  How much of that is yours, do you know?

19    Can you tell from that?  It's your business expenses, I

20    think.

21            THE WITNESS:  Just a moment.  This is the --

22    line 12 is the business income which -- business income or

23    loss, which is $60,874.

24            THE COURT:  And whose business?

25            THE WITNESS:  That's going to be -- I believe

1    that's going to be mostly FTN Consultants.

2              THE COURT:  FTN.

3              THE WITNESS:  My business.

4              THE COURT:  All right.  Is that true in the prior

5    years, too?

6              THE WITNESS:  That's correct.

7              THE COURT:  Okay.  Questions?

8    BY MR. JONES:

9    Q.  What year was this that you just spoke of?

10   A.  That was -- we were talking about Exhibit 46, which was

11   the 2005 tax return.

12   Q.  Can you go to the other two and tell the jury the same

13   thing you just spoke of?

14             THE COURT:  Just tell us what the gross income is

15   and whether it's your business.

16             THE WITNESS:  Okay.  So Exhibit 47, which is the

17   2002 tax return, the business income says $46,571.  Again, I

18   believe most of that's going to be FTN Consultants.  And

19   then 2001 business income was $30,439, and that's going to

20   be FTN Consultants.

21             THE COURT:  When did you set up FTN?

22             THE WITNESS:  1996.

23             THE COURT:  Okay.  Anything else?

24   BY MR. JONES:

25   Q.  Mrs. Jones, this is new to me, so I'm just asking so I

1    can understand it.  This Part 1 income, what -- this area

2    right here (indicating), what do this mean?

3    A.  Slide it over just a little.

4    Q.  Do you need it close up?

5    A.  Actually if I could get that back.  2001.

6          (NOTE:  Exhibit provided to the witness.)

7    A.  Okay.  So that's gross receipts.  That's going to

8    represent probably the amount of income I received from --

9    that's going to represent the amount that I received from

10   the government for the contracts.

11         THE COURT:  Travel stuff, you mean?  What you were

12   doing in the travel business?

13         THE WITNESS:  The meeting planning, correct.

14         THE COURT:  Media planning.  Okay.

15         (NOTE:  Exhibit being provided to the witness.)

16         THE WITNESS:  2005, it was $126,952.  Again,

17   that's going to be receipts from the government for meeting

18   planning business.  And then this is 2002, $193,159.

19   BY MR. JONES:

20   Q.  I couldn't hear.  What you did you say?  I couldn't hear

21   you.

22   A.  $193,159.

23   Q.  Thank you.  Mrs. Jones, isn't it true that my money is

24   your money?

25   A.  This is correct.

1    Q.  Isn't it true that your money is my money?  Mr. Jones's

2    money?

3    A.  This is correct.

4    Q.  Now, if Mrs. -- I mean, if Mr. Jones discuss a

5    conversation with you over the phone or in person griping

6    about the club is not making money like he want to or is he

7    going through financial problems, do that mean Mr. Jones is

8    broke?

9    A.  No, that does not mean that you were broke.  We -- I had

10   my business going on.  The way that the club came about, you

11   came to me, you said a friend had a proposition for you, and

12   so you were to invest in the grand opening of his club.  And

13   he was going to double your money back that same night, the

14   night of the grand opening.  And you were going to put the

15   money -- our money -- back in the bank.

16   Q.  Mrs. Jones --

17   A.  I wasn't done.

18   Q.  Oh, I'm sorry.

19   A.  So when you did that initial investment in the club, the

20   club -- the money that was made that night at the grand

21   opening was not enough to pay you back what you had loaned

22   him.

23            So as time progressed, the club was not making

24   money.  And this is all conversations that you and I were

25   having all along.  And so when he walked away from the club,

1    you went to an attorney -- you and he both -- had the

2    paperwork drawn up to turn the club over to you.

3            Then when you started operating the club alone, it

4    still was not making money.  And so you were investing in

5    renovating the club, and you and I were having conversations

6    back and forth because you were taking more money out

7    instead of putting the money back into our account.

8            It came to the point where you decided you were

9    tired of the club and ready to sell the club.  So then --

10   but before selling the club -- even when it was making

11   money, you didn't like the club.  It kept you out of church,

12   it kept you away from home, it was just long hours and

13   grueling.  And you were at a point in your life where you

14   decided club was not where you wanted to be.  This was

15   supposed to be a one-time investment --

16           MS. SOLTYS:  Your Honor, I'm sorry.  I do have to

17   pose an objection and move to strike.

18           THE COURT:  Right, well, let's -- okay.  What's

19   your next question, sir?  She can't just keep going on and

20   on.

21   BY MR. JONES:

22   Q.  Mrs. Jones, did you know how many years -- how many --

23   how many weeks in a year?

24           THE COURT:  Yeah, everybody does.  But when was

25   the grand opening of the club?

1          THE WITNESS:  When was the grand opening?

2          THE COURT:  Yeah.  When did the club open?  You

3    called it the grand opening.  Do you recall?

4          THE WITNESS:  I don't recall.

5          THE COURT:  Was it in '04?  '03?  Do you remember

6    what year?

7          THE WITNESS:  I don't recall.

8          THE COURT:  Okay.

9    BY MR. JONES:

10   Q.  Mrs. Jones, even after Mr. Jones became invested in the

11   club, did you come to the club to support Mr. Jones?

12   A.  No, I didn't come to the club to support you.  My family

13   had one event at the club.  We had our family reunion

14   banquet there.

15   Q.  Besides that family reunion event, have you ever been

16   into the club?

17   A.  A couple of times.  Not very often.

18   Q.  So is there a time you picked up Mr. Jones and we went

19   out to lunch?

20   A.  You mean picked you up from the club and we went to

21   lunch?

22   Q.  Yes.

23   A.  Yes.

24   Q.  Have you ever party at this club?

25   A.  No, sir.

1    Q.  Mrs. Jones, so you knew that Mr. Jones wasn't happy with

2    the club, but you wasn't sure exactly what Mr. Jones was

3    getting paid -- the amount of money we was making at the

4    club, do you?

5    A.  No, I don't know exactly how much the club was making.

6    Q.  Okay.  Mrs. Jones, what is the address of your second --

7    you and Mr. Jones's second house that you purchased

8    together?

9    A.  10870 Moore Street, Waldorf, Maryland.

10              THE COURT:  What was the first one?  You said

11   "second house."

12              THE WITNESS:  12221 Brandywine Road, Brandywine,

13   Maryland.

14              THE COURT:  Okay.  So in '05, where did you live?

15   Which one?

16              THE WITNESS:  2005, we lived in Waldorf, Moore

17   Street.

18              (Pause.)

19              (NOTE:  Off-the-record discussion between

20   Mr. Jones and Ms. Soltys.)

21              THE DEPUTY CLERK:  Your Honor, this will be

22   Defense Exhibit 49.

23              THE COURT:  Are these more pictures?

24              THE DEPUTY CLERK:  No.  This is the Maryland

25   search warrant of --

1              THE COURT:  Okay.  Right.

2              THE DEPUTY CLERK:  - 10870 Moore Street --

3              THE COURT:  All right.  All right.

4              THE DEPUTY CLERK:  -- in Waldorf, Maryland.

5              THE COURT:  I thought we put this in.

6              THE DEPUTY CLERK:  Ms. Soltys -- they did put it

7       in, but not all of it.

8              THE COURT:  All right.

9       BY MR. JONES:

10      Q.  Mrs. Jones --

11             THE DEPUTY CLERK:  Hold it.  Wait, Mr. Jones.

12             You accept this one in evidence, Your Honor?

13             THE COURT:  Any objection?

14             MS. SOLTYS:  No, Your Honor.

15             THE COURT:  All right.  It's admitted.  49.

16          (Defendant's Exhibit 49 received in evidence.)

17      BY MR. JONES:

18      Q.  Mrs. Jones, is this the house you speaking of?

19      A.  That's correct.

20             THE DEPUTY CLERK:  This is Defense Exhibit 50 and

21      51, which are photos.

22             THE COURT:  Any objections, Ms. Soltys?

23             MS. SOLTYS:  If I could just see -- no, there's no

24      objection.  And he just asked me for a photo, which I'll

25      get, so if you'll just give me -- Court's indulgence.

```
1              THE COURT:  But that's not 50 or 51?

2              MS. SOLTYS:  No.

3              (NOTE:  Off-the-record discussion between

4    Mr. Jones and Ms. Soltys.)

5    BY MR. JONES:

6    Q.  Mrs. Jones --

7              THE DEPUTY CLERK:  50 and 51 are in, Judge?

8              THE COURT:  50 and 51 are in, without objection.

9       (Defendant's Exhibits 50 and 51 received in evidence.)

10   BY MR. JONES:

11   Q.  -- I'm going to show you the Moore Street search

12   warrant.  This is right here (indicating), Exhibit No. 49.

13   This is the face (indicating).  This is the attachment

14   (indicating).  Can you see it?

15   A.  Yes.

16   Q.  This is the search warrant return (indicating).

17             THE COURT:  So far we've seen all this.  It was

18   what exhibit, Ms. Soltys?  This -- we're looking at now 49

19   for defense, but what is it for the Government?  It came

20   through the Agent Webb or --

21             MS. SOLTYS:  Naugle.

22             THE COURT:  Naugle.  Sorry.  Do you know what the

23   comparable number is?  Go ahead.  Maybe there's something

24   different.

25   BY MR. JONES:
```

1    Q.  This is an inventory sheet.  Is this your name

2    (indicating)?

3              THE COURT:  Signature.

4    BY MR. JONES:

5    Q.  Your signature, Mrs. Jones?

6    A.  Yes, it is.

7              (NOTE:  Documents provided to the witness.)

8    Q.  Mrs. Jones, on October 24th, 2005 -- excuse me.

9    Mrs. Jones?

10   A.  I'm sorry.

11   Q.  On October 24th, 2005, what time did the agents come

12   into the Moore Street house?

13   A.  They came in at 4:45 a.m.

14   Q.  When you and your husband heard a loud knock, what did

15   your husband do?

16   A.  I heard a noise.  I actually thought somebody was

17   breaking in.  And I reached for the phone to call the

18   police.  The phone was on the nightstand beside my side of

19   the bed beside the alarm clock.  That's how I know what time

20   it was.  And we both -- we were in bed.  We were asleep.

21   And we both jumped up.  And I said, Oh, my God, somebody's

22   trying to break in.  I was reaching for the phone to call

23   the police.  You jumped up and went to the bedroom door to

24   see what was going on.

25   BY MR. JONES:

1    Q.  Mrs. Jones, when the officers and agents -- strike that

2    one.

3              Did you hear the door open?

4              THE COURT:  Front door?

5    BY MR. JONES:

6    Q.  The front door.

7    A.  What I heard was I heard the door being unlocked.  The

8    door -- if you look back at the house -- the gentleman that

9    built the house, he's 6 feet 7 inches tall, so he had custom

10   doors and custom doorways and a custom lock on that front

11   door.  And when it's unlocked, you can hear it vibrating or

12   verberating (sic) throughout the house.  So I was really

13   confused because I thought somebody was breaking in; and

14   then when I heard that door, that unlock go, I was like,

15   Well, wait a minute, somebody's breaking in, but whoever's

16   breaking in has a key.  It was -- of course, again, it was

17   dark.  And then I just heard a bunch of feet coming up the

18   steps.

19   Q.  Mrs. Jones, that weekend of October the 23rd, was you,

20   Mr. Jones and I believe --

21              THE COURT:  No.  Where were you and who was there?

22   BY MR. JONES:

23   Q.  Was we out of town, I'm asking?

24   A.  You, me, my mother and my sister had gone out of town

25   that weekend.  We had gone to a -- our church had bought a

1    new church in Newport News, Virginia.  And we had gone there

2    for that celebration for the weekend.

3    Q.  Mrs. Jones, when we came back, which way did we enter

4    the house?

5    A.  Through the garage, the way we always do.  You had

6    actually lost -- your key to the front door had disappeared,

7    and I had been trying to get one made.  But because that

8    lock was a custom lock I couldn't -- I'd gone like

9    everywhere and I couldn't get a key made for you.  So you --

10   we always entered through the garage when we were in the

11   cars together.  Go ahead.

12   Q.  Was the front door locked before we went out of town?

13   A.  Yeah, the front door is always locked.

14   Q.  Was the front door -- well, you answered the question.

15           Was the front door locked when we got back in

16   town?

17   A.  Yes, the front door was locked.

18   Q.  Now, when the agents came upstairs, was they pointing

19   guns at you and Mr. Jones?

20   A.  When the light came on, there were many guns pointed at

21   us.  They threw you on the floor in the corner and --

22   Q.  Mrs. Jones, did one of the agents ask for the alarm

23   code?

24   A.  Yeah.  The -- when the noise started going off, they --

25   it was like they were all in shock like, What is that?  What

1    is that?  And I guess there was somebody downstairs, and

2    they yelled up and said, It's the alarm.  And then they

3    asked for the code.  And I gave them the code to turn off

4    the alarm.

5    Q.  Did the agents cut the alarm off after you gave them the

6    code?

7    A.  They did.

8    Q.  Okay.  Now, you and Mr. Jones was in the nude at the

9    time?

10   A.  That's correct.

11   Q.  Can you tell the jury what did they do to Mr. Jones in

12   terms of did they handcuff him at that time?

13   A.  They actually handcuffed all of us.

14               THE COURT:  Who's "us"?

15               THE WITNESS:  Me, my husband.  And my son was in

16   his bedroom down the hall, but when I saw my son he was in

17   handcuffs.

18               THE COURT:  How old was he?

19               THE WITNESS:  He was -- at that time he had just

20   had his 18th birthday.

21   BY MR. JONES:

22   Q.  Mrs. Jones, did your son, Antoine Jones, Jr., attend

23   college during that time?

24   A.  He did.  That was his first semester at Coppin State.

25               THE COURT:  Where?

1          THE WITNESS:  Coppin State in Baltimore.

2    BY MR. JONES:

3    Q.  Mrs. Jones, what time do the alarm wake Antoine Jones,

4    Jr., up?

5    A.  I don't know what time his alarm in his room wakes him

6    up, but I had set the -- upstairs in the hallway there --

7    there's a TV -- there was a TV viewing area.  And I had set

8    the TV to come on at 6:00 every morning so that I could get

9    up and tell him bye when he left out the house.

10   Q.  Mrs. Jones, isn't it a fact this was over approximately

11   an hour later when this TV came on?  And the officers

12   panicked?

13          MS. SOLTYS:  Objection, Your Honor.

14          THE COURT:  Office --

15          MR. JONES:  Panicked.  They didn't now where --

16   how to cut it off.

17          THE WITNESS:  They didn't know what it was.

18          THE COURT:  Sustained.  Don't answer.

19          THE WITNESS:  Oh, I'm sorry.

20   BY MR. JONES:

21   Q.  Can you explain to the jury what happened when this TV

22   alarm came on?

23   A.  I guess it just took them by surprise and it shocked

24   them, and everybody kind of like panicked.  Like, What is

25   that noise?

1    Q.  Mrs. Jones, isn't it a fact that they never --

2              MS. SOLTYS:  Your Honor, I'm sorry.  I have to

3    object to the leading questions of this witness.

4              THE COURT:  Yes.  Sustained.  Just ask her what

5    happened, who did what.

6    BY MR. JONES:

7    Q.  Mrs. Jones, look at what you have in front of you.

8    A.  Uh-huh.

9    Q.  This is Exhibit -- Defendant Exhibit No. 51.  Can you

10   see -- can you see this clearly?

11   A.  Yes.  Yes.

12   Q.  Mrs. Jones, is this what the agents left at the Moore

13   Street house that's on this right here (indicating)?  On the

14   TV?  You want to see a closer view?

15             (NOTE:  Exhibit being provided to the witness.)

16   A.  Okay.  They left -- he had me to sign this, pages 1

17   through 5, and --

18             THE COURT:  What -- this is exhibit number what?

19   It's on the bottom.

20             THE WITNESS:  Well, I guess all of it is

21   Exhibit 49, but he only gave me -- he only had pages 1

22   through 5 of the -- listing the items that he took.

23             THE COURT:  Okay.  So 1 through 5 -- pages 1

24   through 5 of 49.

25             THE WITNESS:  The pages that are numbered 1 of 5,

1    2 of 5, 3 of 5, and 4 of 5, those are the ones that --

2              THE COURT:  Of Exhibit 49.

3              THE WITNESS:  Correct.

4              THE COURT:  He left behind.

5              THE WITNESS:  Correct.

6    BY MR. JONES:

7    Q.  Mrs. Jones, when he gave you those documents to sign,

8    what did that -- the officer or agent do once you signed

9    those documents?

10   A.  This was pretty much at the end.  He told me that I had

11   to sign these for the items that he was taking -- for the

12   items that he had taken from the house.

13   Q.  Did the agent go over the property that was tooken?

14   A.  No.  They just took the handcuffs off of me.  I was

15   sitting in the family room in the chair handcuffed.  And

16   they took the handcuffs off of me, and he brought me into

17   the dining room where he had filled these pages out, and he

18   had me to sign these five pages.

19   Q.  At that time, did he yet presented a search warrant to

20   you?

21   A.  I was never presented a search warrant.  I didn't know

22   what one looked like until I went to my sister's house and

23   saw the search warrant there.  And that's when I realized

24   that I had never been presented with one and had never seen

25   one.

```
1    Q.  This is Defendant Exhibit 49.

2              THE COURT:  What is it?  Forty what?

3              MR. JONES:  49.

4    BY MR. JONES:

5    Q.  Mrs. Jones, so are you telling the jury that the

6    Government -- or the agents never gave you this

7    (indicating)?

8              MS. SOLTYS:  Objection.  Leading.

9              THE COURT:  Yes.  Sustained.  Have you seen this

10   before?  This is the first page of 49.

11   BY MR. JONES:

12   Q.  On October the 24th, 2005, did the agents give you this?

13   A.  No, sir.

14   Q.  This Attachment A.  Did the agent give you that?

15   A.  No, sir.

16   Q.  Defense Exhibit 51.  So the only thing was left was the

17   inventory sheets that you --

18             MS. SOLTYS:  Objection.  Leading.

19             THE COURT:  Yeah.  You've already asked her this.

20   51 was what was left.

21             (NOTE:  Exhibit being provided to the witness.)

22             THE COURT:  1 through 5.

23   BY MR. JONES:

24   Q.  Was that left at Moore Street house?

25             THE COURT:  What is "that"?
```

1          THE WITNESS:  No, sir.  Actually doesn't really

2     say -- it's a certification.

3          THE COURT:  It's part of 49?  It's the one that

4     says "Certification"?  Okay.  Put it on the screen so they

5     can see what it is.  This is part of 49.

6     BY MR. JONES:

7     Q.  Mrs. Jones, so are you sure that this wasn't left on the

8     table?

9     A.  I'm sure.  The only thing that he gave me were those

10    sheets that he had me to sign.  I never saw a search

11    warrant.  During the search there was an agent that kept

12    asking should he take a picture of a search warrant.  And

13    they never -- I didn't -- I never saw him take a picture of

14    a search warrant, I never knew what a search warrant looked

15    like, until I went to my sister's house a few days later and

16    saw one there.  That's when I called Mr. Balarezo and told

17    him --

18          THE COURT:  Okay.  All right.

19    BY MR. JONES:

20    Q.  So, basically, what he gave you in your hand that you

21    remember is the property receipt.

22          MS. SOLTYS:  Objection.  Leading.

23          THE COURT:  Yes.  Sustained.  And asked and

24    answered three times.

25    BY MR. JONES:

1   Q.  Do you specifically remember the property receipt -- did

2   he give you this (indicating) in your hand?

3   A.  They were on the dining room table.  They took me out --

4   took the handcuffs off, brought me into the dining room, and

5   told me I had to sign those five sheets for the property

6   that they took from the house.

7   Q.  Now, you spoke of the Brandywine house.

8   A.  Correct.

9   Q.  Did you and Mr. Jones own the Brandywine house?

10  A.  At that time -- yes.  You and I still owned the

11  Brandywine house.  My mother and my sister were living there

12  at that time.

13  Q.  Mrs. Jones, what time did your sister tell you the

14  agents come into the Brandywine house?

15          MS. SOLTYS:  Objection.

16          THE COURT:  Sustained.

17          MR. JONES:  Your Honor, can I approach on this

18  question right here?

19          THE COURT:  No.  It's what they call hearsay.

20  Okay.

21  BY MR. JONES:

22  Q.  Did your sister tell you -- tell you -- what time did

23  they come into the Brandywine house?

24          THE COURT:  Sustained again.  You can't ask her

25  what her sister told her.

1              Okay.  Next question?

2              MR. JONES:  No further questions, Your Honor.

3              THE COURT:  Okay.  Government can cross.

4                        CROSS-EXAMINATION

5    BY MS. SOLTYS:

6    Q.  Good morning, Ms. Jones.

7    A.  Good morning.

8    Q.  Ms. Jones, you've been testifying for about 45 minutes

9    this morning.  When you just testified, not once did I hear

10   you say that Mr. Jones was not a drug dealer between 2004

11   and 2005.  Is that not right?

12   A.  Did you not hear me say it?

13   Q.  That is correct.

14   A.  Would you like to hear me say it?

15   Q.  You did not testify to that during the 45 --

16   A.  I was not asked, ma'am.

17   Q.  That's right.  And you know that the reason that you

18   were not asked that question is because the truthful answer

19   is that you know that Mr. Jones was selling cocaine

20   during --

21              THE WITNESS:  He needs to object --

22   Q.  -- 2004 and 2005.

23              THE WITNESS:  -- because she's telling me what I

24   know.

25              THE COURT:  Yeah.  Okay.  The objection hasn't

1    been made, but I'll sustain it.  The witness objected.

2    BY MS. SOLTYS:

3    Q.  Ms. Jones --

4    A.  Yes, ma'am.

5    Q.  -- during the first trial you testified as a defense

6    witness.  Correct?

7    A.  I did.

8    Q.  And during the second trial you testified as a defense

9    witness.  Correct?

10   A.  Correct.

11   Q.  And during the first trial you never told the jury that

12   Mr. Jones was not a drug dealer during 2004 and 2005 --

13           MR. JONES:  Objection, Your Honor.

14   BY MS. SOLTYS:

15   Q.  -- did you?

16           THE COURT:  Well, that she can answer.

17           MR. JONES:  It's beyond the scope.

18           THE WITNESS:  Well, it wasn't asked.

19           THE COURT:  Okay.

20   BY MS. SOLTYS:

21   Q.  And during the second trial when you testified as a

22   defense witness, you were never once -- you never once

23   testified that Mr. Jones was not a drug dealer during 2004

24   and 2005.

25   A.  I was not asked.  Would you like to ask me today?

1    Q.  And you know that the reason that you were not asked --

2    A.  No, you can't tell me what I know.

3    Q.  -- that question ever before is because you know that

4    the truthful answer is that you know --

5    A.  You can't tell me what I know.

6    Q.  -- that Mr. Jones was a drug dealer?

7    A.  I object.

8           MR. JONES:  Your Honor?

9           THE COURT:  Sustained.  Sustained, Ms. Soltys.

10          MR. JONES:  Objection.

11          THE COURT:  I sustained it.  She doesn't have to

12   answer.

13   BY MS. SOLTYS:

14   Q.  You do know that Mr. Jones was a drug dealer between --

15          MR. JONES:  Objection.

16          THE WITNESS:  No, ma'am, I do not.

17   BY MS. SOLTYS:

18   Q.  -- between 2004 and 2005; is that correct?

19   A.  No, ma'am, I do not.

20          THE COURT:  Doesn't know it.  Okay.

21   BY MS. SOLTYS:

22   Q.  Now, up to the point of time in which Mr. Jones was

23   arrested on October the 24th, 2005, you and Mr. Jones were

24   living a very nice lifestyle, weren't you?

25   A.  I've lived a nice lifestyle from birth.

1    Q.  You had a nice house in Waldorf that --

2    A.  From birth.

3    Q.  -- that we've seen pictures of.  Correct?

4    A.  From birth.  Yes, ma'am.

5    Q.  And the house that you had in Waldorf -- we've already

6    heard testimony about it -- there's a nice foyer, there were

7    dual staircases walking in.

8    A.  No, there were not dual staircases.

9    Q.  You would describe it as -- it was a very nice house,

10   correct?

11   A.  Yes, ma'am, it was a very nice house.

12   Q.  And we know from your previous testimony that you paid

13   approximately $399,000 for that house, correct?

14   A.  That's correct.

15         THE COURT:  Which one?  Waldorf?

16         MS. SOLTYS:  Moore Street.  Moore in Waldorf.

17   BY MS. SOLTYS:

18   Q.  And at the same time you also owned the Brandywine house

19   that you said that your sister and your mother were living

20   in, correct?

21   A.  And they were paying the mortgage at the Brandywine

22   house.  That's correct.

23   Q.  And we know from your previous testimony that you've

24   said that the mortgage for the house on Moore Street in

25   Waldorf was $2,700 per month; is that correct?

1    A.   That's correct.

2    Q.   And we know from your previous testimony that you've

3    talked about the Jeep Cherokee that you bought, and that the

4    note on that was $500 a month; is that correct?

5    A.   That's correct.

6    Q.   And we know from your previous testimony that the note

7    on the Toyota Sequoia was approximately $600 a month; is

8    that correct?

9    A.   That's correct.

10   Q.   And I -- we know from your previous testimony that

11   during this period of time you and Mr. Jones bought a house

12   in Baltimore for which you used a cashier's check to pay;

13   isn't that correct?

14   A.   That's correct.

15   Q.   And the amount of that house, that house you bought, it

16   was a shell, and you paid $37,000 for that house, correct?

17   A.   That's correct.

18   Q.   No mortgage.  Just the secure -- just a certified check;

19   is that correct?

20   A.   That's correct.

21   Q.   Now, you also know that during this period of time

22   Mr. Jones had very little legitimate income.  Is that

23   correct?

24   A.   I know that the club was generating some income.  I

25   don't know how much.

1    Q.  Well, I'd like to talk to you about the tax returns that

2    you filed with Mr. Jones.  And I would like to show you that

3    between 2001 and 2005 the legitimate income that Mr. Jones

4    on paper provided to the family totaled no more than

5    $15,000.  Would you agree with that --

6              THE COURT:  $15,000 for how many years?

7              MS. SOLTYS:  For five years.

8    BY MS. SOLTYS:

9    Q.  Would you agree with that statement?

10   A.  I would have to see that.

11   Q.  Certainly.

12             THE COURT:  Some of them are in evidence.  '01,

13   '02 and '05.

14             What's that?

15             MS. SOLTYS:  These are tax returns and W-2s.

16             THE COURT:  For which years?

17             MS. SOLTYS:  2003 --

18             THE COURT:  Is this a Miscellaneous?

19             MS. SOLTYS:  Yes.

20             THE COURT:  Any objection, Mr. Jones?

21             MR. JONES:  No objection.

22             THE COURT:  Miscellaneous -- Government

23   Miscellaneous -- what is the number, Gwen?

24             THE DEPUTY CLERK:  Government's No -- would be

25   Government Miscellaneous 58.

```
1              THE COURT:  And what was 57?

2              THE DEPUTY CLERK:  That was the grand jury

3    testimony of Gregory Wills.

4              THE COURT:  For ID only.  Okay.

5              Okay.  Are you using one number?

6              THE DEPUTY CLERK:  Yes.

7              (NOTE:  Off-the-record discussion between

8    Ms. Soltys and Mr. Jones.)

9              MS. SOLTYS:  We offer into evidence Government's

10   Exhibit No. 58.

11             THE COURT:  Yeah, he said no objection.

12     (Government's Exhibit MISC-58 was received in evidence.)

13   BY MS. SOLTYS:

14   Q.  Mr. Jones on direct examination presented you with and

15   asked you questions about the 2001, 2002 and 2005 tax

16   returns; is that correct?

17   A.  That's correct.

18   Q.  And you happened to know that in 2003 Mr. Jones did not

19   file a tax return; is that correct?  You're aware of that.

20   A.  That's correct.

21   Q.  And you did not file a tax return --

22   A.  That's correct.

23   Q.  -- in 2003.  Is that correct?

24   A.  That's correct.

25   Q.  And in 2003, according to information that was provided
```

1    to the IRS, the sole income that Mr. Jones earned for that

2    year (indicating) was only $334.  You agree with that

3    statement.  Correct?

4    A.  That's what that paper says, yes, ma'am.

5    Q.  And you are aware that for the tax year of 2002 in which

6    the two of you filed married filing jointly, Mr. Jones's

7    sole income was listed as $13,739.  You're aware of that,

8    are you not?

9         Let me show you.  This is a W-2 for the 2002 tax

10   year (indicating) that shows $7,666.  $6,072 (indicating),

11   which if added together for the 2002 tax return that we've

12   already seen, shows that Mr. Jones's total (indicating)

13   legitimate income as reported to the IRS was only $13,739.

14   You would agree with that fact; is that correct?

15   A.  That's correct.

16   Q.  And you've had an opportunity to review the 2005 tax

17   return that Mr. Jones shared with you; is that correct?

18   A.  That's correct.

19   Q.  And you happen to know that for the 2005 filing there

20   was no reported income for Mr. Jones; is that correct?

21   A.  That's correct.

22   Q.  In fact, you also know that you -- I will ask you this

23   question:  That you actually used an H&R Block as a tax

24   provider -- as a tax preparer for the 2001 and 2002 tax

25   return, and somebody named Carter Tax Preparation for 2005,

1    which you signed those returns, and you obviously are aware

2    of the fact that never once during that period of time did

3    Mr. Jones ever have a W-2 demonstrating that he made any

4    money from Club Levels.  Isn't that correct?

5    A.  That's correct.  He was the owner of the club and the

6    club was a corporation.

7    Q.  There is no reported income for Mr. Jones to the IRS for

8    Club Levels.  Isn't that correct?

9    A.  Oh, I don't know.  I'm not involved with Club Levels.

10   Q.  You filed married filing jointly on three of those five

11   years.

12   A.  But did he report income on our returns?  Is that your

13   question?

14   Q.  No.  My question is, isn't it a fact that Mr. Jones

15   never reported any business income, any income --

16   A.  On those returns, that's correct.

17   Q.  -- for Club Levels on any of the tax returns that he

18   filed with you; is that correct?

19   A.  That's correct.

20   Q.  And you obviously -- and you've just acknowledged that

21   he did not file for 2003 and 2004.  Correct?

22   A.  I did not file for 2003, 2004.  And that is because

23   the --

24   Q.  I'm sorry, there's not a question.

25   A.  I'm sure.

1   Q.  In fact, Club Levels wasn't doing so well, was it?

2   A.  Again, I was not involved with Club Levels.

3   Q.  Well, you know that in the fall of 2005 Mr. Jones often

4   complained about the club not making any money, right?

5   A.  Yes, I do know that.

6   Q.  And you know that Mr. Jones complained he was having

7   trouble making payroll, right?

8   A.  No, I don't know that.

9   Q.  Do you know that Mr. Jones complained that the club

10  couldn't even break even?

11  A.  No, I don't know that.

12  Q.  You know that Mr. Jones complained that he couldn't even

13  make enough money at Club Levels to pay the rent?

14  A.  No.

15  Q.  You know that Mr. Jones complained that when they added

16  up all of their expenses, the club just wasn't making any

17  money, right?

18  A.  No, ma'am.

19  Q.  And that's why he decided to sell the club, correct?

20  A.  No, ma'am.

21  Q.  Now, on the other hand, despite the fact that Mr. Jones

22  is not reporting any legitimate income, you know that

23  Mr. Jones had cash on hand; isn't that correct?

24  A.  He's a club owner.  They pay cash at the club.

25  Q.  So you know that, for example, on April the 5th of 2005,

1    Mr. Jones's Honda Odyssey was stopped in Durham, North

2    Carolina, and police officers found and seized over $60,000

3    in cash, correct?

4    A.  Had no knowledge of that.

5    Q.  You know that $67,000 was seized from Mr. Jones's Honda

6    Odyssey, correct?

7    A.  Had no knowledge of that.

8    Q.  You know it now, obviously, correct?

9    A.  That was talked about at the trial.

10   Q.  You learned it after --

11   A.  I learned it.

12   Q.  You learned it after the fact that $67,000 in cash was

13   seized from Mr. Jones's Honda Odyssey, correct?

14   A.  That's correct.

15   Q.  You learned that when police officers and FBI agents

16   search Mr. Jones's Honda -- Mr. Jones's Grand Cherokee on

17   April the 24th, 2005, they found over $69,000 --

18          THE COURT:  You had April 24th?  October 24.

19   Isn't that what you mean?  October?

20          MS. SOLTYS:  What did I say?

21          THE COURT:  I think you said April.  On

22   October 24th, do you know that they seized --

23   BY MS. SOLTYS:

24   Q.  Do you know that when FBI and MPD officers searched

25   Mr. Jones's Grand Cherokee, they found over $69,000 in cash?

1    Isn't that right?

2    A.  That's what they reported.

3    Q.  And surely there must have been some signs for you

4    that --

5    A.  That he was a club owner?  Yes.

6    Q.  -- that Mr. Jones was dealing in --

7    A.  Absolutely none.

8    Q.  -- Mr. Jones was trafficking in cocaine.  Correct?

9    A.  Absolutely none.

10   Q.  Surely there must have been some signs.  Private

11   conversations that Mr. Jones didn't want you to hear about

12   on the cell phone?  Did that happen?

13   A.  Absolutely not.

14   Q.  Were there instances in which Mr. Jones had to go out at

15   all hours of the night to go see his buddies for unexplained

16   reasons?

17   A.  Absolutely not.

18   Q.  Ms. Jones, let me ask you a question.  You are aware

19   that there is a great deal -- that there was a great deal of

20   cash income coming into the household, correct?

21   A.  I'm going to need you to explain.  Again, he owned a

22   club.  They pay cash at the club.  So if you're asking me

23   did I know that there were cash deposits, yes, ma'am.

24   Q.  No, that's not my question.  My question was, you were

25   aware there was a great deal of cash income that was coming

1    into your family household, correct?

2          THE WITNESS:  I don't understand her question.

3    Q.  You are aware that Mr. Jones was contributing

4    financially in a significant way to the family household,

5    correct?  Mr. Jones gave -- had lots of cash on hand,

6    correct?

7          THE COURT:  Well, the question is, did he give you

8    cash for family household things or purchases?

9          THE WITNESS:  Quite obviously, he gave me cash

10   from time to time.

11         THE COURT:  Well, that's not what she's saying.

12   She's asking if there was substantial amounts.

13         THE WITNESS:  No, ma'am.

14         THE COURT:  No?

15         THE WITNESS:  No.

16         THE COURT:  How much did you get from him during a

17   year in '04, '05?  How much did he contribute to the family

18   household?

19         THE WITNESS:  If I was short on a bill, I would

20   let him know, and then he would pay that bill.

21         THE COURT:  Well, what are we talking about,

22   though?  Hundreds of thousands?

23         THE WITNESS:  Oh, no, ma'am.

24         THE COURT:  20,000?  Ten?  Five?

25         THE WITNESS:  I don't have an exact calculation.

1       I would say maybe a few thousand dollars.

2       BY MS. SOLTYS:

3       Q.  You're not telling --

4              THE COURT:  You covered the rest.  What you're

5       saying is that your income covered the household expenses,

6       the heat, electricity, the mortgage, whatever it was?

7              THE WITNESS:  Yes, ma'am.

8       BY MS. SOLTYS:

9       Q.  You're telling this jury that your income alone covered

10      all the family expenses.  That's what you're saying?

11             THE COURT:  Well, not entirely, but --

12      BY MS. SOLTYS:

13      Q.  That's what you're saying?

14      A.  Except if I needed -- if I was short on bill money, or

15      something, I would let him know and then --

16      Q.  You covered the mortgage?

17      A.  Yes.

18      Q.  You covered the car notes?

19             MR. JONES:  Objection.

20             THE WITNESS:  No, ma'am.

21      BY MS. SOLTYS:

22      Q.  You covered the house in Baltimore?

23      A.  No, ma'am.

24             THE COURT:  Okay.  Wait a minute, wait a minute,

25      wait a minute.  There was an objection.  But the objection's

1    overruled.

2              But when you say "no," who covered it?  The house

3    in Baltimore didn't have -- who came up with the $37,000 is

4    what she's saying.

5              THE WITNESS:  He and I both did the house in

6    Baltimore.

7              THE COURT:  So when you say that, there's $37,000.

8    Where did it come from?

9              THE WITNESS:  I would actually have to have my

10   bank statement to tell you how much we took out of our

11   account.  But I do remember that we were a little short, and

12   I let him know that we would need the club to -- or money

13   from the club to catch it up.  At that point the club was

14   already for sale, and so we knew that whatever he was taking

15   we'd be able to pay it back to the club if need be.  The --

16   BY MS. SOLTYS:

17   Q.  You're aware that Mr. Jones had cash on hand, correct?

18             MR. JONES:  Objection, Your Honor.

19             THE COURT:  Overruled.

20             THE WITNESS:  Who doesn't have cash on hand?

21   Probably everyone here today has cash on hand.  I don't

22   understand your question.

23   BY MS. SOLTYS:

24   Q.  I don't think everyone in this courtroom has $69,000 in

25   their Jeep, so let's --

1    A.  Everyone in this courtroom does not own a club.

2    Q.  So let's start with that.  So you know that Mr. Jones

3    had a lot of cash, correct?

4             I can give you two instances:  $67,000 seized on

5    April the 5th, and $69,000 seized on October the 24th.

6             MR. JONES:  Your Honor --

7    BY MS. SOLTYS:

8    Q.  So you would agree with me that Mr. Jones had a lot of

9    cash on hand, correct?

10   A.  Well, that's what you've devised.  That's what you've

11   come up with.

12            THE COURT:  Well, you can assume that that is the

13   evidence.

14   BY MS. SOLTYS:

15   Q.  And this information is not -- is this -- there is no

16   legitimate income that was reported on tax returns, correct?

17   A.  Well, the 69 in 2005, those taxes had not been filed.

18   Q.  And you're aware, are you not, that drug dealing is a

19   high profit business, isn't it?

20   A.  Actually, I have no knowledge of drug dealing.

21            MR. JONES:  Objection, Your Honor.

22            THE COURT:  Yeah, sustained.  She's not here as an

23   expert on drug dealing.

24   BY MS. SOLTYS:

25   Q.  But it never occurred to you to ask him if his money was

1    coming from a legitimate business?

2    A.  His money was coming from the club.

3    Q.  Surely you had suspicions that it was coming from drug

4    dealing, didn't you?

5    A.  From the club.  No, ma'am, from the club.

6            MR. JONES:  Your Honor, asked and answered.

7            THE COURT:  Been asked and answered.  Go ahead.

8    Move on.

9            MS. SOLTYS:  I have no further questions.

10           THE COURT:  Fine.  Anything else?

11           (Pause.)

12           MS. SOLTYS:  Actually, I do have one final

13   question.

14           THE COURT:  Go ahead.

15   BY MS. SOLTYS:

16   Q.  Which is, Mrs. Jones, when you testified at a previous

17   trial on December the 20th, 2007, you recall being asked

18   questions about the -- who used which vehicle?

19           Do you recall being asked the question:  "Now,

20   going back to the Sequoia, who was the principal user of the

21   vehicle?"

22           And you giving the answer:  "Well, my husband

23   bought the vehicle.  It belonged to him.

24           Question:  "Who used it, ma'am?"

25           Answer:  "I ended up driving it more than he did."

1        Do you recall giving that answer to that question?

2   A.  I did.

3   Q.  And do you recall being asked the question next:  "Who

4   used the Jeep mostly?"

5        And giving the answer:  "He ended up driving the

6   Jeep more than me."

7   A.  I did.

8        MS. SOLTYS:  Thank you, Your Honor.  I have

9   nothing further.

10       (NOTE:  Off-the-record discussion with the deputy

11  clerk.)

12       MS. SOLTYS:  I think we have to approach,

13  Your Honor.

14       THE COURT:  Ladies and gentlemen, we'll take a

15  recess.  All right.

16       You can step down, ma'am.  Take a 10-minute

17  recess.  Don't discuss your testimony with anyone.

18       (The witness exiting the witness stand.)

19       (NOTE:  The jury exiting the courtroom at

20  11:04 a.m.)

21

22       (NOTE:  The following proceedings were held

23  outside the presence of the jury:)

24       THE COURT:  Okay.  What I have in front of me is

25  47 and 46, Defendant's.  Are these the things that just got

1    marked, Gwen?

2              THE DEPUTY CLERK:  Let me see.

3              THE COURT:  These were already in evidence.  What

4    am I looking at these for?

5              MR. JONES:  The last trial.

6              THE COURT:  Huh?

7              THE DEPUTY CLERK:  Those were numbered from the

8    last trial.  They need --

9              THE COURT:  These show payroll -- or, paychecks

10   for '02 and '03.  You brought in '02 and '03.  They go in.

11   I mean, for what good, I don't know.  He didn't even own the

12   club in those years.  So what are we taking a break on this

13   for?

14             This is not a tax case.  He has --

15             MS. SOLTYS:  I have no objection, Your Honor.

16             THE COURT:  He didn't own the club in '02, '03.

17   If anything -- I don't know how this hurts you.

18             MS. SOLTYS:  I have no objection.

19             THE COURT:  Why did I excuse the jury?

20             MS. SOLTYS:  I changed my mind.

21             THE COURT:  Oh.  Okay.  They're in.  But we need

22   new numbers for them, Gwen.  52 and 53.  These are just '02

23   and '03 payroll records.  All right.  52 and 53.

24        (Defendant's Exhibits 52 and 53 received in evidence.)

25             THE COURT:  All right.  We'll take a 10-minute

 1    recess.

 2                    (Recess taken at 11:06 a.m.)

 3

 4                    (Upon resuming at 11:24 a.m., outside the presence

 5    of the jury:)

 6                    THE COURT:  You want the witness back in here?

 7                    Yeah, I know you do.

 8                    MS. SOLTYS:  Yes.  Yes.  This is -- yes, we do

 9    want the witness back in.  This is -- I would like the Court

10    to give an instruction after this witness that says:  The

11    Court has previously ruled on the legality of the searches

12    at all locations you have heard about, including the

13    defendant's Moore Street home.

14                    THE COURT:  I will do that at the end of his case.

15                    MS. SOLTYS:  That's fine.  I've wrote it out.

16                    THE COURT:  Yeah, that's fine.  You can show it to

17    him.  But I am going to say it because they get confused --

18    I said it once before, and I'm going to say it again.

19    Because you're trying to impeach people by inconsistencies,

20    but you can't -- the flip side of it is you're trying to --

21    it seems like you're suggesting there's some illegality.

22    I've already said --

23                    MR. JONES:  No, Your Honor, I'm not suggesting

24    that.  I'm saying for a fact that --

25                    THE COURT:  I know what you're saying.

1          MR. JONES:  Right.  Call was -- you know, that was

2     a fact on the Brandywine house.

3          THE COURT:  We're bringing in the jury now.

4

5          (NOTE:  The jury entering the courtroom at

6     11:25 a.m.)

7          THE COURT:  Okay, ladies and gentlemen, we're

8     ready to proceed.

9          Mr. Jones, your turn.

10                    REDIRECT EXAMINATION

11    BY MR. JONES:

12    Q.  Mrs. Jones, the Government asked you about if you know

13    Mr. Jones was selling drugs.  And she mentioned that the

14    first trial or the second trial they never asked that

15    question.  This is the third trial.  In 2003 or '4 or '5 was

16    -- do you know Mr. Jones was selling drugs?

17    A.  I have no knowledge of my husband selling drugs.  I have

18    knowledge of him being a club owner.  He worked for awhile

19    at the pool.

20         THE COURT:  Okay.  You answered.

21    BY MR. JONES:

22    Q.  Mrs. Jones, can you tell the jury if you even thought of

23    Mr. Jones selling drugs, what would you do?

24    A.  (No response.)

25    Q.  Can you tell the jury?

1    A.  I would probably -- I would probably kill him.

2    Q.  In terms of would you leave Mr. Jones?

3    A.  I would definitely leave him.

4    Q.  When it come to foolishness -- let me strike that one.

5            Even though Mr. Jones is the man of the house,

6    when it comes to foolishness, who runs that house?

7            THE COURT:  "Foolishness"?

8            MR. JONES:  Yes.

9            THE COURT:  What's that mean?  Who's the king or

10   queen of foolishness?

11   BY MR. JONES:

12   Q.  If Mr. Jones is in any type of foolishness, who runs

13   that house?

14   A.  I do.

15   Q.  Now, did Mr. Jones ever come and say, Hey, baby, get in

16   the car and we go around DC and I could show you drug

17   dealing?

18   A.  No.

19   Q.  Do Mr. Jones have, if you know, people in his family

20   that's a convicted felon?

21           MS. SOLTYS:  Your Honor, I object on relevance

22   grounds.

23           THE COURT:  Right.  Sustained.  Sustained.

24   BY MR. JONES:

25   Q.  So you telling the jury that you don't know anything if

1   Mr. Jones was selling drugs?

2                MS. SOLTYS:  Objection, Your Honor.

3                THE COURT:  It's been asked and answered, but go

4   ahead.  Is this your last question?

5                MR. JONES:  No.

6                THE COURT:  Oh.  Well, then I sustain it.

7   BY MR. JONES:

8   Q.  Now, she mentioned the club income, correct?

9   A.  Correct.

10  Q.  Let's start with Exhibit 52.  This is Exhibit 52, pay

11  stubs, Maryland National Capital Park and Planning.

12               THE COURT:  They're admitted, Gwen.

13  BY MR. JONES:

14  Q.  This is Exhibit 55.  Government of District of Columbia.

15               MR. JONES:  Can you show this to Mrs. Jones?

16               (NOTE:  Exhibit being provided to the witness.)

17               THE COURT:  They're in evidence.  What do you want

18  her to do?  What's your question?  Go ahead.

19  BY MR. JONES:

20  Q.  The question is, have you ever -- do you recognize those

21  pay stubs?

22  A.  I do.

23  Q.  Do you know where Mr. Jones worked at in 2002 and 2003?

24  A.  The Maryland National Park and Planning was -- you were

25  employed at the sports and learning complex as a personal

1    trainer.  And the DC Department of Recreation, you were an

2    area supervisor for the aquatics division.

3    Q.  Mrs. Jones, she mentioned Club Levels, correct?

4    A.  Correct.

5    Q.  Now, do you have any idea what Mr. Jones does at Club

6    Levels?

7    A.  He's the owner of the club.

8    Q.  In terms of do you know -- any idea of the financial --

9    A.  Absolutely not.

10   Q.  Did -- or, do Mr. Jones tell you what amount of money

11   that he put in Club Levels's account?

12   A.  No.

13   Q.  Do you and Mr. Jones have an account together?

14   A.  We had accounts together, and I had maintained my

15   separate account.

16   Q.  So you don't know anything about how much Mr. Jones make

17   at a backyard night, do you?

18   A.  No, I don't know how much you've been making.

19   Q.  Do you know at all how much Club Levels make at a TCB

20   night?

21   A.  No, I do not.

22   Q.  Do you know at all how much Mr. Jones make at a red

23   essence night?

24   A.  No, I do not.

25   Q.  Do you know how much Mr. Jones make at the bar?

```
1    A.  No, I do not.

2    Q.  Did you like -- or, want Mr. Jones to work at -- own

3    Club Levels?

4    A.  No, I did not.

5    Q.  Mrs. Jones, so you telling the jury you, basically,

6    don't know what was happening at Club Levels.

7    A.  That's correct.

8              THE COURT:  That's it.  Anything else?

9              MS. SOLTYS:  (Nods negatively.)

10             THE COURT:  Thank you.  You may step down.  You're

11   free to go.

12             (Witness excused.)

13             THE COURT:  Okay.  Call your last witness.

14             MR. JONES:  The next witness is Lawrence Maynard,

15   Your Honor.

16             THE COURT:  Okay.

17             (Pause.)

18             THE COURT:  Okay.  Good morning, sir.

19             THE WITNESS:  Good morning, Judge Huvelle.

20                     LAWRENCE MAYNARD,

21                after having been first duly

22                sworn upon oath, was examined

23                 and testified as follows:

24             THE WITNESS:  Good morning.  Happy Valentine's

25   Day, everybody.
```

1          THE COURT:  Thank you.  You're not wearing red.

2          THE WITNESS:  You got me.  You got me.

3          (NOTE:  Off-the-record discussion between

4     Mr. Jones and Ms. Urschel and Ms. Soltys.)

5          THE COURT:  Okay.

6          MR. JONES:  Okay.  One second, Your Honor.

7          (Pause.)

8                    DIRECT EXAMINATION

9     BY MR. JONES:

10    Q.  How you doing, Mr. Maynard?

11    A.  I'm fine.  Thank you.

12    Q.  Mr. Maynard, can you tell the jury your full name and

13    where you from?

14    A.  Lawrence Maynard.  I grew up in DC.  I live in Maryland.

15    Q.  Mr. Maynard, did you get arrested on October 24, 2005?

16    A.  Yes, sir.

17    Q.  Are you sure it's October 24, 2005?

18    A.  Oh, I'm sorry.  I didn't get arrested October 24, 2005.

19    I didn't get arrested until November 23rd, 2005.

20    Q.  Okay.  Now, when you got arrested, was you in your house

21    at the time?

22    A.  Yes, I was home.

23    Q.  When the agents come in, did they have -- did they catch

24    you with any drugs, money or guns?

25    A.  No drugs, no money, no guns.

1    Q.  What about in your vehicle?

2    A.  No drugs, no money, no guns.

3    Q.  On October the 24th, 2005, was you working at Club

4    Levels?

5    A.  Yes, I was.

6    Q.  Mr. Maynard, did you take a plea in this case right

7    here?  United States versus Antoine Jones?

8    A.  Actually, it was a single indictment, just United States

9    versus Lawrence Maynard.

10          (NOTE:  Off-the-record discussion between

11    Mr. Jones and Ms. Urschel.)

12          MS. URSCHEL:  Let me just say, Your Honor,

13    Mr. Jones has asked that we set up the computer to assist

14    him with his direct, so we apologize for the noise.  It may

15    take a moment to set that up to assist him.

16          THE COURT:  Fine.  Thank you.

17          THE DEPUTY CLERK:  This is, Your Honor,

18    Defense Exhibit 54.  It's a transcript of the plea.

19          (NOTE:  Off-the-record discussion between

20    Ms. Urschel and Mr. Jones.)

21          (NOTE:  Exhibits provided to the witness.)

22    BY MR. JONES:

23    Q.  Did you read them?  Take a look at it and see what's in

24    it.

25          Mr. Maynard, as you look at these documents, are

1    they documents that you was familiar with?

2    A.  Yes, I've signed these -- this document.  Statement of

3    Facts.  United States versus Lawrence Maynard.

4    Q.  The next document, are you familiar with that one?

5    A.  Yes.  This is the transcript of my plea agreement of

6    June 23rd, 2006.

7    Q.  Okay.

8    A.  United States versus Lawrence Maynard.

9              MR. JONES:  Your Honor, this is Government's

10   Exhibit Miscellaneous 60.

11             THE COURT:  So this is defense exhibit?

12             MR. JONES:  No, this right here they allow me to

13   borrow it so I can read it.

14             THE COURT:  Oh, okay.  So we got -- 54's in

15   evidence?

16             MS. URSCHEL:  Your Honor, this is not -- the

17   document he has is Government's Exhibit Miscellaneous 60.

18   It has not yet been moved into evidence, but we have no

19   objection to and in fact plan to use it.

20             THE COURT:  What was your position on the

21   transcript, 54?  Defense Exhibit 54 is still the transcript?

22   Has it been put into evidence?

23             MS. URSCHEL:  He doesn't want to move it in.  He

24   was just using that.  So I think the only issue is

25   Miscellaneous 60 is what he requested.

1          THE COURT:  But he wants to use 60.  So 60's

2     admitted and can be shown to the jury.

3          (Government's Exhibit MISC-60 received in evidence.)

4     BY MR. JONES:

5     Q.  On this document, you signed it on what date,

6     Mr. Maynard?

7     A.  6-23-06.

8     Q.  Do you remember what date that you was arrested?

9     A.  Yes.  November 23rd, 2005.

10    Q.  On this document it reads:  "Beginning" -- it say:  "The

11    parties agree that the following facts are true and

12    accurate:  Beginning at least in early 2004, Lawrence

13    Maynard began to assist Antoine Jones in some of the

14    activities of drug organization that distributed

15    multi-kilogram quantities of cocaine in Washington, DC, and

16    elsewhere.  Maynard's role included renting a house in

17    Maryland which was used by one of Jones's sources to

18    facilitate the storage of quantities of cocaine or for other

19    drug-related activity, acting as a courier of cash to one of

20    Jones's sources, and occasionally distributing cocaine to

21    and receiving payment for drug from some of Jones's

22    customers.  These exchange of drugs and money would occur in

23    the District of Columbia area.  During the course of Maynard

24    relationship with Jones, more than 50 kilograms but less

25    than 150 kilograms of cocaine was distributed by members of

1    the conspiracy."

2              Now, Mr. Maynard, you signed that document on

3    6-23-06, correct?

4    A.  Yes, I did.

5    Q.  And this exhibit, the transcript of your plea, do you

6    remember that hearing?

7    A.  Yes, I do.

8    Q.  And most of the questions was either a "yes, sir" or a

9    "no, sir," correct?

10             THE COURT:  No, no, no.  Put it into evidence.

11   Don't you characterize it.  It says what it says.  You want

12   to put it in evidence?  You can't summarize it.

13             MR. JONES:  Your Honor, the Government will put it

14   in evidence.

15             THE COURT:  The Government's putting it in -- you

16   marked it as 54.

17             MS. URSCHEL:  Your Honor, the Government does not

18   intend to move the entire document in.  The Government may

19   use it in its cross-examination of Mr. Maynard.

20             THE COURT:  That may be true.  But it's now -- you

21   can't summarize it.

22   BY MR. JONES:

23   Q.  Mr. Maynard, you do recognize this document, correct?

24   A.  Yes, I do.

25             THE COURT:  Defense Exhibit 54.

1    BY MR. JONES:

2    Q.  Now, can you tell the jury why did you take this cop?

3    A.  The reason I took the cop was from advice from my first

4    attorney, which was a man named Howard Sussman -- no, I'm

5    sorry, Edward Sussman.  At the time I had had this on a

6    couple months.  And every time I had a meeting with him,

7    everything was:  You're going to jail for a long time.  Ten

8    years is the least amount of time you get and up to 25

9    years.  22 to 25 years.

10   Q.  Did another lawyer give you advice on this situation?

11   A.  I had a second lawyer.  The first lawyer quit.  And the

12   second lawyer came on and all he wanted me to do was take a

13   plea.  The plea before me was a single indictment.  And if I

14   wasn't going to take that plea, then it would have went from

15   a single indictment, then superseded to a 33-count

16   indictment.  And that was the one that really had me afraid.

17   The embarrassment I felt for my family, the shame I felt,

18   the being incarcerated and not having any real confidence in

19   my lawyers, I thought the easiest way was to just move

20   aside, take the single indictment, and hopefully the judge

21   would give me -- be lenient, instead of trying to fight the

22   U.S. Government.  I didn't have money to get a lawyer.  I

23   had public defenders, and they were quitting on me and just

24   not giving me any advice as far as defense.

25   Q.  Mr. Maynard, did there come a time that you withdraw

1    your plea?

2    A.  After several months of me being depressed, I finally

3    just prayed and began to get confidence and start -- wanted

4    to fight.  And that's when my second lawyer quit.

5           I wrote a letter to the judge.  I didn't know

6    motions, anything, at that time.  And I had to write -- I

7    just wrote a -- Dear Honorable Judge Huvelle, I'd like to

8    put these motions in and withdraw my plea.

9           I didn't have a lawyer at the time, and they were

10   about to go to trial.  So I had no legal counsel for about

11   -- a little over 30 days.  Almost 40 days before I got new

12   counsel.  So I didn't have anything else to do but fight for

13   myself.

14          MS. URSCHEL:  Your Honor, may we approach

15   regarding this exhibit?  These exhibits.

16          THE COURT:  Yes.  Sorry, ladies and gentlemen.

17          Mr. Maynard, you step down.

18          (NOTE:  The witness exiting the witness stand.)

19

20          (Discussion at the bench on the record with all

21   parties are present:)

22          MS. URSCHEL:  Your Honor --

23          THE COURT:  What's the exhibit?

24          MS. URSCHEL:  The exhibits are superseding

25   indictments in this case listing all the co-defendants.

1    And, obviously, all the details of their cases.  Prior

2    cases.  I'm not sure what Mr. Jones intends to do with them.

3              THE COURT:  So this is -- one is a superseding,

4    March 16, '06.

5              Let me see that thing back again a minute, please,

6    Gwen.

7              And this is another one that includes Maynard in

8    the second one.  He wasn't in the first one because he pled.

9    Right?

10             MR. JONES:  He was in the first one.

11             THE COURT:  Yeah.  But he didn't go to trial on

12   the first trial because he pled.

13             MR. JONES:  You lost me.  He's in both of those.

14             THE COURT:  He's named in the first one.  I agree.

15   But he didn't go to the first trial because he had plead.

16   He took an 11(c)(1)(C) and I let him withdraw his plea.  You

17   got to be careful what you -- don't attribute any reasons to

18   me that have anything to do with his innocence or anything

19   to do with --

20             MR. JONES:  No.  I'm just asking did he withdraw

21   and why he withdraw.

22             THE COURT:  Well, yeah, but at some point it's

23   going to come out why I let him withdraw.  It's a

24   technicality.  It's not --

25             MR. JONES:  I'm not going to ask that question.

1              MS. URSCHEL:  The Government -- I didn't mean to

2      interrupt, Your Honor.  The Government would like to know

3      the purpose of these.  We can certainly see some improper

4      purposes of trying to show --

5              THE COURT:  What do you need this for?  Ask him.

6      We don't need to put these superseding indictments in.  They

7      don't serve any purpose.  You can ask him if he was named in

8      two indictments.

9              MR. JONES:  So you saying I can't make them

10     exhibits?

11             THE COURT:  I wouldn't make them exhibits.  For

12     what purpose?  To show that he was a defendant?

13             MR. JONES:  Your Honor, they public record.

14     Anybody can get access to them.  I'm kind of confused.

15             THE COURT:  Doesn't matter whether they're public

16     records, that doesn't make them admissible.  What's the

17     purpose of putting in two prior indictments?

18             MR. JONES:  So we can see he was on the first

19     indictment.  And he got superseded to a second indictment.

20             THE COURT:  No, this is not superseding this.

21     This is what happened -- this is -- some of these guys were

22     acquitted.

23             MR. JONES:  I'm not going to ask about it.

24             THE COURT:  I know.  But it doesn't serve any

25     purpose to give the jury all these allegations that are not

1    before them now.

2              So, sustained.  You can ask him whether he was a

3    defendant in one trial, in two trials.  The reason he wasn't

4    in the first trial is he pled.

5              Okay.  Did we mark those?

6              THE DEPUTY CLERK:  No.

7              THE COURT:  Gwen?

8              THE DEPUTY CLERK:  No.

9              MS. URSCHEL:  They were not yet marked.

10             MR. O'TOOLE:  You should mark them.

11             (End of discussion at the bench.)

12

13             THE COURT:  Yeah, mark them for exhibits, but

14   they're not going in.  Give me the dates, please.  What

15   number is that?  55 and 56.  The objection is sustained.

16   BY MR. JONES:

17   Q.  Mr. Maynard, the first indictment, do you remember who

18   was the co-defendants in the first indictment?

19             THE COURT:  No.

20             MS. URSCHEL:  Objection.

21             THE COURT:  "Were you a defendant in the first

22   indictment?"  That's what I said you could ask him.

23             Were you named in the first indictment in this

24   case?  Do you know?

25             THE WITNESS:  In this case, no.  I was a single

1   indictment.  And then --

2            THE COURT:  Well, that was when you decided to

3   plead.  But initially were you named in a co-defendant case?

4            THE WITNESS:  I never read the first indictment.

5            THE COURT:  All right.  So the first thing -- the

6   first indictment you saw was the one you pled to, the

7   information?

8            THE WITNESS:  Yes.

9            THE COURT:  Okay.

10           THE WITNESS:  I saw it later on, but I don't --

11           THE COURT:  Okay.  And you're a defendant in the

12  second trial, but you did not go to trial in the first

13  trial.

14           THE WITNESS:  No.

15           MS. URSCHEL:  Your Honor, we need to approach on

16  this one, as well.

17           (NOTE:  The witness stepping down from the stand.)

18

19           (Discussion at the bench on the record with all

20  parties are present:)

21           THE COURT:  What's this?

22           MS. URSCHEL:  Mr. Jones has just handed me an

23  omnibus motion, a memorandum of law regarding the

24  United States versus Francisco Gonzalez-Ruan.  I have no

25  idea what purpose he wants to use this for, and I can't

1          think of one that would be relevant.

2                    THE COURT:  What are you doing?

3                    MR. JONES:  Your Honor, the whole trial we talking

4          about this guy Javier.

5                    THE COURT:  So what?

6                    MR. JONES:  I'm asking, Do you know Javier?

7                    THE COURT:  Well, you can ask him.  Show him those

8          pictures.  That's the way to do it.  You can't put in --

9          yeah, show him the pictures.  This has nothing to do with --

10         mark it.

11                   Sustain the objection.

12                   Do you have any more exhibits?

13                   MR. JONES:  Yeah, yeah.

14                   THE COURT:  Huh?  57 is the Ruan indictment.

15                   MR. JONES:  So you telling me, Your Honor, I can't

16         put this exhibit in?

17                   THE COURT:  You bet I'm telling you that.  It

18         doesn't have any relevance.  If you want to know whether he

19         knows the guy, show him a picture or ask him.  You don't

20         give him -- you don't put all these things in.

21                   MR. JONES:  The last trial we put in affidavits

22         and all type of stuff.

23                   THE COURT:  This is a motion of law that has no

24         relevance.

25                   MR. JONES:  It talked about Javier.

```
 1              THE COURT:  So what?  It talks about a whole lot

 2     of things, but this doesn't relate to your question.

 3              MR. JONES:  It's part of --

 4              THE COURT:  Sustained.  Go.

 5              (End of discussion at the bench.)

 6

 7              THE COURT:  Yeah.  Mark it.  57.  For

 8     identification only.

 9              (NOTE:  Off-the-record discussion between

10     Mr. Jones and Ms. Urschel and Ms. Soltys.)

11     BY MR. JONES:

12     Q.  Mr. Maynard, was it a time that Mr. Jones had a

13     warehouse?

14     A.  Warehouse on Hampton Boulevard.

15     Q.  Can you tell the jury exactly what position you played

16     in this warehouse?

17     A.  I was a driver.  I've been a driver since 1985.  A CDL

18     since '92 when they first started CDLs.

19     Q.  Mr. Maynard, before we left that warehouse -- as a

20     matter of fact, let me show you Government Exhibit No. 12.

21     Do you recognize this warehouse?

22     A.  That's the interior of the warehouse from the far back.

23     Q.  I'm sorry.

24     A.  The far back side interior of the warehouse.

25     Q.  Did there come a time that we vacated the warehouse on
```

1    April the 30th?

2    A.  Yeah.  We got rid of everything and put it in the truck.

3    Whatever we didn't need, we trashed.  And swept the --

4    actually, we washed the floors because I used to spill oil

5    pulling the truck in there.

6    Q.  In this photo right here --

7            (NOTE:  Off-the-record discussion between

8    Mr. Jones and Ms. Regan Gibson.)

9    Q.  Mr. Maynard, you just told the jury that we vacated the

10   warehouse April the 30th?

11   A.  Yes, we did.

12   Q.  And you just told the jury you cleaned the warehouse or

13   power-washed the warehouse before April the 30th?

14   A.  Yeah, I had to.  There was a lot of oil on the ground --

15   on the floor.

16   Q.  Now, in the lease --

17            MR. JONES:  This is, Your Honor, Government

18   ICE-22.

19            THE COURT:  Okay.

20            (NOTE:  Off-the-record discussion between

21   Ms. Urschel and Mr. Jones.)

22   BY MR. JONES:

23   Q.  Mr. Maynard, if possible, can you read to the Court and

24   the jury the last paragraph of the lease?

25   A.  "Termination of lease.  Landlord may at its sole option

1     terminate this lease in its entirety at any time by giving

2     the tenant 60 days' written notice, at which time this lease

3     shall become null and void.  Tenant shall then vacate and

4     leave the premises in broom clean condition."

5     Q.  Mr. Maynard, as the person who was running that

6     warehouse, what did you -- what interpretation did you get

7     out of that paragraph?

8     A.  Can't leave any trash or any equipment that wasn't there

9     prior to us moving in.

10    Q.  Mr. Maynard, when you left that warehouse before April

11    the 30th, did you take this item -- these two items right

12    here (indicating)?

13              THE COURT:  What two items?

14              MR. JONES:  Right down under the table.

15              THE COURT:  Oh, those two with the blue arrows?

16    They look like big vats and a little vat.

17              THE WITNESS:  It's actually drywall compound.  And

18    it was some type of adhesive that Greg used to use for the

19    molding around the window and some kind of -- well, I know

20    the big one was caulking, but I'm not sure about the little

21    one because we used a variety of paints, too.

22    BY MR. JONES:

23    Q.  Mr. Maynard, picture kind of dark.  Can you recognize

24    what this is (indicating), the first item on top of the

25    table?

 1    A.  Yeah.  That's inflatable mattress.  It was used from

 2    time to time.  That one I think still had batteries, brand

 3    new packs of batteries sitting on top in this picture.  But

 4    at the time -- I mean, we used them.  Brand new packs of

 5    batteries.

 6              MR. JONES:  Make this an exhibit.

 7              THE DEPUTY CLERK:  Your Honor, this is

 8    Defense Exhibit 58, it's a photo.

 9              THE COURT:  Any objection to 58?

10              MS. URSCHEL:  No, Your Honor.

11              THE COURT:  All right.  58's admitted.

12         (Defendant's Exhibit 58 received in evidence.)

13              THE COURT:  Gwen, do you have any more pieces of

14    paper?  Oh, no, I got one.

15    BY MR. JONES:

16    Q.  Mr. Maynard, is this a --

17              (NOTE:  Off-the-record discussion between

18    Mr. Jones and Ms. Regan Gibson.)

19    BY MR. JONES:

20    Q.  Is this a better picture?

21    A.  You can see -- you can see the mattress.  And like I

22    said before, there's brand new packs of batteries sitting on

23    top.  Two.

24    Q.  Can you point to the jury where the batteries -- the

25    brand new packs?

1                    THE WITNESS:  Touch the screen?

2                    THE COURT:  Touch the screen.

3                    THE WITNESS:  (Indicating).

4                    THE COURT:  Okay.  Got it.

5        BY MR. JONES:

6        Q.  Now, before April the 30th, did you take this mattress

7        or inflatable mattress and --

8                    (NOTE:  Off-the-record discussion between

9        Ms. Urschel and Mr. Jones.)

10       BY MR. JONES:

11       Q.  Let me show you a color copy so the jury can see.  Is

12       that a better shot?

13       A.  Yes, it is.

14       Q.  Did you take this inflatable mattress and the compound

15       that you just spoke of to anywhere?

16       A.  I put everything back on the truck.  That was only place

17       we had at the time.

18       Q.  Why would you take the compound with you?

19       A.  Because we needed it at the club.

20       Q.  Why?

21       A.  All the drywall we were doing and windows replacing.

22       Set up the VIP that we made, new stage, a lot of molding we

23       did at the club.

24       Q.  Now --

25                    MR. JONES:  Can we switch back to the picture?

1            THE DEPUTY CLERK:  What you need?  The Elmo or the

2     laptop?  Which you need, Regan?  Elmo or laptop?

3            MS. URSCHEL:  Laptop, please.

4     BY MR. JONES:

5     Q.  Okay.  Mr. Maynard, these light blue blankets or

6     something that's on the table --

7     A.  Moving --

8     Q.  -- did you leave that behind at this warehouse?

9     A.  No, they're moving pads.  Actually, that one on the

10    bottom's a brand new pad.

11    Q.  Now, why would you take those moving -- you say moving

12    pads?

13    A.  Moving pads.

14    Q.  Why would you take that with you?

15    A.  You covered merchandise, whether it's coffee tables,

16    sofa, you cover it up and then you shrink wrap it, and then

17    you can store it on truck, you can stand it up, you can pile

18    them on top of each other.  But nine times out of ten with

19    the shrink wrap and the moving pads you don't damage it or

20    scratch it or anything like that, and you can strap it to

21    the interior of the truck.  And you got the strap sitting

22    next to it, a pile of them.

23    Q.  Mr. Maynard, I don't have a color version.  But --

24            THE DEPUTY CLERK:  Has that been marked,

25    Mr. Jones?

```
 1              (NOTE:  Off-the-record discussion between

 2     Mr. Jones and Ms. Urschel.)

 3     BY MR. JONES:

 4     Q.  Mr. Maynard --

 5              MR. JONES:  This is Government Exhibit ICE-15,

 6     Your Honor.

 7              THE COURT:  It's in evidence.  Yeah.  ICE-15.

 8     BY MR. JONES:

 9     Q.  This box, can you tell the jury what's in that box?

10     A.  Made up some Valentine baskets that I was selling for

11     Valentine's.

12     Q.  You and who else?

13     A.  I had a friend of mine help me, and I was trying to sell

14     them up northwest, different spots around the city, out of

15     my car.

16     Q.  Mr. Maynard, this box right here (indicating) that's

17     right in front of that box of Valentine's gift, can you tell

18     the jury what that is?

19     A.  Down here (indicating)?

20     Q.  Yeah, down -- yeah, right there where you just pointing.

21     A.  That was a glass tabletop.  It was a brand new glass

22     tabletop.

23     Q.  A glass tabletop.  These coveralls -- first, did you

24     leave this box of gift -- Valentine gift wraps behind?

25     A.  No, I took them when we left the premises.
```

1     Q.   What about that brand new box of glass table?

2     A.   That glass tabletop was used later on in the club.

3     Q.   What about the jacket that's next to the brown

4     coveralls?

5     A.   That jacket, I end up taking it and giving to somebody

6     later on at the club.  But I end up taking it with me.

7     Q.   Did you remember who did you give that jacket to?

8     A.   I think it was Greg Willis.  Greg Wills.  I'm sorry.

9     Last name.

10    Q.   Let me show you --

11              (Pause.)

12              THE DEPUTY CLERK:  This is Defense Exhibit 59, and

13    it's a photo, Your Honor.  Any objections from the

14    Government?

15              MS. URSCHEL:  No, Your Honor.

16              THE COURT:  All right.  59.

17              Gwen will like that:  "No, Your Honor."

18              No objection.  Received into evidence.

19         (Defendant's Exhibit 59 received in evidence.)

20              MR. JONES:  This is, Your Honor, Exhibit 59.

21              THE COURT:  It's in evidence.  Can you clear the

22    screen by -- you got it.

23              MR. JONES:  Can I clear it?

24              THE COURT:  No, he did it.

25    BY MR. JONES:

1    Q.  Now, this next item right here (indicating) --

2    A.  Yes.

3    Q.  -- can you tell the jury what that is?

4    A.  It was a nice shirt.  Shirt that I -- I had for a

5    minute, and I took it home with me.

6              THE COURT:  Which one?

7              THE WITNESS:  The one on the left.

8              THE COURT:  Oh, the green line.

9              THE WITNESS:  Yeah.

10   BY MR. JONES:

11   Q.  So you took this home with you before April the 30th?

12   A.  Yeah, I took it home before April the 30th.  I'm not

13   sure if I left it in the truck or took it straight home, but

14   it was in the truck when we left.

15             THE DEPUTY CLERK:  This is Defense Exhibit 60.

16   It's a photo, Your Honor.

17             THE COURT:  60.  Any objection?

18             MS. URSCHEL:  No objection, Your Honor.  Thank

19   you.

20        (Defendant's Exhibit 60 received in evidence.)

21   BY MR. JONES:

22   Q.  Mr. Maynard, this glass table right here (indicating) in

23   this picture, do you recognize that glass table?

24   A.  That's the tabletop that we saw in the previous picture,

25   and that's the stand that it set on at the bottom.

1    Q.  So you telling the jury, Mr. Maynard, you took this

2    glass table before April the 30th to Club Levels?

3    A.  Yes.

4              THE COURT:  Where was that picture taken?  60.

5              THE WITNESS:  Room -- I think it was room --

6              MR. JONES:  This one right here --

7              THE COURT:  I'm asking him, not you.

8              MR. JONES:  Oh, I'm sorry.

9              THE WITNESS:  According to that, it was our

10   office.  We had a downstairs office and a upstairs office.

11   The upstairs office on the second floor had a fax machine, a

12   couple TV monitors, a couch, a lot of the flyers and -- what

13   we used for advertising, the VIP list with email addresses

14   and text message addresses.

15   BY MR. JONES:

16   Q.  Now --

17             (Pause.)

18             (NOTE:  Off-the-record discussion between

19   Ms. Urschel and Mr. Jones.)

20             THE DEPUTY CLERK:  This is Defense Exhibit 61 and

21   62, which are photos.

22             THE COURT:  Any objection to 61, '2?

23             MS. URSCHEL:  No, Your Honor.

24             THE COURT:  Okay.  They're in.

25        (Defendant's Exhibits 61 and 62 received in evidence.)

1    BY MR. JONES:

2    Q.  If you could see this picture.  Can you see the chair

3    right here?  Can you see that chair (indicating)?  You want

4    to look at the picture closer?

5    A.  I can see it.  That chair was one of the chairs I used

6    to use when I was up under the car or working on the truck

7    or loading and unloading.  There's a radio, boom box.  You

8    can see it plugged up still right there (indicating.)  And

9    under it -- I'm sorry.  This at the bottom (indicating) is a

10   container of concrete or driveway cleaner because I knew

11   from time to time I had to do the floor.

12   Q.  Now, Mr. Maynard, this chair and this concrete solution

13   you just spoke of, did you leave that at the club -- I mean,

14   at the warehouse?

15   A.  No.  The boom box we use at the club.  While we was

16   working we always had the music playing, so that went with

17   us.  The chair definitely got taken.  And the concrete

18   cleaner, I think I used all that up.  Wasn't but a gallon.

19   Q.  Mr. Maynard -- excuse the writing --

20           THE COURT:  Well, wait a minute.  What is the

21   writing?

22           MR. JONES:  Right here (indicating).

23           THE COURT:  You've got to have a picture without

24   writing on it.

25           MR. JONES:  They said they don't have one,

1    Your Honor.

2            THE COURT:  Well, what do you mean they don't have

3    one?  Is that your writing from some other time?  That's

4    your writing?

5            MR. JONES:  Yeah.

6            THE COURT:  We got to get that off.  We can't put

7    it in with your writing on it.

8            MR. JONES:  We can come back to that, Your Honor.

9            THE COURT:  All right.  Don't use it.

10           MR. JONES:  We'll come back to that.

11           THE DEPUTY CLERK:  What was that?  Exhibit No. 61?

12   Was that 61?

13           MR. JONES:  (Indicating).

14           THE DEPUTY CLERK:  Is that No. 61?  Okay.  I'll

15   make a note it need to be cleaned up.  Okay.  Thanks.

16   BY MR. JONES:

17   Q.  Real quick, Mr. Maynard.  These are Government's Exhibit

18   ICE-18.  Do you recognize this box?

19   A.  It's shrink wrap.  Shrink wrap is used -- like I said,

20   once you put the blankets on, you don't have tape or

21   anything to hold it in place.  So you put the shrink wrap on

22   it.  And once you put the shrink wrap on with the type of

23   gloves you used, you use grab hold of it and lift it up.

24   It's very easy to handle.

25   Q.  Now, this is -- is this what you talking about?

 1    A.  Right.  Shrink wrap.  The small ones are for the little

 2    things, and the big ones are just that, for the sofas, the

 3    armoires or whatever.

 4    Q.  Did you leave that behind at the warehouse?

 5    A.  Nah, it's real useful.  I need that.

 6    Q.  Why did you need that, Mr. Maynard?

 7    A.  Because I was doing -- time to time I was still doing

 8    deliveries.  At one point we found a freight broker and we

 9    used him -- or he used us, rather.  And small moving jobs.

10    Any type of appliance deliveries.  It just was necessary to

11    have shrink wrap to keep the merchandise from getting

12    damaged, because a lot of stuff don't come in boxes.

13    Q.  Mr. Maynard, I'm going to show you --

14            (Pause.)

15            THE COURT:  The numbers?

16            THE DEPUTY CLERK:  This is Defense Exhibit 63.

17    That's a photo, Your Honor.

18            THE COURT:  Admitted.

19        (Defendant's Exhibit 63 received in evidence.)

20    BY MR. JONES:

21    Q.  Mr. Maynard, do you recognize this photo right here?

22    A.  It was a closet space behind the office.  At one time it

23    was an soundproof booth.  You can see on the right where

24    they have the sound boards, or whatever you call it.  The

25    noise reducers, or whatever.  There's several boxes.  Shoes

1    (indicating).  Flyers.  Got a mattress here (indicating).

2    You got bags of clothes here (indicating).

3    Q.  Mr. Maynard, right here you have marked (indicating) --

4    can you recognize what this is, this blue thing right here?

5    A.  That's an inflatable mattress.

6    Q.  Now, can it be the inflatable mattress that's at the

7    warehouse?

8    A.  I think -- I thought that was the one, but it looks like

9    the other one was green.  This one's blue.

10   Q.  So this inflatable mattress, that you think that's

11   green, did you take it with you when you left --

12   A.  Yeah, the one at Club Levels, new batteries.  If it was

13   new batteries, definitely took it with me -- and the

14   mattress too -- out of the warehouse, Hampton Park

15   Boulevard.

16           MR. JONES:  Your Honor --

17           (NOTE:  Off-the-record discussion between

18   Mr. Jones and Ms. Urschel.)

19   BY MR. JONES:

20   Q.  Now, Mr. Maynard, if you -- can you tell the jury --

21           MR. JONES:  This Government Exhibit 54,

22   Your Honor.

23           THE COURT:  54.

24           THE WITNESS:  Two rack pegboard.

25           MR. JONES:  This is 53, Your Honor.

1          THE COURT:  Government Exhibit 53 and '4.

2    Pegboards.

3    BY MR. JONES:

4    Q.  Do you recognize this right here (indicating) where I'm

5    pointing my finger?

6    A.  The hooks.

7    Q.  What about these two things (indicating), what are they?

8    A.  Yeah, the outlet.  The wall outlet.  And that was a

9    light switch.  There's an overhead just above that area.

10   That was actually a little workbench.  You could see the

11   shadow where you couldn't see if you didn't turn the light

12   on.

13   Q.  Now, let me show you Government Exhibit ICE-12.  You was

14   in the second trial, correct?

15   A.  Yes.

16   Q.  Now, from where you at, can you see the -- that pegboard

17   you just looked at?

18   A.  The pegboard should be in this area right here

19   (indicating) where that little tag is hanging down.  It was

20   like a strap.  I don't see it on this picture.

21          THE COURT:  Can you get the -- yeah.

22          MR. JONES:  You got to change it.

23   BY MR. JONES:

24   Q.  Now, Mr. Maynard, in this picture, can you see the

25   pegboard?

1     A.  You can see the hook on both sides (indicating).  And I

2     can see the light switch (indicating).

3     Q.  Now, after seven years, is this the first time you seen

4     this pegboard in this picture?

5     A.  In the Government's photo, this is the first time I've

6     seen where you can see the pegboard.

7     Q.  Now --

8               THE COURT:  That's which number?  ICE what is it?

9     What number?  12?

10              MR. JONES:  This is ICE-12 -- no -- yeah, ICE-12.

11    BY MR. JONES:

12    Q.  Now, let me show you Government Exhibit 55.

13              MR. JONES:  She's got to --

14    BY MR. JONES:

15    Q.  Can you see the yellow hooks in this picture?

16    A.  Yeah, that's the yellow hooks here (indicating).

17    Q.  You see the yellow hooks in this picture?

18    A.  Yes.

19              THE COURT:  What?

20              MR. JONES:  The yellow hooks.

21              THE COURT:  I didn't hear your answer.

22              MR. JONES:  The pegboards.

23              THE COURT:  I can hear your question.

24              THE WITNESS:  The yellow hooks, yes, I see them.

25    I drew circles around them.

```
 1              THE COURT:  All right.
 2    BY MR. JONES:
 3    Q.  Mr. Maynard, this is not the warehouse where Mr. Jones
 4    have it, is it?
 5    A.  No.  Scott Peacock moved in after we left.
 6    Q.  Mr. Maynard, have you ever heard of Photoshop?
 7    A.  Yes, I have.
 8    Q.  Can you tell the jury what is Photoshop?
 9    A.  I guess it's -- I'm not too technological, but it's to
10    implant a picture into another picture.  A man's head on a
11    dog's body.  I guess overlapping, I guess that's what you
12    would call it, from one picture to another.
13    Q.  So, Mr. Maynard, you telling Mr. Jones that you could
14    take this picture that they took in 2012 and put it in
15    another picture?
16    A.  It's possible.
17              MS. URSCHEL:  Objection, Your Honor.
18              THE COURT:  Oh, yeah.  Sustained.  Come on.
19              MR. JONES:  I'm asking the question, Your Honor.
20              THE COURT:  I know, and I'm sustaining their
21    objection.  Move on.  He doesn't have any evidence that
22    happened, and so you can't ask him could it be.
23    BY MR. JONES:
24    Q.  Do you recognize -- I'm sorry.
25              THE COURT:  Okay.  After this question we'll take
```

 1   a break.

 2              MS. URSCHEL:  Your Honor, we're going to need to

 3   approach on these documents.

 4              THE COURT:  Okay.  Then, ladies and gentlemen, we

 5   will break at this time for lunch.  We will resume at

 6   quarter past 2, please.  And I have candy for you to have

 7   for dessert.

 8              Here we go, Gwen.  Help yourselves.  And this is

 9   for you and Vicki.

10              Have a nice Valentine lunch.  Don't discuss the

11   case.  We'll see you back here at 2:15.

12              One second.  Yeah, ladies and gentlemen -- I want

13   the people in the audience to understand -- sit down and be

14   quiet now, please.  The jury is leaving, you're going off to

15   lunch.  There's too much noise out in the hall, it's been

16   reported to me, and it's from people sitting in here.  And

17   jurors can overhear what's being said.  So they're getting

18   out of here.  The rest of the people stay put for awhile.

19              I warn you that you are not to be discussing the

20   case out in the halls.

21              (NOTE:  The jury exiting the courtroom at

22   12:26 p.m.)

23

24              (NOTE:  The following proceedings were held

25   outside the presence of the jury:)

1          THE COURT:  Okay.  We can excuse the witness,

2     correct?

3          MS. URSCHEL:  Yes, Your Honor.

4          THE COURT:  Okay.

5          (NOTE:  Witness exiting the courtroom.)

6          THE COURT:  Also, ladies and gentlemen, some of

7     these jurors are eating in the dining room.  You could cause

8     a mistrial if they overhear any conversation by anyone in

9     this courtroom discussing this case.  And I will proceed to

10    hold anyone in contempt if they talk about the case in front

11    of anyone that turns out to be a juror.

12          Okay.  What's the exhibit, please?

13          MS. URSCHEL:  Your Honor, there's a number of

14    documents Mr. Jones handed me.  I believe they're from the

15    file of Special Agent Katerina Kane.  One is (indicating) a

16    list of photographs, as well as some writing.  One is the

17    sketch of the warehouse, which is fine, it's been admitted.

18          THE COURT:  It's been admitted.  Well, you're not

19    going to mark things that are already in evidence.  So just

20    give him the Government's number.

21          MS. URSCHEL:  The next is a document from U.S.

22    Customs Border Control regarding the K-9 that assisted in

23    the search of the warehouse.

24          The next are ICE report -- pieces of the ICE

25    report related to the warehouse.

1        This is grand jury testimony --

2            THE COURT:  Yeah, I don't know -- what is all this

3    about?  If you hand it up to me, it's much more efficient,

4    I'm sure.

5            MR. JONES:  Your Honor?

6            MS. URSCHEL:  Should I approach, Your Honor?

7            THE COURT:  He's never seen these things before.

8            MR. JONES:  Yeah, he's been in the case.  He read

9    the pleadings, Your Honor.  He seen it plenty of times.

10            THE COURT:  Well, that doesn't help getting them

11    into evidence.

12            MR. JONES:  Yeah, I'm -- right now --

13            THE COURT:  All right.  One of these is already

14    in.  This is the sketch, right?

15            MR. JONES:  Right.

16            THE COURT:  All right.  Here, let's start with the

17    border patrol memorandum of April 3rd.

18            MR. JONES:  Every document that you have in front

19    of you say April 30th.  Mr. Jones asked ICE Agent Kane was

20    this stuff at the warehouse.

21            THE COURT:  Right.

22            MR. JONES:  ICE Agent Kane was saying at two

23    trials -- now three trials -- that they went in the

24    warehouse --

25            THE COURT:  On April 30th.

1              MR. JONES:  -- at April the 30th.

2              THE COURT:  I know that.

3              MR. JONES:  And we're not arguing that.  But we're

4      arguing that those photos --

5              THE COURT:  I know what you argued.  Believe me.

6      I heard this.  So, what's this got to do with it?

7              MR. JONES:  This is what Kellie O'Brien said on

8      this stand that she would put her -- I believe daughter or

9      son up that these people wouldn't obstruct justice.

10             THE COURT:  Fine.  But this doesn't tell me that

11     they have obstructed justice.  This just tells me that they

12     said the 30th.

13             MR. JONES:  If they put April the 30th that they

14     took those photos, that is obstruction of justice.

15             We have a problem.  We never had a hearing on the

16     Hampton Boulevard warehouse --

17             THE COURT:  Yeah, we did.

18             MR. JONES:  -- and we never had --

19             THE COURT:  I take issue with that.  We had it in

20     the trial while it was going on.  It came out.  But that's

21     neither here nor there.  But --

22             MR. JONES:  Your Honor?

23             THE COURT:  -- we're not having a hearing now

24     about it.  I am not ruling on it again.  I know what you

25     said before.  What does this have to do with the jury?  How

1    does this impeach --

2              MR. JONES:  Because Agent Kane said under oath

3    that those photos that she took, and everything in there --

4    I asked her -- she said they was there on April the 30th.

5              THE COURT:  Correct.

6              MR. JONES:  There's no way possible there was --

7              THE COURT:  Sir, that's your argument.  These

8    things just say April 30.

9              MR. JONES:  Right.

10             THE COURT:  They have no relevance to him.  You

11   have to argue to the jury that what his testimony tells us

12   is they didn't do it on the 30th.  Her testimony before a

13   grand jury, an indictment that says the 30th, it is

14   uncontested in this trial that Kane said they went in there

15   on the 30th.  This has no relevance to helping the jury

16   determine what Kane said.  She's already said it.

17             MR. JONES:  I should be able to go after her

18   credibility, Your Honor.

19             THE COURT:  That's what you're doing.  We're

20   sitting here waiting for you to go after her credibility in

21   your closing argument.  This has nothing to do with her

22   credibility other than to say she said it before.  You don't

23   put in prior consistent testimony to prove that she said it

24   three times or four times.  If you were -- there's a long

25   evidentiary issue that they might be able to do it, but you

1    can't do it.

2              Sorry for the evidence rulings, but they're real

3    and they're right.

4              MR. JONES:  There's one exhibit you said that was

5    in.  I can speak of that, correct?

6              THE COURT:  The drawing is in, right?  So you can

7    use it.

8              MR. JONES:  Yes.

9              MS. URSCHEL:  Yes, Your Honor.  The sketch.  We're

10   happy to --

11             THE COURT:  Right.  This sketch -- give him the

12   number so he knows.  Okay?

13             The other exhibits are marked 64 for ID only, and

14   they're statements by Kane having to do with April 30.

15   There's no issue.  The Government can't contest you on this.

16   You don't prove a fact by proving it ten times.  You prove

17   it once.

18             All right.  April 30 is the day.  I don't -- is

19   that the only thing that this is going in for is that she

20   wrote April 30 four times or --

21             MR. JONES:  I was trying to go after her

22   credibility, but --

23             THE COURT:  I know.  But that's not the way you do

24   it.  You have to impeach it.

25             MR. JONES:  This is my first time.

1              THE COURT:  You don't have to bolster it.

2              All right.  Thank you.

3              We'll take up with the jury instructions when we

4      finish the evidence.

5              Are you still going with your rebuttal?  Or have

6      we heard it already?  No?  Okay.  It will be awhile.

7              64, and what have you got in your hand?  Yeah, but

8      they're not going into evidence.

9              Are there any more exhibits for this guy?  This is

10     taking up a lot of unnecessary time.

11             Sorry.  Can you show them to the Government?

12     We'll take a few minutes now.  We'll move a lot quicker.

13             MR. JONES:  Yes.

14             THE COURT:  There's so many --

15             MS. URSCHEL:  Your Honor, the sketch is admitted.

16     It's ICE-10.

17             THE COURT:  Okay.  But you can give that to

18     Mr. Jones, please.

19             MS. URSCHEL:  Yes, Your Honor.

20             THE COURT:  If we got more exhibits for him, it

21     would make it a lot easier.

22             MR. JONES:  I'm looking, Your Honor.

23             THE COURT:  Okay.  Let's take one minute.

24             MR. JONES:  We're almost finished with the

25     warehouse, Your Honor.

1          THE COURT:  I can tell that.  But that's not the

2     last of our issues.

3          MR. O'TOOLE:  Prophetic.

4          MR. JONES:  Your Honor, the other exhibits going

5     to be the Government, the gun, and I will probably put in

6     something like flyers from the club that I don't think they

7     going to -- we going to Club Levels next.

8          THE COURT:  All right.  And then the gun?

9          MS. URSCHEL:  We didn't bring over the gun.  We

10    have photographs of the gun he's welcome to use.

11         MR. JONES:  Yeah, okay.

12         MS. URSCHEL:  Okay?

13         THE COURT:  All right.  Just try to use the same

14    exhibit numbers, please, that are in evidence so we don't

15    clutter up the record with things that we don't --

16    duplicates.

17         So, thank you.

18         (Break in the proceedings at 12:33 p.m.)

19

20

21

22

23

24

25

1

2                   **CERTIFICATE OF OFFICIAL COURT REPORTER**

3

4

5

6              I, VICKI EASTVOLD, do hereby certify that the

7      above and foregoing constitutes a true and accurate

8      transcript of my stenographic notes and is a full, true and

9      complete transcript of the proceedings to the best of my

10     ability.

11          Dated this 14th day of February, 2013.

12

13                                  _____s/Vicki Eastvold_____

14                                  Official Court Reporter
                                    United States Courthouse
15                                  Room 6722
                                    333 Constitution Avenue, NW
16                                  Washington, DC   20001

17

18

19

20

21

22

23

24

25

## $

**$126,952** [1] - 19:16
**$13,739** [2] - 43:7, 43:13
**$15,000** [2] - 41:5, 41:6
**$193,159** [2] - 19:18, 19:22
**$2,700** [1] - 39:25
**$30,439** [1] - 18:19
**$334** [1] - 43:2
**$37,000** [3] - 40:16, 50:3, 50:7
**$399,000** [1] - 39:13
**$46,571** [1] - 18:17
**$500** [1] - 40:4
**$6,072** [1] - 43:10
**$60,000** [1] - 46:2
**$60,874** [1] - 17:23
**$600** [1] - 40:7
**$67,000** [3] - 46:5, 46:12, 51:4
**$69,000** [4] - 46:17, 46:25, 50:24, 51:5
**$7,666** [1] - 43:10

## '

**'01** [1] - 41:12
**'02** [5] - 41:13, 54:10, 54:16, 54:22
**'03** [5] - 22:5, 54:10, 54:16, 54:23
**'04** [3] - 13:10, 22:5, 48:17
**'05** [5] - 13:10, 13:12, 23:14, 41:13, 48:17
**'06** [1] - 68:4
**'4** [1] - 87:1
**'92** [1] - 73:18

## 0

**05-386** [1] - 1:3

## 1

**1** [7] - 19:1, 31:16, 31:21, 31:23, 31:25, 33:22
**10** [1] - 2:5
**10-minute** [2] - 53:16, 54:25
**10870** [2] - 23:9, 24:2
**10:44** [1] - 4:5
**11(c)(1)(C** [1] - 68:16
**11:04** [1] - 53:20
**11:06** [1] - 55:2
**11:24** [1] - 55:4
**11:25** [1] - 56:6
**11:54** [1] - 4:6
**12** [3] - 17:22, 73:20, 88:9
**12221** [1] - 23:12
**12:26** [1] - 90:22
**12:33** [1] - 97:18

**1350** [1] - 1:20
**14** [1] - 1:4
**14th** [1] - 98:11
**15** [2] - 1:11, 2:17
**150** [1] - 64:25
**16** [2] - 10:18, 68:4
**1655** [1] - 11:10
**17th** [1] - 10:1
**18** [2] - 4:22, 5:5
**18th** [1] - 29:20
**19** [1] - 10:18
**1985** [1] - 73:17
**1996** [1] - 18:22
**1:31** [1] - 4:9
**1:35** [1] - 4:9

## 2

**2** [3] - 32:1, 82:22, 90:6
**20,000** [1] - 48:24
**200** [1] - 1:21
**20001** [2] - 1:24, 98:15
**2001** [10] - 10:20, 13:8, 16:19, 17:2, 17:6, 18:19, 19:5, 41:3, 42:15, 43:24
**2002** [11] - 13:8, 16:18, 17:6, 18:17, 19:18, 42:15, 43:5, 43:9, 43:11, 43:24, 58:23
**2003** [9] - 13:8, 41:17, 42:18, 42:23, 42:25, 44:21, 44:22, 56:15, 58:23
**20036** [1] - 1:21
**2004** [15] - 13:8, 13:12, 13:14, 13:17, 13:19, 14:8, 15:20, 36:10, 36:22, 37:12, 37:23, 38:18, 44:21, 44:22, 64:12
**2005** [34] - 13:8, 13:14, 13:17, 13:20, 16:15, 17:6, 17:7, 18:11, 19:16, 23:16, 26:8, 26:11, 33:12, 36:11, 36:22, 37:12, 37:24, 38:18, 38:23, 41:3, 42:15, 43:16, 43:19, 43:25, 45:3, 45:25, 46:17, 51:17, 61:15, 61:17, 61:18, 61:19, 62:3, 64:9
**2006** [1] - 63:6
**2007** [1] - 52:17
**2012** [1] - 89:14
**2013** [2] - 1:4, 98:11
**202** [1] - 1:25
**20530** [1] - 1:16
**20th** [1] - 52:17
**22** [1] - 66:9
**23rd** [4] - 27:19, 61:19, 63:6, 64:9
**24** [5] - 2:18, 46:18, 61:15, 61:17, 61:18
**24-month** [2] - 4:22, 5:6
**24th** [10] - 4:3, 26:8, 26:11,

33:12, 38:23, 46:17, 46:18, 46:22, 51:5, 62:3
**25** [3] - 2:18, 66:8, 66:9
**26th** [1] - 4:5
**2703(d** [1] - 4:13
**2:15** [1] - 90:11

## 3

**3** [2] - 2:3, 32:1
**30** [5] - 67:11, 94:8, 95:14, 95:18, 95:20
**30th** [17] - 74:1, 74:10, 74:13, 75:11, 77:6, 81:11, 81:12, 82:2, 92:19, 92:25, 93:1, 93:12, 93:13, 94:4, 94:12, 94:13, 94:15
**33-count** [1] - 66:15
**333** [2] - 1:24, 98:15
**354-3242** [1] - 1:25
**36** [1] - 2:5
**3:48** [1] - 4:7
**3rd** [1] - 92:17

## 4

**4** [2] - 32:1, 56:15
**40** [1] - 67:11
**42** [1] - 2:14
**43,000** [1] - 17:18
**45** [2] - 36:8, 36:15
**46** [15] - 2:17, 14:23, 14:24, 15:3, 15:8, 16:4, 16:7, 16:9, 16:10, 16:12, 16:15, 17:9, 18:10, 53:25
**47** [7] - 15:3, 15:8, 16:4, 16:7, 16:18, 18:16, 53:25
**48** [7] - 15:3, 15:8, 16:4, 16:8, 16:10, 16:19
**48**................................ [1] - 2:17
**49** [13] - 23:22, 24:15, 24:16, 25:12, 25:18, 31:21, 31:24, 32:2, 33:1, 33:3, 33:10, 34:3, 34:5
**49**................................ ...[1] - 2:18
**4:45** [1] - 26:13
**4:51** [1] - 4:7
**4th** [1] - 4:8

## 5

**5** [10] - 31:17, 31:22, 31:23, 31:24, 31:25, 32:1, 33:22, 56:15
**50** [7] - 2:18, 24:20, 25:1, 25:7, 25:8, 25:9, 64:24
**51** [8] - 24:21, 25:1, 25:7, 25:8, 25:9, 31:9, 33:16,

33:20
**51**................................ [1] - 2:18
**52** [6] - 2:19, 54:22, 54:23, 54:24, 58:10
**53** [5] - 54:22, 54:23, 54:24, 86:25, 87:1
**53**................................ [1] - 2:19
**54** [8] - 2:19, 62:18, 63:21, 65:16, 65:25, 86:21, 86:23
**54's** [1] - 63:14
**55** [3] - 58:14, 70:15, 88:12
**555** [1] - 1:16
**56** [2] - 2:6, 70:15
**57** [3] - 42:1, 72:14, 73:7
**58** [5] - 41:25, 42:10, 76:8, 76:9, 76:12
**58's** [1] - 76:11
**58**................................ ...[1] - 2:19
**59** [4] - 80:12, 80:16, 80:19, 80:20
**59**................................ ...[1] - 2:20
**5:08** [1] - 4:9
**5:35** [1] - 4:10
**5:40** [1] - 4:10
**5th** [2] - 45:25, 51:5

## 6

**6** [2] - 14:7, 27:9
**6-23-06** [2] - 64:7, 65:3
**60** [9] - 63:10, 63:17, 63:25, 64:1, 75:2, 81:15, 81:17, 81:20, 82:4
**60's** [1] - 64:1
**60,000** [1] - 17:17
**60**................................ [1] - 2:20
**61** [8] - 2:7, 2:21, 82:20, 82:22, 82:25, 84:11, 84:12, 84:14
**62** [2] - 82:21, 82:25
**62**................................ [1] - 2:21
**63** [2] - 85:16, 85:19
**63**................................ ...[1] - 2:21
**64** [3] - 2:14, 95:13, 96:7
**6722** [2] - 1:23, 98:14
**69** [1] - 51:17
**6:00** [1] - 30:8
**6:16** [1] - 4:10
**6th** [1] - 15:13

## 7

**7** [2] - 14:7, 27:9

**8**

**76** [1] - 2:19
**7th** [1] - 15:13

**8** [1] - 14:8
**80** [1] - 2:20
**81** [1] - 2:20
**82** [1] - 2:21
**85** [1] - 2:21
**8:00** [1] - 4:6
**8:56** [1] - 4:4
**8th** [1] - 15:13

**9**

**9:48** [1] - 1:5
**9:58** [1] - 9:18

**A**

**A.M** [1] - 1:4
**a.m** [9] - 1:5, 4:6, 9:18, 26:13, 53:20, 55:2, 55:4, 56:6
**ability** [1] - 98:10
**able** [3] - 50:15, 94:17, 94:25
**absolutely** [5] - 47:7, 47:9, 47:13, 47:17, 59:9
**accept** [1] - 24:12
**access** [2] - 3:15, 69:14
**accompany** [1] - 15:16
**according** [2] - 42:25, 82:9
**account** [5] - 21:7, 50:11, 59:11, 59:13, 59:15
**accounts** [1] - 59:14
**accurate** [2] - 64:12, 98:7
**acknowledged** [1] - 44:20
**acquitted** [1] - 69:22
**acting** [2] - 3:22, 64:19
**activities** [1] - 64:14
**activity** [1] - 64:19
**Add** [1] - 9:22
**added** [2] - 43:11, 45:15
**address** [1] - 23:6
**addresses** [2] - 82:13, 82:14
**adhesive** [1] - 75:18
**adjusted** [1] - 17:17
**administrator** [2] - 4:1, 6:2
**admissible** [1] - 69:16
**ADMITTED** [1] - 2:12
**admitted** [8] - 24:15, 58:12, 64:2, 76:11, 85:18, 91:17, 91:18, 96:15
**advertising** [1] - 82:13
**advice** [3] - 66:3, 66:10, 66:24
**advised** [1] - 5:4
**advising** [1] - 3:14
**affidavits** [1] - 72:21

**afraid** [1] - 66:16
**afternoon** [1] - 4:7
**agency** [2] - 12:4, 12:10
**agent** [4] - 32:8, 32:13, 33:14, 34:11
**Agent** [10] - 3:17, 3:25, 4:3, 4:5, 5:3, 25:20, 91:15, 92:19, 92:22, 94:2
**agents** [11] - 26:11, 27:1, 28:18, 28:22, 29:5, 31:12, 33:6, 33:12, 35:14, 46:15, 61:23
**agree** [7] - 41:5, 41:9, 43:2, 43:14, 51:8, 64:11, 68:14
**agreement** [1] - 63:5
**ahead** [7] - 17:12, 25:23, 28:11, 52:7, 52:14, 58:4, 58:18
**alarm** [8] - 26:19, 28:22, 29:2, 29:4, 29:5, 30:3, 30:5, 30:22
**allegations** [1] - 69:25
**allow** [1] - 63:12
**almost** [2] - 67:11, 96:24
**alone** [2] - 21:3, 49:9
**AMERICA** [1] - 1:2
**amount** [6] - 19:8, 19:9, 23:3, 40:15, 59:10, 66:8
**amounts** [1] - 48:12
**Annelise** [1] - 3:19
**ANNELISE** [1] - 3:20
**answer** [11] - 11:7, 30:18, 36:18, 37:16, 38:4, 38:12, 52:22, 52:25, 53:1, 53:5, 88:21
**answered** [6] - 28:14, 34:24, 52:6, 52:7, 56:20, 58:3
**Antoine** [9] - 1:5, 1:17, 14:1, 16:24, 17:7, 29:22, 30:3, 62:7, 64:13
**apartment** [2] - 15:23, 15:25
**apologize** [1] - 62:14
**aPPEARANCES** [1] - 1:13
**appliance** [1] - 85:10
**approach** [6] - 35:17, 53:12, 67:14, 71:15, 90:3, 92:6
**April** [23] - 45:25, 46:17, 46:18, 46:21, 51:5, 74:1, 74:10, 74:13, 75:10, 77:6, 81:11, 81:12, 82:2, 92:17, 92:19, 92:25, 93:1, 93:13, 94:4, 94:8, 95:14, 95:18, 95:20
**aquatics** [1] - 59:2
**archive** [1] - 4:18
**area** [6] - 19:1, 30:7, 59:2, 64:23, 87:9, 87:18
**argue** [1] - 94:11
**argued** [1] - 93:5
**arguing** [2] - 93:3, 93:4

**argument** [2] - 94:7, 94:21
**armoires** [1] - 85:3
**arrested** [6] - 38:23, 61:15, 61:18, 61:19, 61:20, 64:8
**arrived** [1] - 3:5
**arrows** [1] - 75:15
**aside** [1] - 66:20
**asleep** [1] - 26:20
**assist** [3] - 62:13, 62:15, 64:13
**assistant** [1] - 1:15
**assisted** [1] - 91:22
**assume** [1] - 51:12
**attachment** [1] - 25:13
**Attachment** [1] - 33:14
**attend** [1] - 29:22
**attention** [1] - 3:9
**attorney** [2] - 21:1, 66:4
**Attorneys** [3] - 1:15, 1:15, 1:19
**attribute** [1] - 68:17
**audience** [1] - 90:13
**available** [1] - 5:7
**Avenue** [3] - 1:20, 1:24, 98:15
**aware** [10] - 7:15, 42:19, 43:5, 43:7, 44:1, 47:18, 47:25, 48:3, 50:17, 51:18
**awhile** [4] - 13:16, 56:18, 90:18, 96:6

**B**

**baby** [1] - 57:15
**backyard** [1] - 59:17
**bags** [1] - 86:2
**Balarezo** [4] - 8:3, 8:10, 9:9, 34:16
**Baltimore** [5] - 30:1, 40:12, 49:22, 50:3, 50:6
**bank** [2] - 20:15, 50:10
**banquet** [1] - 22:14
**bar** [1] - 59:25
**based** [1] - 8:21
**baskets** [1] - 79:10
**batteries** [7] - 76:2, 76:3, 76:5, 76:22, 76:24, 86:12, 86:13
**became** [1] - 22:10
**become** [1] - 75:3
**bed** [2] - 26:19, 26:20
**bedroom** [2] - 26:23, 29:16
**BEFORE** [1] - 1:9
**began** [2] - 64:13, 67:3
**beginning** [2] - 64:10, 64:12
**behind** [5] - 32:4, 78:8, 79:24, 85:4, 85:22
**belonged** [1] - 52:23
**bench** [4] - 67:20, 70:11,

71:19, 73:5
**beside** [2] - 26:18, 26:19
**best** [1] - 98:9
**bet** [1] - 72:17
**better** [2] - 76:20, 77:12
**between** [26] - 4:4, 4:6, 6:12, 6:21, 8:12, 13:8, 13:14, 13:19, 23:19, 25:3, 36:10, 38:14, 38:18, 41:3, 42:7, 61:3, 62:10, 62:19, 73:9, 74:7, 74:20, 76:17, 77:8, 79:1, 82:18, 86:17
**beyond** [1] - 37:17
**big** [4] - 14:20, 75:16, 75:20, 85:2
**bill** [5] - 5:1, 5:8, 48:19, 48:20, 49:14
**bills** [1] - 4:24
**birth** [3] - 38:25, 39:2, 39:4
**birthday** [3] - 14:8, 14:20, 29:20
**black** [4] - 14:1, 14:4, 14:6, 15:21
**blankets** [2] - 78:5, 84:20
**Block** [1] - 43:23
**blue** [4] - 75:15, 78:5, 86:4, 86:9
**boards** [1] - 85:24
**body** [1] - 89:11
**bolster** [1] - 96:1
**boom** [2] - 83:7, 83:15
**booth** [1] - 85:23
**Border** [1] - 91:22
**border** [1] - 92:17
**borrow** [1] - 63:13
**bottom** [4] - 11:19, 31:19, 81:25, 83:9
**bottom's** [1] - 78:10
**bought** [5] - 27:25, 40:3, 40:11, 40:15, 52:23
**Boulevard** [3] - 73:14, 86:15, 93:16
**box** [9] - 79:9, 79:16, 79:17, 79:24, 80:1, 83:7, 83:15, 84:18
**boxes** [2] - 85:12, 85:25
**brand** [7] - 76:2, 76:4, 76:22, 76:25, 78:10, 79:21, 80:1
**Brandywine** [11] - 11:16, 23:12, 35:7, 35:9, 35:11, 35:14, 35:23, 39:18, 39:21, 56:2
**Break** [1] - 97:18
**break** [6] - 11:6, 26:22, 45:10, 54:12, 90:1, 90:5
**breaking** [2] - 26:17, 27:13, 27:15, 27:16
**brief** [1] - 7:13
**bring** [2] - 6:25, 97:9
**bringing** [1] - 56:3

**broke** [2] - 20:8, 20:9
**broker** [1] - 85:8
**broom** [1] - 75:4
**brought** [3] - 32:16, 35:4, 54:10
**brown** [1] - 80:3
**Brown** [1] - 3:22
**buddies** [1] - 47:15
**built** [1] - 27:9
**bunch** [1] - 27:17
**business** [20] - 4:15, 12:1, 12:2, 12:3, 12:9, 12:10, 17:19, 17:22, 17:24, 18:3, 18:15, 18:17, 18:19, 19:12, 19:18, 20:10, 44:15, 51:19, 52:1
**buy** [2] - 13:21, 14:1
**buying** [1] - 11:16
**BY** [91] - 10:7, 11:9, 13:2, 13:7, 13:11, 15:9, 16:21, 18:8, 18:24, 19:19, 21:21, 22:9, 24:9, 24:17, 25:5, 25:10, 25:25, 26:4, 26:25, 27:5, 27:22, 29:21, 30:2, 30:20, 31:6, 32:6, 33:4, 33:11, 33:23, 34:6, 34:19, 34:25, 35:21, 36:5, 37:2, 37:14, 37:20, 38:13, 38:17, 38:21, 39:17, 41:8, 42:13, 46:23, 49:2, 49:8, 49:12, 49:21, 50:16, 50:23, 51:7, 51:14, 51:24, 52:15, 56:11, 56:21, 57:11, 57:24, 58:7, 58:13, 58:19, 61:9, 62:22, 64:4, 65:22, 66:1, 70:16, 73:11, 74:22, 75:22, 76:15, 76:19, 77:5, 77:10, 78:4, 79:3, 79:8, 80:25, 81:10, 81:21, 82:15, 83:1, 84:16, 85:20, 86:19, 87:3, 87:23, 88:11, 88:14, 89:2, 89:23
**bye** [1] - 30:9

**C**

**Cadillac** [4] - 14:1, 14:4, 14:6, 15:21
**calculation** [1] - 48:25
**candy** [1] - 90:6
**Capital** [1] - 58:11
**car** [5] - 13:16, 49:18, 57:16, 79:15, 83:6
**care** [2] - 5:9, 13:10
**careful** [1] - 68:17
**Carolina** [1] - 46:2
**cars** [1] - 28:11
**Carter** [1] - 43:25
**case** [12] - 54:14, 55:14, 62:6, 67:25, 70:24, 70:25, 71:3, 90:11, 90:20, 91:9,

91:10, 92:8
**cases** [2] - 68:1, 68:2
**cash** [18] - 45:23, 45:24, 46:3, 46:12, 46:25, 47:20, 47:22, 47:23, 47:25, 48:5, 48:8, 48:9, 50:17, 50:20, 50:21, 51:3, 51:9, 64:19
**cashier's** [1] - 40:12
**catch** [2] - 50:13, 61:23
**caulking** [1] - 75:20
**CDL** [1] - 73:17
**CDLs** [1] - 73:18
**CDMA** [2] - 4:17, 4:19
**CDR** [1] - 4:23
**celebration** [3] - 14:19, 14:20, 28:2
**cell** [8] - 4:16, 4:25, 5:2, 5:3, 5:4, 5:9, 5:20, 47:12
**certainly** [2] - 41:11, 69:3
**CERTIFICATE** [1] - 98:2
**certification** [1] - 34:2
**Certification** [1] - 34:4
**certified** [1] - 40:18
**certify** [1] - 98:6
**chair** [6] - 32:15, 83:2, 83:3, 83:5, 83:12, 83:17
**chairs** [1] - 83:5
**change** [1] - 87:22
**changed** [8] - 10:23, 11:14, 11:21, 12:8, 12:9, 12:12, 54:20
**characterize** [1] - 65:11
**check** [2] - 40:12, 40:18
**Cherokee** [6] - 12:15, 12:16, 12:17, 40:3, 46:16, 46:25
**church** [4] - 14:18, 21:11, 27:25, 28:1
**Circle** [2] - 8:3, 8:11
**circles** [1] - 88:25
**city** [1] - 79:14
**clean** [1] - 75:4
**cleaned** [2] - 74:12, 84:15
**cleaner** [2] - 83:10, 83:18
**clear** [2] - 80:21, 80:23
**clearly** [1] - 31:10
**clerk** [1] - 53:11
**CLERK** [28] - 9:22, 14:24, 15:2, 23:21, 23:24, 24:2, 24:4, 24:6, 24:11, 24:20, 25:7, 41:24, 42:2, 42:6, 54:2, 54:7, 62:17, 70:6, 70:8, 76:7, 78:1, 78:24, 80:12, 81:15, 82:20, 84:11, 84:14, 85:16
**clock** [1] - 26:19
**close** [1] - 19:4
**closer** [2] - 31:14, 83:4
**closet** [1] - 85:22
**closing** [3] - 8:1, 9:1, 94:21

**closings** [1] - 9:11
**clothes** [1] - 86:2
**club** [59] - 20:6, 20:10, 20:12, 20:19, 20:20, 20:23, 20:25, 21:2, 21:3, 21:5, 21:9, 21:10, 21:11, 21:14, 21:25, 22:2, 22:11, 22:12, 22:13, 22:16, 22:20, 22:24, 23:2, 23:4, 23:5, 40:24, 44:5, 44:6, 45:4, 45:9, 45:16, 45:19, 45:24, 47:5, 47:22, 50:12, 50:13, 50:15, 51:1, 52:2, 52:5, 54:12, 54:16, 56:18, 58:8, 59:7, 77:19, 77:23, 80:2, 80:6, 83:13, 83:15, 97:6
**Club** [18] - 8:1, 44:4, 44:8, 44:9, 44:17, 45:1, 45:2, 45:13, 59:3, 59:5, 59:11, 59:19, 60:3, 60:6, 62:3, 82:2, 86:12, 97:7
**clutter** [1] - 97:15
**co** [3] - 67:25, 70:18, 71:3
**co-defendant** [1] - 71:3
**co-defendants** [2] - 67:25, 70:18
**cocaine** [6] - 36:19, 47:8, 64:15, 64:18, 64:20, 64:25
**code** [4] - 28:23, 29:3, 29:6
**coffee** [1] - 78:15
**college** [1] - 29:23
**color** [3] - 9:22, 77:11, 78:23
**Columbia** [2] - 58:14, 64:23
**COLUMBIA** [1] - 1:1
**coming** [7] - 8:15, 27:17, 47:20, 47:25, 52:1, 52:2, 52:3
**comparable** [1] - 25:23
**complained** [5] - 45:4, 45:6, 45:9, 45:12, 45:15
**complete** [1] - 98:9
**complex** [1] - 58:25
**compound** [6] - 11:1, 11:3, 11:5, 75:17, 77:14, 77:18
**computer** [1] - 62:13
**concrete** [3] - 83:10, 83:12, 83:17
**condition** [1] - 75:4
**confidence** [2] - 66:18, 67:3
**confused** [3] - 27:13, 55:17, 69:14
**Connecticut** [1] - 1:20
**consistent** [1] - 94:23
**conspiracy** [1] - 65:1
**constitutes** [1] - 98:7
**Constitution** [2] - 1:24, 98:15
**Consultants** [3] - 12:13, 18:1, 18:18, 18:20
**consulting** [1] - 12:11

**container** [1] - 83:10
**contempt** [1] - 91:10
**contest** [1] - 95:15
**contracts** [2] - 12:11, 19:10
**contribute** [1] - 48:17
**contributing** [1] - 48:3
**Control** [1] - 91:22
**conversation** [2] - 20:5, 91:8
**conversations** [3] - 20:24, 21:5, 47:11
**convicted** [1] - 57:20
**cop** [2] - 66:2, 66:3
**Coppin** [1] - 29:24
**coppin** [1] - 30:1
**copy** [5] - 5:13, 6:8, 6:15, 9:7, 77:11
**coral** [1] - 9:21
**corner** [1] - 28:21
**Corolla** [1] - 12:22
**corporation** [1] - 44:6
**correct** [91] - 5:25, 6:2, 10:24, 11:15, 11:17, 11:18, 11:20, 11:21, 16:22, 18:6, 19:13, 19:25, 20:3, 24:19, 29:10, 32:3, 32:5, 35:8, 36:13, 37:6, 37:9, 37:10, 38:18, 39:3, 39:10, 39:13, 39:14, 39:20, 39:22, 39:25, 40:1, 40:4, 40:5, 40:8, 40:9, 40:13, 40:14, 40:16, 40:17, 40:19, 40:20, 40:23, 42:16, 42:17, 42:19, 42:20, 42:22, 42:23, 42:24, 43:3, 43:14, 43:15, 43:17, 43:18, 43:20, 43:21, 44:4, 44:5, 44:8, 44:16, 44:18, 44:19, 44:21, 45:19, 45:23, 46:3, 46:6, 46:8, 46:13, 46:14, 47:8, 47:20, 48:1, 48:5, 48:6, 50:17, 51:3, 51:9, 51:16, 58:8, 58:9, 59:3, 59:4, 60:7, 65:3, 65:9, 65:23, 87:14, 91:2, 94:5, 95:5
**couch** [1] - 82:12
**counsel** [2] - 67:10, 67:12
**couple** [4] - 8:2, 22:17, 66:6, 82:12
**courier** [1] - 64:19
**course** [3] - 17:3, 27:16, 64:23
**Court** [11] - 1:23, 3:14, 3:16, 3:18, 4:3, 4:11, 10:12, 55:9, 55:11, 74:23, 98:13
**COURT** [266] - 1:1, 3:3, 3:5, 3:7, 3:9, 3:12, 3:23, 5:9, 5:17, 6:4, 6:10, 6:16, 6:25, 7:3, 7:8, 7:15, 7:18, 7:22, 8:6, 8:14, 8:17, 8:24, 9:5, 9:10, 9:15, 9:19, 9:24,

11:1, 11:5, 12:22, 12:24, 13:6, 13:9, 14:23, 15:4, 15:7, 16:16, 17:9, 17:12, 17:16, 17:24, 18:2, 18:4, 18:7, 18:14, 18:21, 18:23, 19:11, 19:14, 21:18, 21:24, 22:2, 22:5, 22:8, 23:10, 23:14, 23:23, 24:1, 24:3, 24:5, 24:8, 24:13, 24:15, 24:22, 25:1, 25:8, 25:17, 25:22, 26:3, 27:4, 27:21, 29:14, 29:18, 29:25, 30:14, 30:18, 31:4, 31:18, 31:23, 32:2, 32:4, 33:2, 33:9, 33:19, 33:22, 33:25, 34:3, 34:18, 34:23, 35:16, 35:19, 35:24, 36:3, 36:25, 37:16, 37:19, 38:9, 38:11, 38:20, 39:15, 41:6, 41:12, 41:16, 41:18, 41:20, 41:22, 42:1, 42:4, 42:11, 46:18, 46:21, 48:7, 48:11, 48:14, 48:16, 48:21, 48:24, 49:4, 49:11, 49:24, 50:7, 50:19, 51:12, 51:22, 52:7, 52:10, 52:14, 53:14, 53:24, 54:3, 54:6, 54:9, 54:16, 54:19, 54:21, 54:25, 55:6, 55:14, 55:16, 55:25, 56:3, 56:7, 56:20, 57:7, 57:9, 57:23, 58:3, 58:6, 58:12, 58:17, 60:8, 60:10, 60:13, 60:16, 60:18, 61:1, 61:5, 62:16, 63:11, 63:14, 63:20, 64:1, 65:10, 65:15, 65:20, 65:25, 67:16, 67:23, 68:3, 68:11, 68:14, 68:22, 69:5, 69:11, 69:15, 69:20, 69:24, 70:7, 70:13, 70:19, 70:21, 71:2, 71:5, 71:9, 71:11, 71:21, 72:2, 72:5, 72:7, 72:14, 72:17, 72:23, 73:1, 73:4, 73:7, 74:19, 75:13, 75:15, 76:9, 76:11, 76:13, 77:2, 77:4, 79:7, 80:16, 80:21, 80:24, 81:6, 81:8, 81:17, 82:4, 82:7, 82:22, 82:24, 83:20, 83:23, 84:2, 84:6, 84:9, 85:15, 85:18, 86:23, 87:1, 87:21, 88:8, 88:19, 88:21, 88:23, 89:1, 89:18, 89:20, 89:25, 90:4, 91:1, 91:4, 91:6, 91:18, 92:2, 92:7, 92:10, 92:13, 92:16, 92:21, 92:25, 93:2, 93:5, 93:10, 93:17, 93:19, 93:23, 94:5, 94:7, 94:10, 94:19, 95:6, 95:11, 95:23, 96:1, 96:14, 96:17, 96:20, 96:23, 97:1, 97:8, 97:13, 98:2
**Court's** [1] - 24:25

**Courthouse** [2] - 1:23, 98:14
**Courtney** [1] - 1:14
**courtroom** [8] - 9:17, 50:24, 51:1, 53:19, 56:5, 90:21, 91:5, 91:9
**cover** [1] - 78:16
**coveralls** [2] - 79:23, 80:4
**covered** [8] - 49:4, 49:5, 49:9, 49:16, 49:18, 49:22, 50:2, 78:15
**CR** [1] - 1:3
**credibility** [4] - 94:18, 94:20, 94:22, 95:22
**cross** [2] - 36:3, 65:19
**Cross** [1] - 2:5
**CROSS** [1] - 36:4
**cross-examination** [1] - 65:19
**Cross-Examination** [1] - 2:5
**CROSS-EXAMINATION** [1] - 36:4
**CRR** [1] - 1:23
**custom** [4] - 27:9, 27:10, 28:8
**customer** [1] - 4:24
**customers** [1] - 64:22
**Customs** [1] - 91:22
**cut** [2] - 29:5, 30:16

# D

**damage** [1] - 78:19
**damaged** [1] - 85:12
**dark** [2] - 27:17, 75:23
**Darlene** [1] - 1:14
**data** [3] - 5:10, 5:17, 5:24
**date** [4] - 4:22, 5:6, 64:5, 64:8
**Date** [1] - 1:4
**Dated** [1] - 98:11
**dates** [1] - 70:14
**daughter** [1] - 93:8
**days** [3] - 34:15, 67:11
**days'** [1] - 75:2
**DC** [8] - 1:16, 1:21, 1:24, 57:16, 59:1, 61:14, 64:15, 98:15
**deal** [3] - 47:19, 47:25
**dealer** [5] - 36:10, 37:12, 37:23, 38:6, 38:14
**dealing** [6] - 47:6, 51:18, 51:20, 51:23, 52:4, 57:17
**Dear** [1] - 67:7
**December** [1] - 52:17
**decided** [6] - 12:4, 12:6, 21:8, 21:14, 45:19, 71:2
**defendant** [6] - 2:16, 69:12, 70:3, 70:21, 71:3, 71:11
**Defendant** [4] - 1:6, 1:17, 31:9, 33:1

**Defendant's** [10] - 15:8, 24:16, 25:9, 53:25, 54:24, 76:12, 80:19, 81:20, 82:25, 85:19
**defendant's** [1] - 55:13
**defendants** [2] - 67:25, 70:18
**defenders** [1] - 66:23
**defense** [9] - 6:23, 7:9, 9:8, 25:19, 37:5, 37:8, 37:22, 63:11, 66:24
**Defense** [1] - 14:24, 15:3, 23:22, 24:20, 33:16, 62:18, 63:21, 65:25, 76:8, 80:12, 81:15, 82:20, 85:16
**definitely** [3] - 57:3, 83:17, 86:13
**deliveries** [2] - 85:8, 85:10
**demonstrating** [1] - 44:3
**Deniece** [5] - 10:14, 10:16, 16:24, 17:3, 17:7
**DENIECE** [2] - 2:4, 10:2
**Department** [1] - 59:1
**deposits** [1] - 47:23
**depressed** [1] - 67:2
**deputy** [1] - 53:10
**DEPUTY** [28] - 9:22, 14:24, 15:2, 23:21, 23:24, 24:2, 24:4, 24:6, 24:11, 24:20, 25:7, 41:24, 42:2, 42:6, 54:2, 54:7, 62:17, 70:6, 70:8, 76:7, 78:1, 78:24, 80:12, 81:15, 82:20, 84:11, 84:14, 85:16
**derive** [1] - 6:4
**describe** [1] - 39:9
**described** [2] - 8:22, 9:4
**despite** [1] - 45:21
**dessert** [1] - 90:7
**detail** [1] - 4:23
**detailed** [1] - 4:18
**details** [1] - 68:1
**Detective** [2] - 4:14, 5:2
**determine** [1] - 94:16
**devised** [1] - 51:10
**different** [6] - 13:3, 14:25, 15:1, 15:2, 25:24, 79:14
**digits** [2] - 4:16, 4:25
**dining** [4] - 32:17, 35:3, 35:4, 91:7
**DIRECT** [2] - 10:6, 61:8
**Direct** [2] - 2:5, 2:7
**direct** [2] - 42:14, 62:14
**disappeared** [1] - 28:6
**discuss** [3] - 20:4, 53:17, 90:10
**discussed** [1] - 3:24
**discussing** [2] - 90:19, 91:9
**Discussion** [2] - 67:20, 71:19

**discussion** [20] - 6:12, 6:21, 8:12, 23:19, 25:3, 42:7, 53:10, 61:3, 62:10, 62:19, 70:11, 73:5, 73:9, 74:7, 74:20, 76:17, 77:8, 79:1, 82:18, 86:17
**disks** [1] - 7:25
**distributed** [2] - 64:14, 64:25
**distributing** [1] - 64:20
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [2] - 58:14, 64:23
**division** [1] - 59:2
**document** [11] - 17:10, 63:2, 63:4, 63:17, 64:5, 64:10, 65:2, 65:18, 65:23, 91:21, 92:18
**documents** [7] - 26:7, 32:7, 32:9, 62:25, 63:1, 90:3, 91:14
**dog's** [1] - 89:11
**dollars** [1] - 49:1
**done** [1] - 20:17
**door** [14] - 26:23, 27:3, 27:4, 27:6, 27:7, 27:8, 27:11, 27:14, 28:6, 28:12, 28:13, 28:14, 28:15, 28:17
**doors** [1] - 27:10
**doorways** [1] - 27:10
**double** [1] - 20:13
**down** [12] - 8:10, 11:6, 29:16, 53:16, 60:10, 67:17, 71:17, 75:14, 79:19, 79:20, 87:19, 90:13
**downstairs** [2] - 29:1, 82:10
**drawing** [1] - 95:6
**drawn** [1] - 21:2
**drew** [1] - 88:25
**drive** [3] - 13:3, 13:12, 13:17
**driven** [1] - 13:25
**driver** [2] - 73:17
**driveway** [1] - 83:10
**driving** [6] - 15:18, 15:19, 15:20, 15:21, 52:25, 53:5
**drove** [8] - 13:5, 13:14, 13:15, 13:16, 13:19, 13:23, 14:4, 14:5
**drug** [13] - 36:10, 37:12, 37:23, 38:6, 38:14, 51:18, 51:20, 51:23, 52:3, 57:16, 64:14, 64:19, 64:21
**drug-related** [1] - 64:19
**drugs** [9] - 56:13, 56:16, 56:17, 56:23, 58:1, 61:24, 61:25, 62:2, 64:22
**drywall** [2] - 75:17, 77:21
**dual** [2] - 39:7, 39:8
**duly** [2] - 10:3, 60:21
**duplicates** [1] - 97:16
**Durham** [1] - 46:1
**during** [17] - 14:8, 14:11,

29:23, 34:11, 36:15, 36:20, 37:5, 37:8, 37:11, 37:12, 37:21, 37:23, 40:11, 40:21, 44:2, 48:16, 64:23

# E

**early** [1] - 64:12
**earned** [1] - 43:1
**easier** [1] - 96:21
**easiest** [1] - 66:19
**EASTVOLD** [1] - 98:6
**Eastvold** [2] - 1:23, 98:13
**easy** [1] - 84:24
**eating** [1] - 91:7
**edit** [1] - 7:23
**Edward** [1] - 66:5
**efficient** [1] - 92:3
**either** [1] - 65:8
**electricity** [1] - 49:6
**ELLEN** [1] - 1:10
**Elmo** [2] - 78:1, 78:2
**elsewhere** [1] - 64:16
**email** [1] - 82:13
**embarrassment** [1] - 66:17
**employed** [1] - 58:25
**end** [4] - 32:10, 55:14, 80:5, 80:6
**End** [2] - 70:11, 73:5
**ended** [2] - 52:25, 53:5
**enter** [1] - 28:3
**entered** [1] - 28:10
**entering** [2] - 9:17, 56:5
**entire** [1] - 65:18
**entirely** [1] - 49:11
**entirety** [1] - 75:1
**equipment** [1] - 75:8
**Errin** [1] - 1:19
**essence** [1] - 59:23
**event** [6] - 14:8, 14:12, 14:15, 14:17, 22:13, 22:15
**events** [1] - 8:2
**everywhere** [1] - 28:9
**evidence** [34] - 15:4, 15:8, 24:12, 24:16, 25:9, 41:12, 42:9, 42:12, 51:13, 54:3, 54:24, 58:17, 63:15, 63:18, 63:22, 64:3, 65:10, 65:12, 65:14, 76:12, 79:7, 80:18, 80:19, 80:21, 81:20, 82:25, 85:19, 89:21, 91:19, 92:11, 95:2, 96:4, 96:8, 97:14
**evidentiary** [1] - 94:25
**exact** [1] - 48:25
**exactly** [5] - 16:5, 16:14, 23:2, 23:5, 73:15
**Examination** [4] - 2:5, 2:5, 2:6, 2:7
**EXAMINATION** [4] - 10:6, 36:4, 56:10, 61:8

**examination** [2] - 42:14, 65:19
**examined** [2] - 10:4, 60:22
**example** [1] - 45:25
**except** [1] - 49:14
**exchange** [1] - 64:22
**excuse** [4] - 26:8, 54:19, 83:19, 91:1
**excused** [1] - 60:12
**EXHIBIT** [2] - 2:13, 2:16
**Exhibit** [49] - 14:24, 15:3, 15:8, 16:7, 16:8, 16:15, 17:9, 18:10, 18:16, 23:22, 24:16, 24:20, 25:12, 31:9, 31:21, 32:2, 33:1, 33:16, 42:10, 42:12, 58:10, 58:14, 62:18, 63:10, 63:17, 63:21, 64:3, 65:25, 73:20, 76:8, 76:12, 79:5, 80:12, 80:19, 80:20, 81:15, 81:20, 82:20, 84:11, 84:17, 85:16, 85:19, 86:21, 87:1, 87:13, 88:12
**exhibit** [18] - 14:25, 17:15, 19:6, 19:15, 25:18, 31:15, 31:18, 33:21, 58:16, 63:11, 65:5, 67:15, 67:23, 72:16, 76:6, 91:12, 95:4, 97:14
**exhibits** [13] - 14:25, 16:13, 62:21, 67:15, 67:24, 69:10, 69:11, 70:13, 72:12, 95:13, 96:9, 96:20, 97:4
**Exhibits** [4] - 16:4, 25:9, 54:24, 82:25
**exist** [1] - 9:5
**exiting** [5] - 53:18, 53:19, 67:18, 90:21, 91:5
**expenses** [4] - 17:19, 45:16, 49:5, 49:10
**expert** [1] - 51:23
**explain** [5] - 14:11, 16:5, 16:14, 30:21, 47:21

# F

**face** [1] - 25:13
**facilitate** [1] - 64:18
**fact** [17] - 6:4, 11:10, 11:13, 30:10, 31:1, 43:14, 43:22, 44:2, 44:14, 45:1, 45:21, 46:12, 55:24, 56:2, 63:19, 73:20, 95:16
**Facts** [1] - 63:3
**facts** [1] - 64:11
**Faith** [3] - 12:1, 12:6, 12:12
**fall** [1] - 45:3
**familiar** [2] - 63:1, 63:4
**family** [13] - 16:2, 22:12, 22:13, 22:15, 32:15, 41:4, 48:1, 48:4, 48:8, 48:17, 49:10, 57:19, 66:17

**far** [4] - 25:17, 66:24, 73:22, 73:24
**favors** [1] - 16:1
**fax** [1] - 82:11
**FBI** [4] - 3:15, 5:24, 46:15, 46:24
**fear** [1] - 11:19
**February** [5] - 1:4, 14:7, 15:13, 15:20, 98:11
**feet** [2] - 27:9, 27:17
**felon** [1] - 57:20
**felt** [2] - 66:17
**few** [3] - 34:15, 49:1, 96:12
**fight** [3] - 66:21, 67:4, 67:12
**figure** [2] - 8:7, 9:10
**file** [6] - 1:3, 42:19, 42:21, 44:21, 44:22, 91:15
**filed** [5] - 41:2, 43:6, 44:10, 44:18, 51:17
**filing** [4] - 17:3, 43:6, 43:19, 44:10
**filled** [1] - 32:17
**final** [1] - 52:12
**finally** [2] - 5:3, 67:2
**financial** [2] - 20:7, 59:8
**financially** [1] - 48:4
**fine** [9] - 6:16, 52:10, 55:15, 55:16, 61:11, 62:16, 91:17, 93:10
**finger** [1] - 87:5
**finish** [1] - 96:4
**finished** [1] - 96:24
**finite** [1] - 4:17
**first** [35] - 3:16, 8:15, 10:3, 10:12, 11:19, 23:10, 29:24, 33:10, 37:5, 37:11, 56:14, 60:21, 66:3, 66:11, 68:8, 68:10, 68:12, 68:14, 68:15, 69:18, 70:4, 70:17, 70:18, 70:21, 70:23, 71:4, 71:5, 71:6, 71:12, 73:18, 75:24, 79:23, 88:3, 88:5, 95:25
**five** [5] - 32:18, 35:5, 41:7, 44:10, 48:24
**flip** [1] - 55:20
**floor** [4] - 28:21, 74:15, 82:11, 83:11
**floors** [1] - 74:4
**flyers** [3] - 82:12, 86:1, 97:6
**focus** [1] - 13:9
**following** [4] - 3:1, 53:22, 64:11, 90:24
**follows** [2] - 10:5, 60:23
**foolishness** [5] - 57:4, 57:6, 57:7, 57:10, 57:12
**FOR** [1] - 1:1
**foregoing** [1] - 98:7
**form** [1] - 5:7
**format** [1] - 4:24
**formerly** [2] - 4:19, 4:20

**forth** [1] - 21:6
**forty** [1] - 33:2
**four** [2] - 94:24, 95:20
**Fourth** [1] - 1:16
**foyer** [1] - 39:6
**Francisco** [1] - 71:24
**free** [1] - 60:11
**freight** [1] - 85:8
**friend** [2] - 20:11, 79:13
**friends** [1] - 16:2
**front** [12] - 27:4, 27:6, 27:10, 28:6, 28:12, 28:13, 28:14, 28:15, 28:17, 31:7, 53:24, 79:17, 91:10, 92:18
**FTN** [6] - 12:12, 18:1, 18:2, 18:18, 18:20, 18:21
**full** [3] - 3:18, 61:12, 98:8

# G

**gallon** [1] - 83:18
**garage** [2] - 28:5, 28:10
**generating** [1] - 40:24
**gentleman** [1] - 27:8
**gentlemen** [7] - 9:25, 53:14, 56:7, 67:16, 90:4, 90:12, 91:6
**Gibson** [2] - 74:8, 76:18
**gift** [3] - 79:17, 79:24
**glass** [8] - 79:21, 79:23, 80:1, 80:2, 81:22, 81:23, 82:2
**gloves** [1] - 84:23
**God** [3] - 11:19, 26:21
**Gonzalez** [1] - 71:24
**Gonzalez-Ruan** [1] - 71:24
**government** [5] - 2:13, 12:11, 19:10, 19:17
**Government** [28] - 5:14, 8:7, 9:7, 9:8, 25:19, 33:6, 36:3, 41:22, 41:25, 56:12, 58:14, 65:13, 65:17, 65:18, 66:22, 69:1, 69:2, 73:20, 74:17, 79:5, 80:14, 86:21, 87:1, 87:13, 88:12, 95:15, 96:11, 97:5
**Government's** [10] - 41:24, 42:9, 42:12, 63:9, 63:17, 64:3, 65:15, 84:17, 88:5, 91:20
**grab** [1] - 84:23
**Grand** [2] - 46:16, 46:25
**grand** [9] - 20:12, 20:14, 20:20, 21:25, 22:1, 22:3, 42:2, 92:1, 94:13
**great** [3] - 47:19, 47:25
**green** [3] - 81:8, 86:9, 86:11
**Greg** [3] - 15:23, 75:18, 80:8
**Gregory** [1] - 42:3
**grew** [1] - 61:14

**griping** [1] - 20:5
**gross** [4] - 17:17, 18:14, 19:7
**ground** [1] - 74:14
**grounds** [3] - 11:1, 11:4, 57:22
**grueling** [1] - 21:13
**guess** [6] - 29:1, 30:23, 31:20, 89:9, 89:11
**gun** [4] - 97:5, 97:8, 97:9, 97:10
**guns** [5] - 28:19, 28:20, 61:24, 61:25, 62:2
**guy** [3] - 72:4, 72:19, 96:9
**guys** [1] - 69:21
**Gwen** [10] - 9:21, 41:23, 54:1, 54:22, 58:12, 68:6, 70:7, 76:13, 80:17, 90:8

## H

**H&R** [1] - 43:23
**hall** [2] - 29:16, 90:15
**halls** [1] - 90:20
**hallway** [1] - 30:6
**Hampton** [3] - 73:14, 86:14, 93:16
**hand** [11] - 34:20, 35:2, 45:21, 45:23, 48:5, 50:17, 50:20, 50:21, 51:9, 92:3, 96:7
**handcuff** [1] - 29:12
**handcuffed** [2] - 29:13, 32:15
**handcuffs** [4] - 29:17, 32:14, 32:16, 35:4
**handed** [2] - 71:22, 91:14
**handing** [1] - 17:10
**handle** [1] - 84:24
**hands** [1] - 8:25
**hanging** [1] - 87:19
**happy** [5] - 10:8, 10:9, 23:1, 60:24, 95:10
**Happy** [2] - 9:19, 9:24
**head** [2] - 3:21, 89:10
**hear** [10] - 19:20, 27:3, 27:11, 36:9, 36:12, 36:14, 47:11, 88:21, 88:23
**heard** [11] - 26:14, 26:16, 27:7, 27:14, 27:17, 39:6, 55:12, 89:6, 93:6, 96:6
**hearing** [3] - 65:6, 93:15, 93:23
**hearsay** [1] - 35:19
**heat** [1] - 49:6
**HELD** [1] - 1:9
**held** [3] - 3:1, 53:22, 90:24
**help** [3] - 79:13, 90:8, 92:10
**helping** [1] - 94:15
**hereby** [1] - 98:6
**high** [1] - 51:19

**historic/stored** [1] - 5:4
**hold** [4] - 24:11, 84:21, 84:23, 91:10
**home** [1] - 12:14, 14:14, 15:15, 15:17, 21:12, 55:13, 61:22, 81:5, 81:11, 81:12, 81:13
**Honda** [4] - 46:1, 46:5, 46:13, 46:16
**Honor** [76] - 3:6, 5:13, 6:23, 7:7, 7:12, 7:24, 8:21, 10:25, 21:16, 23:21, 24:12, 24:14, 30:13, 31:2, 35:17, 36:2, 37:13, 38:8, 50:18, 51:6, 51:21, 52:6, 53:8, 53:13, 54:15, 55:23, 57:21, 58:2, 60:15, 61:6, 62:12, 62:17, 63:9, 63:16, 65:13, 65:17, 67:14, 67:22, 69:2, 69:13, 71:15, 72:3, 72:15, 74:17, 76:7, 76:10, 79:6, 80:13, 80:15, 80:17, 80:20, 81:16, 81:18, 82:23, 84:1, 84:8, 85:17, 86:16, 86:22, 86:25, 89:17, 89:19, 90:2, 91:3, 91:13, 92:5, 92:6, 92:9, 93:22, 94:18, 95:9, 96:15, 96:19, 96:22, 96:25, 97:4
**Honorable** [1] - 67:7
**HONORABLE** [1] - 1:10
**hook** [1] - 88:1
**hooks** [6] - 87:6, 88:15, 88:16, 88:17, 88:20, 88:24
**hopefully** [2] - 7:14, 66:20
**Horne** [1] - 4:14
**Horne's** [1] - 5:2
**hour** [1] - 30:11
**hours** [8] - 5:22, 5:23, 6:5, 6:6, 21:12, 47:15
**house** [44] - 10:22, 11:7, 11:16, 23:7, 23:11, 24:18, 26:12, 27:8, 27:9, 27:12, 28:4, 30:9, 31:13, 32:12, 32:22, 33:24, 34:15, 35:6, 35:7, 35:9, 35:11, 35:14, 35:23, 39:1, 39:5, 39:9, 39:11, 39:13, 39:18, 39:22, 39:24, 40:11, 40:15, 40:16, 49:22, 50:2, 50:5, 56:2, 57:5, 57:6, 57:13, 61:20, 64:16
**household** [6] - 47:20, 48:1, 48:4, 48:8, 48:18, 49:5
**Howard** [1] - 66:4
**hundreds** [1] - 48:22
**hurts** [1] - 54:17
**husband** [5] - 26:14, 26:15, 29:15, 52:22, 56:17
**HUVELLE** [1] - 1:10

**Huvelle** [2] - 60:19, 67:7

## I

**ICE** [5] - 88:8, 91:24, 92:19, 92:22
**ICE-10** [1] - 96:16
**ICE-12** [3] - 87:13, 88:10
**ICE-15** [2] - 79:5, 79:7
**ICE-18** [1] - 84:18
**ICE-22** [1] - 74:18
**ID** [2] - 42:4, 95:13
**idea** [3] - 59:5, 59:8, 71:25
**IDEN** [2] - 4:17, 4:20
**identification** [1] - 73:8
**illegality** [1] - 55:21
**imagine** [1] - 8:10
**impeach** [3] - 55:19, 94:1, 95:24
**implant** [1] - 89:10
**improper** [1] - 69:3
**IN** [1] - 1:1
**incarcerated** [1] - 66:18
**inches** [1] - 27:9
**include** [1] - 5:8
**included** [2] - 5:1, 64:16
**includes** [1] - 68:7
**including** [1] - 55:12
**income** [27] - 17:17, 17:18, 17:22, 18:14, 18:17, 18:19, 19:1, 19:8, 40:22, 40:24, 41:3, 43:1, 43:7, 43:13, 43:20, 44:7, 44:12, 44:15, 45:22, 47:20, 47:25, 49:5, 49:9, 51:16, 58:8
**incoming** [2] - 4:16, 4:25
**incomplete** [1] - 5:15
**inconsistencies** [1] - 55:19
**indicating** [26] - 16:7, 16:8, 19:2, 25:12, 26:2, 31:13, 33:7, 35:2, 43:2, 43:10, 43:12, 75:12, 75:24, 79:16, 79:19, 81:1, 81:22, 83:3, 83:8, 83:9, 86:3, 87:4, 87:7, 87:19, 91:15
**indicating)** [14] - 16:8, 16:11, 25:13, 25:14, 25:16, 77:3, 83:22, 84:13, 86:1, 86:2, 88:1, 88:2, 88:16
**indictment** [16] - 62:8, 66:13, 66:15, 66:16, 66:20, 69:19, 70:17, 70:18, 70:22, 70:23, 71:1, 71:4, 71:6, 72:14, 94:13
**indictments** [4] - 67:25, 69:6, 69:8, 69:17
**indulgence** [1] - 24:25
**inflatable** [6] - 76:1, 77:7, 77:14, 86:5, 86:6, 86:10
**information** [6] - 4:17, 4:25,

5:8, 42:25, 51:15, 71:7
**initial** [1] - 20:19
**innocence** [1] - 68:18
**instances** [2] - 47:14, 51:4
**instead** [3] - 17:1, 21:7, 66:21
**instruction** [2] - 7:23, 55:10
**instructions** [1] - 96:3
**intend** [1] - 65:18
**intends** [1] - 68:2
**interior** [3] - 73:22, 73:24, 78:21
**interpretation** [1] - 75:6
**interrupt** [1] - 69:2
**introduced** [1] - 8:9
**inventory** [2] - 26:1, 33:17
**invest** [1] - 20:12
**invested** [1] - 22:10
**investing** [1] - 21:4
**investment** [2] - 20:19, 21:15
**involved** [2] - 44:9, 45:2
**IRS** [3] - 43:1, 43:13, 44:7
**issue** [4] - 63:24, 93:19, 94:25, 95:15
**issues** [1] - 97:2
**item** [3] - 75:11, 75:24, 81:1
**items** [5] - 31:22, 32:11, 32:12, 75:11, 75:13

## J

**jacket** [3] - 80:3, 80:5, 80:7
**jail** [1] - 66:7
**Javier** [3] - 72:4, 72:6, 72:25
**Jeep** [10] - 12:15, 12:16, 13:3, 13:13, 13:14, 13:15, 40:3, 50:25, 53:4, 53:6
**Jeffrey** [1] - 1:18
**Jenning's** [1] - 14:8
**jobs** [1] - 85:9
**Johnson** [6] - 10:16, 16:23, 16:24, 16:25, 17:3, 17:7
**joint** [4] - 16:16, 16:18, 16:19, 16:20
**jointly** [2] - 43:6, 44:10
**Jones** [176] - 1:5, 1:17, 3:3, 6:13, 6:14, 6:22, 8:13, 8:21, 9:13, 10:8, 10:14, 10:17, 10:22, 11:10, 11:17, 11:20, 11:24, 12:1, 12:14, 12:19, 12:20, 13:3, 13:12, 13:15, 13:17, 13:21, 14:1, 14:7, 14:21, 15:10, 15:11, 15:22, 16:1, 16:22, 16:24, 17:1, 17:7, 17:8, 18:25, 19:23, 20:4, 20:7, 20:16, 21:22, 22:10, 22:11, 22:18, 23:1, 23:2, 23:6, 23:20, 24:10, 24:11, 24:18, 25:4, 26:5, 26:8, 26:9, 27:1,

27:19, 27:20, 28:3, 28:19, 28:22, 29:8, 29:11, 29:22, 30:3, 30:10, 31:1, 31:7, 31:12, 32:7, 33:5, 34:7, 35:9, 35:13, 36:6, 36:8, 36:10, 36:19, 37:3, 37:12, 37:23, 38:6, 38:14, 38:22, 38:23, 40:11, 40:22, 41:2, 41:3, 41:20, 42:8, 42:14, 42:18, 43:1, 43:17, 43:20, 44:3, 44:7, 44:14, 45:3, 45:6, 45:9, 45:12, 45:15, 45:21, 45:23, 47:6, 47:8, 47:11, 47:14, 47:18, 48:3, 48:5, 50:17, 51:2, 51:8, 52:16, 56:9, 56:12, 56:13, 56:16, 56:22, 56:23, 57:2, 57:5, 57:12, 57:15, 57:19, 58:1, 58:15, 58:23, 59:3, 59:5, 59:10, 59:13, 59:16, 59:22, 59:25, 60:2, 60:5, 61:4, 62:7, 62:11, 62:13, 62:20, 64:13, 64:24, 68:2, 71:22, 73:10, 73:12, 74:8, 74:21, 76:18, 77:9, 78:25, 79:2, 82:19, 86:18, 89:3, 89:13, 91:14, 92:19, 96:18
**jones** [1] - 25:6
**JONES** [175] - 2:4, 3:4, 5:13, 6:8, 6:20, 6:23, 7:2, 7:24, 9:7, 9:14, 10:2, 10:7, 11:9, 12:23, 13:2, 13:7, 13:11, 15:1, 15:5, 15:9, 16:21, 17:14, 18:8, 18:24, 19:19, 21:21, 22:9, 24:9, 24:17, 25:5, 25:10, 25:25, 26:4, 26:25, 27:5, 27:22, 29:21, 30:2, 30:15, 30:20, 31:6, 32:6, 33:3, 33:4, 33:11, 33:23, 34:6, 34:19, 34:25, 35:17, 35:21, 36:2, 37:13, 37:17, 38:8, 38:10, 38:15, 41:21, 49:19, 50:18, 51:6, 51:21, 52:6, 54:5, 55:23, 56:1, 56:11, 56:21, 57:8, 57:11, 57:24, 58:5, 58:7, 58:13, 58:15, 58:19, 60:14, 61:6, 61:9, 62:22, 63:9, 63:12, 64:4, 65:13, 65:22, 66:1, 68:10, 68:13, 68:20, 68:25, 69:9, 69:13, 69:18, 69:23, 70:16, 72:3, 72:6, 72:13, 72:15, 72:21, 72:25, 73:3, 73:11, 74:17, 74:22, 75:14, 75:22, 76:6, 76:15, 76:19, 77:5, 77:10, 77:25, 78:4, 79:3, 79:5, 79:8, 80:20, 80:23, 80:25, 81:10, 81:21, 82:6, 82:8, 82:15, 83:1, 83:22, 83:25, 84:5, 84:8, 84:10, 84:13, 84:16,

85:20, 86:16, 86:19, 86:21, 86:25, 87:3, 87:22, 87:23, 88:10, 88:11, 88:13, 88:14, 88:20, 88:22, 89:2, 89:19, 89:23, 92:5, 92:8, 92:12, 92:15, 92:18, 92:22, 93:1, 93:3, 93:7, 93:13, 93:18, 93:22, 94:2, 94:6, 94:9, 94:17, 95:4, 95:8, 95:21, 95:25, 96:13, 96:22, 96:24, 97:4, 97:11
**Jones's** [14] - 13:24, 20:1, 23:7, 43:6, 43:12, 46:1, 46:5, 46:13, 46:16, 46:25, 64:17, 64:20, 64:21
**Jones** ................ [1] - 2:6
**Jones** ................ [2] - 2:5, 2:7
**Jr** [3] - 14:2, 29:22, 30:4
**Judge** [4] - 17:11, 25:7, 60:19, 67:7
**judge** [2] - 66:20, 67:5
**JUDGE** [1] - 1:10
**jumped** [2] - 26:21, 26:23
**June** [1] - 63:6
**juror** [1] - 91:11
**jurors** [2] - 90:17, 91:7
**jury** [53] - 3:2, 3:5, 7:1, 7:23, 9:12, 9:17, 10:12, 14:11, 16:5, 16:14, 16:25, 18:12, 29:11, 30:21, 33:5, 37:11, 42:2, 49:9, 53:19, 53:23, 54:19, 55:5, 56:3, 56:5, 56:22, 56:25, 57:25, 60:5, 61:12, 64:2, 66:2, 69:25, 73:15, 74:9, 74:12, 74:24, 76:24, 77:11, 79:9, 79:18, 81:3, 82:1, 86:20, 89:8, 90:14, 90:21, 90:25, 92:1, 93:25, 94:11, 94:13, 94:15, 96:3
**JURY** [1] - 1:9
**justice** [3] - 93:9, 93:11, 93:14

## K

**K-9** [1] - 91:22
**Kane** [7] - 91:15, 92:19, 92:22, 94:2, 94:14, 94:16, 95:14
**Katerina** [1] - 91:15
**keep** [4] - 5:18, 15:22, 21:19, 85:11
**Kellie** [2] - 5:15, 93:7
**kept** [5] - 4:21, 5:5, 21:11, 21:12, 34:11
**key** [3] - 27:16, 28:6, 28:9
**kill** [1] - 57:1
**kilogram** [1] - 64:15

**kilograms** [2] - 64:24, 64:25
**kind** [4] - 30:24, 69:14, 75:19, 75:23
**king** [1] - 57:9
**Kirschner** [1] - 5:16
**knock** [1] - 26:14
**knowledge** [5] - 46:4, 46:7, 51:20, 56:17, 56:18
**known** [3] - 4:19, 4:20, 10:17
**knows** [2] - 72:19, 95:12

## L

**ladies** [7] - 9:24, 53:14, 56:7, 67:16, 90:4, 90:12, 91:6
**landlord** [1] - 74:25
**laptop** [3] - 78:2, 78:3
**last** [12] - 7:24, 8:5, 8:9, 10:12, 54:5, 54:8, 58:4, 60:13, 72:21, 74:24, 80:9, 97:2
**Law** [1] - 1:19
**law** [2] - 71:23, 72:23
**LAWRENCE** [2] - 2:7, 60:20
**Lawrence** [6] - 60:14, 61:14, 62:9, 63:3, 63:8, 64:12
**lawyer** [7] - 66:10, 66:11, 66:12, 66:22, 67:4, 67:9
**lawyers** [1] - 66:19
**leading** [1] - 31:3
**Leading** [3] - 33:8, 33:18, 34:22
**Leakes** [1] - 15:23
**learned** [4] - 46:10, 46:11, 46:12, 46:15
**learning** [1] - 58:25
**lease** [5] - 74:16, 74:24, 74:25, 75:1, 75:2
**least** [3] - 5:22, 64:12, 66:8
**leave** [8] - 57:2, 57:3, 75:4, 75:8, 78:8, 79:24, 83:13, 85:4
**leaving** [1] - 90:14
**left** [17] - 15:19, 30:9, 31:12, 31:16, 32:4, 33:16, 33:20, 33:24, 34:7, 73:19, 75:10, 79:25, 81:7, 81:13, 81:14, 86:11, 89:5
**legal** [1] - 67:10
**legality** [1] - 55:11
**legitimate** [6] - 40:22, 41:3, 43:13, 45:22, 51:16, 52:1
**lenient** [1] - 66:21
**less** [1] - 64:24
**letter** [2] - 5:4, 67:5
**letters** [3] - 4:12, 6:15, 6:16
**Levels** [17] - 8:1, 44:4, 44:8, 44:9, 44:17, 45:1, 45:2, 45:13, 59:3, 59:6, 59:19, 60:3, 60:6, 62:4, 82:2,

86:12, 97:7
**Levels's** [1] - 59:11
**lie** [1] - 11:24
**life** [3] - 10:23, 11:14, 21:13
**lifestyle** [3] - 11:22, 38:24, 38:25
**lift** [1] - 84:23
**light** [5] - 28:20, 78:5, 87:9, 87:11, 88:2
**line** [10] - 3:25, 4:4, 4:6, 4:8, 5:21, 6:10, 6:17, 11:19, 17:22, 81:8
**list** [2] - 82:13, 91:16
**listed** [3] - 17:6, 17:8, 43:7
**listing** [2] - 31:22, 67:25
**live** [2] - 23:14, 61:14
**lived** [3] - 11:10, 23:16, 38:25
**living** [4] - 11:22, 35:11, 38:24, 39:19
**loading** [1] - 83:7
**loan's** [1] - 13:1
**loaned** [1] - 20:21
**location** [2] - 4:25, 5:8
**locations** [1] - 55:12
**lock** [3] - 27:10, 28:8
**locked** [4] - 28:12, 28:13, 28:15, 28:17
**logs** [1] - 5:20
**look** [7] - 16:13, 27:8, 31:7, 62:23, 62:25, 75:16, 83:4
**looked** [4] - 4:2, 32:22, 34:14, 87:17
**looking** [5] - 12:3, 12:5, 25:18, 54:4, 96:22
**looks** [1] - 86:8
**Lord** [2] - 10:23, 11:14
**loss** [1] - 17:23
**lost** [2] - 28:6, 68:13
**loud** [1] - 26:14
**loved** [1] - 16:2
**lunch** [5] - 22:19, 22:21, 90:5, 90:10, 90:15

## M

**ma'am** [19] - 8:19, 36:16, 37:4, 38:16, 38:19, 39:4, 39:11, 43:4, 45:18, 45:20, 47:23, 48:13, 48:23, 49:7, 49:20, 49:23, 52:5, 52:24, 53:16
**machine** [1] - 82:11
**Made** .................................. ....... [1] - 2:3
**maiden** [1] - 10:15
**maintained** [1] - 59:14
**maintains** [1] - 4:23
**man** [2] - 57:5, 66:4
**man's** [1] - 89:10

**March** [2] - 10:1, 68:4
**mark** [6] - 70:5, 70:10, 70:13, 72:10, 73:7, 91:19
**marked** [6] - 54:1, 65:16, 70:9, 78:24, 86:3, 95:13
**married** [9] - 10:19, 10:20, 10:22, 11:8, 11:23, 17:2, 17:5, 43:6, 44:10
**marshal** [1] - 7:3
**Maryland** [8] - 23:9, 23:13, 23:24, 24:4, 58:11, 58:24, 61:14, 64:17
**matter** [2] - 69:15, 73:20
**mattress** [10] - 76:1, 76:21, 77:6, 77:7, 77:14, 86:1, 86:5, 86:6, 86:10, 86:14
**MAYNARD** [2] - 2:7, 60:20
**Maynard** [47] - 7:3, 60:14, 61:10, 61:12, 61:14, 61:15, 62:6, 62:9, 62:25, 63:3, 63:8, 64:6, 64:13, 64:23, 65:2, 65:19, 65:23, 66:25, 67:17, 68:7, 70:17, 73:12, 73:19, 74:9, 74:23, 75:5, 75:10, 75:23, 76:16, 78:5, 78:23, 79:4, 79:16, 81:22, 82:1, 83:12, 83:19, 84:17, 85:6, 85:13, 85:21, 86:3, 86:20, 87:24, 89:3, 89:6, 89:13
**Maynard's** [1] - 64:16
**mean** [17] - 5:20, 5:23, 7:16, 16:10, 19:2, 19:11, 20:4, 20:7, 20:9, 22:20, 46:19, 54:11, 57:9, 69:1, 76:4, 83:13, 84:2
**media** [1] - 19:14
**meeting** [3] - 19:13, 19:17, 66:6
**members** [1] - 64:25
**memorandum** [2] - 71:23, 92:17
**mentioned** [3] - 56:13, 58:8, 59:3
**merchandise** [2] - 78:15, 85:11
**message** [1] - 82:14
**met** [1] - 10:18
**might** [1] - 94:25
**mind** [1] - 54:20
**mine** [1] - 79:13
**minivan** [4] - 13:21, 13:23, 13:24
**minute** [9] - 3:10, 27:15, 49:24, 49:25, 68:5, 81:5, 83:20, 96:23
**minutes** [2] - 36:8, 96:12
**MISC-58** [1] - 42:12
**MISC-58**...................................
........ [1] - 2:14

**MISC-60** [1] - 64:3
**MISC-60**...................................
........ [1] - 2:14
**Miscellaneous** [6] - 41:18, 41:23, 41:25, 63:10, 63:17, 63:25
**miscellaneous** [2] - 5:11, 41:22
**mistrial** [1] - 91:8
**molding** [2] - 75:19, 77:22
**moment** [2] - 17:21, 62:15
**Monday** [1] - 4:5
**money** [30] - 19:23, 19:24, 20:1, 20:2, 20:6, 20:13, 20:15, 20:20, 20:24, 21:4, 21:6, 21:7, 21:11, 23:3, 44:4, 45:4, 45:13, 45:17, 49:14, 50:12, 51:25, 52:2, 59:10, 61:24, 61:25, 62:2, 64:22, 66:22
**monitors** [1] - 82:12
**month** [3] - 39:25, 40:4, 40:7
**months** [2] - 66:6, 67:2
**Moore** [11] - 23:9, 23:16, 24:2, 25:11, 26:12, 31:12, 33:24, 39:16, 39:24, 55:13
**morning** [15] - 3:3, 3:4, 3:6, 3:7, 3:11, 3:12, 8:19, 8:20, 30:8, 36:6, 36:7, 36:9, 60:18, 60:19, 60:24
**mortgage** [5] - 39:21, 39:24, 40:18, 49:6, 49:16
**most** [4] - 4:21, 5:5, 18:18, 65:8
**mostly** [3] - 14:5, 18:1, 53:4
**mother** [4] - 14:16, 27:24, 35:11, 39:19
**motion** [2] - 71:23, 72:23
**motions** [2] - 67:6, 67:8
**move** [8] - 11:16, 21:17, 52:8, 63:23, 65:18, 66:19, 89:21, 96:12
**moved** [5] - 10:21, 11:7, 11:13, 63:18, 89:5
**moving** [8] - 75:9, 78:7, 78:9, 78:11, 78:13, 78:19, 85:9
**MPD** [1] - 46:24
**MR** [178] - 3:4, 3:11, 5:13, 6:8, 6:20, 6:23, 7:2, 7:6, 7:24, 8:16, 9:7, 9:14, 10:7, 11:9, 12:23, 13:2, 13:7, 13:11, 15:1, 15:5, 15:9, 16:21, 17:14, 18:8, 18:24, 19:19, 21:21, 22:9, 24:9, 24:17, 25:5, 25:10, 25:25, 26:4, 26:25, 27:5, 27:22, 29:21, 30:2, 30:15, 30:20, 31:6, 32:6, 33:3, 33:4, 33:11, 33:23, 34:6, 34:19, 34:25, 35:17, 35:21, 36:2,

37:13, 37:17, 38:8, 38:10, 38:15, 41:21, 49:19, 50:18, 51:6, 51:21, 52:6, 54:5, 55:23, 56:1, 56:11, 56:21, 57:8, 57:11, 57:24, 58:5, 58:7, 58:13, 58:15, 58:19, 60:14, 61:6, 61:9, 62:22, 63:9, 63:12, 64:4, 65:13, 65:22, 66:1, 68:10, 68:13, 68:20, 68:25, 69:9, 69:13, 69:18, 69:23, 70:10, 70:16, 72:3, 72:6, 72:13, 72:15, 72:21, 72:25, 73:3, 73:11, 74:17, 74:22, 75:14, 75:22, 76:6, 76:15, 76:19, 77:5, 77:10, 77:25, 78:4, 79:3, 79:5, 79:8, 80:20, 80:23, 80:25, 81:10, 81:21, 82:6, 82:8, 82:15, 83:1, 83:22, 83:25, 84:5, 84:8, 84:10, 84:13, 84:16, 85:20, 86:16, 86:19, 86:21, 86:25, 87:3, 87:22, 87:23, 88:10, 88:11, 88:13, 88:14, 88:20, 88:22, 89:2, 89:19, 89:23, 92:5, 92:8, 92:12, 92:15, 92:18, 92:22, 93:1, 93:3, 93:7, 93:13, 93:18, 93:22, 94:2, 94:6, 94:9, 94:17, 95:4, 95:8, 95:21, 95:25, 96:13, 96:22, 96:24, 97:3, 97:4, 97:11
**MS** [93] - 3:6, 3:8, 3:14, 3:24, 6:2, 6:14, 7:12, 7:13, 7:17, 7:20, 8:21, 9:3, 10:25, 11:3, 15:6, 21:16, 24:14, 24:23, 25:2, 25:21, 30:13, 31:2, 33:8, 33:18, 34:22, 35:15, 36:5, 37:2, 37:14, 37:20, 38:13, 38:17, 38:21, 39:16, 39:17, 41:7, 41:8, 41:15, 41:17, 41:19, 42:9, 42:13, 46:20, 46:23, 49:2, 49:8, 49:12, 49:21, 50:16, 50:23, 51:7, 51:14, 51:24, 52:9, 52:12, 52:15, 53:8, 53:12, 54:15, 54:18, 54:20, 55:8, 55:15, 57:21, 58:2, 60:9, 63:16, 63:23, 65:17, 67:14, 67:22, 67:24, 69:1, 70:9, 70:20, 71:15, 71:22, 76:10, 78:3, 80:15, 81:18, 82:23, 89:17, 90:2, 91:3, 91:13, 91:21, 92:6, 95:9, 96:15, 96:19, 97:9, 97:12
**multi** [1] - 64:15
**multi-kilogram** [1] - 64:15
**music** [1] - 83:16
**must** [3] - 9:5, 47:3, 47:10

# N

**nah** [1] - 85:5
**name** [16] - 3:16, 3:19, 3:20, 3:22, 10:13, 10:15, 12:2, 12:4, 12:5, 12:6, 12:7, 13:1, 17:5, 26:1, 61:12, 80:9
**named** [6] - 43:25, 66:4, 68:14, 69:7, 70:23, 71:3
**names** [1] - 3:18
**National** [2] - 58:11, 58:24
**Naugle** [2] - 25:21, 25:22
**necessary** [1] - 85:10
**need** [18] - 6:8, 9:7, 19:4, 47:21, 50:12, 50:15, 54:8, 54:21, 69:5, 69:6, 71:15, 74:3, 78:1, 78:2, 84:15, 85:5, 85:6, 90:2
**needed** [2] - 49:14, 77:19
**needs** [1] - 36:21
**negatively** [1] - 60:9
**Network** [3] - 12:2, 12:6, 12:12
**network** [5] - 4:19, 4:20, 4:21, 5:7
**networks** [1] - 4:17
**never** [20] - 31:1, 32:21, 32:24, 33:6, 34:10, 34:13, 34:14, 37:11, 37:22, 44:2, 44:15, 51:25, 56:14, 71:4, 92:7, 93:15, 93:18
**new** [14] - 18:25, 28:1, 54:22, 67:11, 76:3, 76:4, 76:22, 76:25, 77:22, 78:10, 79:21, 80:1, 86:12, 86:13
**Newport** [1] - 28:1
**News** [1] - 28:1
**next** [11] - 21:19, 36:1, 53:3, 60:14, 63:4, 78:22, 80:3, 81:1, 91:21, 91:24, 97:7
**Nextel** [1] - 4:21
**nice** [8] - 38:24, 38:25, 39:1, 39:6, 39:9, 39:11, 81:4, 90:10
**night** [7] - 20:13, 20:14, 20:20, 47:15, 59:17, 59:20, 59:23
**nightstand** [1] - 26:18
**nine** [1] - 78:18
**noise** [6] - 26:16, 28:24, 30:25, 62:14, 85:25, 90:15
**none** [2] - 47:7, 47:9
**North** [1] - 46:1
**northwest** [1] - 79:14
**note** [3] - 40:4, 40:6, 84:15
**NOTE** [35] - 6:12, 6:21, 8:12, 9:17, 17:10, 19:6, 19:15, 23:19, 25:3, 26:7, 31:15, 33:21, 42:7, 53:10, 53:19,

53:22, 56:5, 58:16, 61:3, 62:10, 62:19, 62:21, 67:18, 71:17, 73:9, 74:7, 74:20, 76:17, 77:8, 79:1, 82:18, 86:17, 90:21, 90:24, 91:5
**notes** [2] - 49:18, 98:8
**nothing** [3] - 53:9, 72:9, 94:21
**notice** [1] - 75:2
**November** [3] - 10:20, 61:19, 64:9
**nude** [1] - 29:8
**null** [1] - 75:3
**number** [10] - 25:23, 31:18, 41:23, 42:5, 70:15, 88:8, 88:9, 91:13, 91:20, 95:12
**numbered** [2] - 31:25, 54:7
**numbers** [4] - 4:14, 54:22, 85:15, 97:14
**NW** [4] - 1:16, 1:20, 1:24, 98:15

## O

**O'Brien** [7] - 3:17, 3:25, 4:4, 4:5, 5:15, 5:19, 93:7
**O'Toole** [3] - 1:18, 1:20, 3:10
**O'TOOLE** [5] - 3:11, 7:6, 8:16, 70:10, 97:3
**oath** [4] - 10:4, 11:24, 60:22, 94:2
**object** [4] - 31:3, 36:21, 38:7, 57:21
**objected** [1] - 37:1
**objection** [39] - 8:7, 9:4, 10:25, 15:6, 15:7, 21:17, 24:13, 24:24, 25:8, 30:13, 33:8, 33:18, 34:22, 35:15, 36:25, 37:13, 38:10, 38:15, 41:20, 41:21, 42:11, 49:19, 49:25, 50:18, 51:21, 54:15, 54:18, 58:2, 63:19, 70:15, 70:20, 72:11, 76:9, 80:18, 81:17, 81:18, 82:22, 89:17, 89:21
**objection's** [1] - 49:25
**objections** [3] - 7:25, 24:22, 80:13
**obstruct** [1] - 93:9
**obstructed** [1] - 93:11
**obstruction** [1] - 93:14
**obviously** [8] - 8:8, 8:23, 17:5, 44:1, 44:20, 46:8, 48:9, 68:1
**occasionally** [2] - 13:12, 64:20
**occasions** [1] - 13:4
**occur** [1] - 64:22
**occurred** [1] - 51:25
**October** [14] - 4:8, 26:8,

26:11, 27:19, 33:12, 38:23, 46:18, 46:19, 46:22, 51:5, 61:15, 61:17, 61:18, 62:3
**Odyssey** [3] - 46:1, 46:6, 46:13
**OF** [4] - 1:1, 1:2, 1:9, 98:2
**Off-the-record** [18] - 6:12, 6:21, 8:12, 23:19, 25:3, 42:7, 53:10, 61:3, 62:10, 62:19, 73:9, 74:7, 74:20, 76:17, 77:8, 79:1, 82:18, 86:17
**offer** [1] - 42:9
**office** [6] - 4:2, 82:10, 82:11, 85:22
**Office** [2] - 1:15, 30:14
**officer** [1] - 32:8
**officers** [5] - 27:1, 30:11, 46:2, 46:15, 46:24
**OFFICIAL** [1] - 98:2
**official** [1] - 98:13
**often** [2] - 22:17, 45:3
**oil** [2] - 74:4, 74:14
**old** [1] - 29:18
**older** [1] - 5:7
**omnibus** [1] - 71:23
**once** [10] - 10:1, 32:8, 36:9, 37:22, 44:2, 55:18, 84:20, 84:22, 95:17
**one** [67] - 3:19, 4:14, 5:25, 6:20, 7:15, 7:24, 7:25, 9:8, 10:21, 11:13, 14:25, 17:13, 21:15, 22:13, 23:10, 23:15, 24:12, 27:2, 28:7, 28:22, 32:22, 32:24, 32:25, 34:3, 34:16, 39:15, 42:5, 52:12, 57:4, 61:6, 63:4, 64:17, 64:19, 66:16, 68:3, 68:7, 68:8, 68:10, 68:14, 70:3, 71:6, 71:16, 72:1, 75:20, 75:21, 76:2, 76:14, 78:9, 81:6, 81:7, 82:6, 83:5, 83:25, 84:3, 85:8, 85:22, 86:8, 86:9, 86:12, 89:12, 90:12, 91:15, 91:16, 92:13, 95:4, 96:23
**one's** [1] - 86:9
**one-time** [1] - 21:15
**ones** [4] - 16:2, 32:1, 85:1, 85:2
**online** [1] - 4:18
**open** [2] - 22:2, 27:3
**opening** [6] - 20:12, 20:14, 20:21, 21:25, 22:1, 22:3
**operating** [1] - 21:3
**opportunity** [1] - 43:16
**option** [1] - 74:25
**orders** [1] - 4:13
**organization** [1] - 64:14
**outlet** [2] - 87:8

**outside** [4] - 3:1, 53:23, 55:4, 90:25
**overhead** [1] - 87:9
**overhear** [2] - 90:17, 91:8
**overlapping** [1] - 89:11
**overruled** [3] - 11:5, 50:1, 50:19
**own** [5] - 35:9, 51:1, 54:11, 54:16, 60:2
**owned** [2] - 35:10, 39:18, 47:21
**owner** [4] - 44:5, 45:24, 47:5, 56:18, 59:7

## P

**p.m** [10] - 4:4, 4:5, 4:7, 4:9, 4:10, 90:22, 97:18
**packs** [4] - 76:3, 76:4, 76:22, 76:25
**pad** [1] - 78:10
**pads** [4] - 78:9, 78:12, 78:13, 78:19
**page** [1] - 33:10
**pages** [6] - 31:16, 31:21, 31:23, 31:25, 32:17, 32:18
**paid** [3] - 23:3, 39:12, 40:16
**paints** [1] - 75:21
**panicked** [3] - 30:12, 30:15, 30:24
**paper** [3] - 41:4, 43:4, 76:14
**paperwork** [1] - 21:2
**paragraph** [2] - 74:24, 75:7
**Park** [3] - 58:11, 58:24, 86:14
**part** [3] - 34:3, 34:5, 73:3
**Part** [1] - 19:1
**participate** [1] - 14:18
**parties** [3] - 64:11, 67:21, 71:20
**party** [1] - 22:24
**past** [1] - 90:6
**Pastor** [1] - 14:8
**pastor's** [1] - 14:19
**patrol** [1] - 92:17
**Pause** [8] - 14:22, 23:18, 52:11, 60:17, 61:7, 80:11, 82:17, 85:14
**pay** [9] - 20:21, 40:12, 45:13, 45:24, 47:22, 48:20, 50:15, 58:10, 58:21
**paychecks** [1] - 54:9
**paying** [2] - 3:9, 39:21
**payment** [1] - 64:21
**payroll** [2] - 45:7, 54:9, 54:23
**PCS** [1] - 4:19
**Peacock** [1] - 89:5
**pegboard** [6] - 86:24, 87:16, 87:18, 87:25, 88:4, 88:6
**pegboards** [2] - 87:2, 88:22
**people** [7] - 14:17, 55:19,

57:19, 90:13, 90:16, 90:18, 93:9
**per** [1] - 39:25
**period** [6] - 4:18, 4:22, 5:6, 40:11, 40:21, 44:2
**person** [2] - 20:5, 75:5
**personal** [1] - 58:25
**Philadelphia** [1] - 14:13
**Philly** [1] - 15:11
**phone** [9] - 4:1, 5:2, 5:3, 7:21, 20:5, 26:17, 26:18, 26:22, 47:12
**photo** [10] - 8:1, 8:3, 24:24, 74:6, 76:8, 80:13, 81:16, 85:17, 85:21, 88:5
**photographs** [2] - 91:16, 97:10
**photos** [5] - 24:21, 82:21, 93:4, 93:14, 94:3
**Photoshop** [2] - 89:6, 89:8
**picked** [2] - 22:18, 22:20
**picture** [24] - 8:10, 34:12, 34:13, 72:19, 75:23, 76:3, 76:20, 77:25, 81:23, 81:24, 82:4, 83:2, 83:4, 83:23, 87:20, 87:24, 88:4, 88:15, 88:17, 89:10, 89:12, 89:14, 89:15
**pictures** [4] - 23:23, 39:3, 72:8, 72:9
**pieces** [2] - 76:13, 91:24
**pile** [2] - 78:17, 78:22
**place** [2] - 77:16, 84:21
**Plaintiff** [1] - 1:3
**plan** [1] - 63:19
**Planning** [2] - 58:11, 58:24
**planning** [3] - 19:13, 19:14, 19:18
**play** [2] - 7:16, 8:2
**played** [1] - 73:15
**playing** [2] - 7:20, 83:16
**plea** [10] - 62:6, 62:18, 63:5, 65:5, 66:13, 66:14, 67:1, 67:8, 68:16
**plead** [2] - 68:15, 71:3
**pleadings** [1] - 92:9
**pled** [4] - 68:8, 68:12, 70:4, 71:6
**plenty** [1] - 92:9
**plugged** [1] - 83:8
**point** [9] - 17:4, 21:8, 21:13, 38:22, 50:13, 68:22, 76:24, 85:8
**pointed** [1] - 28:20
**pointing** [3] - 28:18, 79:20, 87:5
**police** [4] - 26:18, 26:23, 46:2, 46:15
**pool** [1] - 56:19
**pose** [1] - 21:17

**position** [2] - 63:20, 73:15
**possible** [3] - 74:23, 89:16, 94:6
**power** [1] - 74:13
**power-washed** [1] - 74:13
**practice** [1] - 4:15
**prayed** [3] - 12:5, 12:7, 67:3
**premises** [2] - 75:4, 79:25
**Preparation** [1] - 43:25
**preparer** [1] - 43:24
**presence** [4] - 3:2, 53:23, 55:4, 90:25
**Present** [1] - 1:18
**present** [2] - 67:21, 71:20
**presented** [5] - 8:5, 32:19, 32:21, 32:24, 42:14
**pretty** [1] - 32:10
**previous** [7] - 39:12, 39:23, 40:2, 40:6, 40:10, 52:16, 81:24
**previously** [1] - 55:11
**principal** [1] - 52:20
**private** [1] - 47:10
**pro** [1] - 1:17
**problem** [1] - 93:15
**problems** [1] - 20:7
**proceed** [3] - 9:25, 56:8, 91:9
**proceeding** [1] - 3:1
**proceedings** [4] - 53:22, 90:24, 97:18, 98:9
**processing** [2] - 4:22, 5:6
**profit** [1] - 51:19
**progressed** [1] - 20:23
**property** [4] - 32:13, 34:21, 35:1, 35:5
**prophetic** [1] - 97:3
**proposition** [1] - 20:11
**prove** [3] - 94:23, 95:16
**provide** [3] - 3:17, 4:25, 6:14
**provided** [10] - 3:16, 19:6, 19:15, 26:7, 31:15, 33:21, 41:4, 42:25, 58:16, 62:21
**provider** [1] - 43:24
**proving** [1] - 95:16
**public** [3] - 66:23, 69:13, 69:15
**pulling** [1] - 74:5
**purchased** [5] - 12:16, 12:17, 12:18, 12:25, 23:7
**purchases** [1] - 48:8
**purchasing** [1] - 12:19
**purpose** [6] - 69:3, 69:7, 69:12, 69:17, 69:25, 71:25
**purposes** [1] - 69:4
**put** [32] - 3:8, 3:12, 7:25, 11:19, 17:14, 20:14, 24:5, 24:6, 34:4, 59:11, 63:22, 65:10, 65:12, 65:13, 67:8, 69:6, 72:8, 72:16, 72:20,

72:21, 74:2, 77:16, 84:6, 84:20, 84:21, 84:22, 89:14, 90:18, 93:8, 93:13, 94:23, 97:5
**putting** [4] - 15:4, 21:7, 65:15, 69:17

**Q**

**quantities** [2] - 64:15, 64:18
**quarter** [1] - 90:6
**queen** [1] - 57:10
**questions** [7] - 18:7, 31:3, 36:2, 42:15, 52:9, 52:18, 65:8
**quick** [1] - 84:17
**quicker** [1] - 96:12
**quiet** [1] - 90:14
**quit** [2] - 66:11, 67:4
**quite** [1] - 48:9
**quitting** [1] - 66:23

**R**

**rack** [1] - 86:24
**radio** [1] - 83:7
**rather** [1] - 85:9
**reached** [1] - 26:17
**reaching** [1] - 26:22
**read** [6] - 6:15, 62:23, 63:13, 71:4, 74:23, 92:8
**reads** [6] - 4:15, 5:4, 64:10
**ready** [6] - 6:19, 9:12, 9:13, 9:25, 21:9, 56:8
**real** [4] - 66:18, 84:17, 85:5, 95:2
**realized** [1] - 32:23
**really** [3] - 27:12, 34:1, 66:16
**reason** [5] - 5:19, 36:17, 38:1, 66:3, 70:3
**reasonable** [1] - 8:22
**reasons** [3] - 10:21, 47:16, 68:17
**rebuttal** [1] - 96:5
**rebuttal's** [1] - 7:10
**receipt** [2] - 34:21, 35:1
**receipts** [2] - 19:7, 19:17
**received** [5] - 4:11, 15:8, 19:8, 19:9, 24:16, 25:9, 42:12, 54:24, 64:3, 76:12, 80:18, 80:19, 81:20, 82:25, 85:19
**receiving** [1] - 64:21
**recent** [2] - 4:22, 5:5
**Recess** [1] - 55:2
**recess** [3] - 53:15, 53:17, 55:1
**recognize** [10] - 58:20, 65:23, 73:21, 75:23, 81:23, 84:18, 85:21, 86:4, 87:4,

89:24
**Record** [1] - 2:3
**record** [26] - 3:8, 3:13, 4:18, 6:12, 6:21, 8:12, 8:25, 23:19, 25:3, 42:7, 53:10, 61:3, 62:10, 62:19, 67:20, 69:13, 71:19, 73:9, 74:7, 74:20, 76:17, 77:8, 79:1, 82:18, 86:17, 97:15
**records** [7] - 3:15, 4:21, 4:24, 5:5, 5:7, 54:23, 69:16
**Recreation** [1] - 59:1
**red** [4] - 9:19, 9:23, 59:22, 61:1
**redacted** [1] - 6:15
**REDIRECT** [1] - 56:10
**Redirect** [1] - 2:6
**reducers** [1] - 85:25
**Regan** [3] - 74:8, 76:18, 78:2
**regarding** [3] - 67:15, 71:23, 91:22
**regular** [1] - 4:15
**relate** [1] - 73:2
**related** [2] - 64:19, 91:25
**relationship** [1] - 64:24
**relevance** [6] - 11:4, 57:21, 72:18, 72:24, 94:10, 94:15
**relevant** [1] - 72:1
**remaining** [1] - 4:13
**remember** [13] - 12:18, 12:19, 13:25, 14:7, 14:9, 22:5, 34:21, 35:1, 50:11, 64:8, 65:6, 70:17, 80:7
**renovating** [1] - 21:5
**rent** [1] - 45:13
**rented** [2] - 15:23, 15:25
**renting** [1] - 64:16
**replacing** [1] - 77:21
**report** [3] - 44:12, 91:24, 91:25
**reported** [9] - 5:18, 5:24, 43:13, 43:20, 44:7, 44:15, 47:2, 51:16, 90:16
**REPORTER** [1] - 98:2
**Reporter** [2] - 1:23, 98:13
**reporting** [1] - 45:22
**represent** [2] - 19:8, 19:9
**reprint** [2] - 5:1, 5:8
**requested** [1] - 63:25
**respect** [1] - 4:13
**response** [1] - 56:24
**rest** [2] - 49:4, 90:18
**resume** [1] - 90:5
**resuming** [1] - 55:4
**return** [15] - 16:15, 16:17, 16:18, 16:19, 16:20, 18:11, 18:17, 25:16, 42:19, 42:21, 43:11, 43:17, 43:25
**returns** [8] - 41:1, 41:15, 42:16, 44:1, 44:12, 44:16,

44:17, 51:16
**reunion** [2] - 22:13, 22:15
**review** [2] - 6:1, 43:16
**reviewed** [1] - 4:1
**reviewing** [4] - 4:4, 4:6, 4:8, 6:5
**reviews** [2] - 5:20, 6:3
**rid** [1] - 74:2
**RMR** [1] - 1:23
**Road** [1] - 23:12
**role** [1] - 64:16
**Room** [2] - 1:23, 98:14
**room** [8] - 30:5, 32:15, 32:17, 35:3, 35:4, 82:5, 91:7
**Rothwell** [1] - 1:20
**Ruan** [2] - 71:24, 72:14
**ruled** [1] - 55:11
**ruling** [1] - 93:24
**rulings** [1] - 95:2
**running** [1] - 75:5
**runs** [2] - 57:6, 57:12

**S**

**S-E-L-V-A-G-G-I** [1] - 3:20
**s/Vicki** [1] - 98:13
**sale** [1] - 50:14
**Saturday** [1] - 4:3
**saved** [1] - 11:21
**saw** [8] - 29:16, 32:23, 34:10, 34:13, 34:16, 71:6, 71:10, 81:24
**Scialpi** [1] - 1:19
**scope** [3] - 12:8, 12:9, 37:17
**Scott** [1] - 89:5
**scratch** [1] - 78:20
**screen** [4] - 34:4, 77:1, 77:2, 80:22
**se** [1] - 1:17
**search** [13] - 23:25, 25:11, 25:16, 32:19, 32:21, 32:23, 34:10, 34:11, 34:12, 34:14, 46:16, 91:23
**searched** [1] - 46:24
**searches** [1] - 55:11
**seat** [1] - 8:19
**second** [18] - 6:20, 7:4, 23:6, 23:7, 23:11, 37:8, 37:21, 56:14, 61:6, 66:11, 66:12, 67:4, 68:8, 69:19, 71:12, 82:11, 87:14, 90:12
**secret** [1] - 15:22
**secure** [1] - 40:18
**security** [2] - 3:15, 3:21
**see** [38] - 8:23, 16:9, 17:9, 24:23, 25:14, 26:24, 31:10, 31:14, 34:5, 41:10, 47:15, 54:2, 62:23, 68:5, 69:3, 69:18, 76:21, 77:11, 83:2, 83:3, 83:5, 83:8, 85:23,

87:10, 87:11, 87:16, 87:20, 87:24, 88:1, 88:2, 88:6, 88:15, 88:17, 88:24, 90:11
**SEGAL** [1] - 1:10
**seized** [6] - 46:2, 46:5, 46:13, 46:22, 51:4, 51:5
**sell** [3] - 21:9, 45:19, 79:13
**selling** [8] - 21:10, 36:19, 56:13, 56:16, 56:17, 56:23, 58:1, 79:10
**Selvaggi** [1] - 3:19
**semester** [1] - 29:24
**separate** [1] - 59:15
**separately** [1] - 13:4
**September** [2] - 4:3, 4:5
**Sequoia** [10] - 12:19, 12:22, 12:23, 12:24, 13:1, 13:18, 13:19, 40:7, 52:20
**serve** [2] - 69:7, 69:24
**Session** [1] - 1:4
**set** [7] - 18:21, 30:6, 30:7, 62:13, 62:15, 77:22, 81:25
**seven** [1] - 88:3
**several** [2] - 67:2, 85:25
**shadow** [1] - 87:11
**shall** [1] - 75:3
**shame** [1] - 66:17
**shared** [1] - 43:17
**sheet** [1] - 26:1
**sheets** [10] - 3:25, 4:4, 4:6, 4:8, 5:21, 6:10, 6:17, 33:17, 34:10, 35:5
**Sheila** [1] - 3:22
**shell** [1] - 40:16
**shirt** [2] - 81:4
**shock** [1] - 28:25
**shocked** [1] - 30:23
**shoes** [1] - 85:25
**shop** [1] - 13:16
**short** [4] - 7:10, 48:19, 49:14, 50:11
**shot** [1] - 77:12
**show** [20] - 16:4, 25:11, 41:2, 43:9, 54:9, 55:16, 57:16, 58:15, 69:4, 69:12, 72:7, 72:9, 72:19, 73:20, 77:11, 80:10, 85:13, 87:13, 88:12, 96:11
**shown** [1] - 64:2
**shows** [2] - 43:10, 43:12
**shrink** [8] - 78:16, 78:19, 84:19, 84:21, 84:22, 85:1, 85:11
**sic** [2] - 15:23, 27:12
**side** [4] - 8:4, 26:18, 55:20, 73:24
**sides** [1] - 88:1
**sign** [6] - 31:16, 32:7, 32:11, 32:18, 34:10, 35:5
**signature** [2] - 26:3, 26:5

**signed** [5] - 32:8, 44:1, 63:2, 64:5, 65:2
**significant** [2] - 14:17, 48:4
**signs** [2] - 47:3, 47:10
**single** [5] - 62:8, 66:13, 66:15, 66:20, 70:25
**sister** [5] - 27:24, 35:11, 35:13, 35:22, 35:25, 39:19
**sister's** [2] - 32:22, 34:15
**sisters** [1] - 14:16
**sit** [1] - 90:13
**site** [4] - 4:16, 5:1, 5:5, 5:10, 5:20
**sitting** [6] - 32:15, 76:3, 76:22, 78:21, 90:16, 94:20
**situation** [1] - 66:10
**sketch** [5] - 91:17, 92:14, 95:9, 95:11, 96:15
**slide** [1] - 19:3
**small** [2] - 85:1, 85:9
**sofa** [1] - 78:16
**sofas** [1] - 85:2
**sole** [3] - 43:1, 43:7, 74:25
**solely** [1] - 13:24
**SOLTYS** [65] - 3:6, 3:8, 3:14, 3:24, 6:2, 6:14, 7:13, 7:17, 7:20, 8:21, 9:3, 10:25, 11:3, 15:6, 21:16, 24:14, 24:23, 25:2, 25:21, 30:13, 31:2, 33:8, 33:18, 34:22, 35:15, 36:5, 37:2, 37:14, 37:20, 38:13, 38:17, 38:21, 39:16, 39:17, 41:7, 41:8, 41:15, 41:17, 41:19, 42:9, 42:13, 46:20, 46:23, 49:2, 49:8, 49:12, 49:21, 50:16, 50:23, 51:7, 51:14, 51:24, 52:9, 52:12, 52:15, 53:8, 53:12, 54:15, 54:18, 54:20, 55:8, 55:15, 57:21, 58:2, 60:9
**Soltys** [13] - 1:14, 6:13, 6:22, 8:13, 23:20, 24:6, 24:22, 25:4, 25:18, 38:9, 42:8, 61:4, 73:10
**Soltys....................** [1] - 2:5
**solution** [1] - 83:12
**someone** [1] - 7:5
**sometimes** [1] - 13:5, 13:14, 13:15
**somewhere** [1] - 9:5
**son** [9] - 13:15, 13:25, 14:5, 14:14, 15:15, 29:15, 29:16, 29:22, 93:9
**sorry** [17] - 20:18, 21:16, 25:22, 26:10, 30:19, 31:2, 44:24, 61:18, 66:5, 67:16, 73:23, 80:8, 82:8, 83:9, 89:24, 95:2, 96:11
**sound** [1] - 85:24

**soundproof** [1] - 85:23
**sounds** [1] - 8:8
**sources** [2] - 64:17, 64:20
**Southeast** [1] - 11:11
**space** [1] - 85:22
**speaking** [2] - 15:10, 24:18
**Special** [1] - 91:15
**specifically** [1] - 35:1
**spill** [1] - 74:4
**Spivey** [1] - 1:14
**spoken** [1] - 3:17
**sports** [1] - 58:25
**spots** [1] - 79:14
**Sprint** [2] - 4:12, 4:19
**Sprint/Nextel** [2] - 4:16, 4:23
**SSS/ACSO** [1] - 3:22
**stage** [1] - 77:22
**staircases** [2] - 39:7, 39:8
**stand** [7] - 8:14, 53:18, 67:18, 71:17, 78:17, 81:25, 93:8
**start** [5] - 12:4, 51:2, 58:10, 67:3, 92:16
**started** [5] - 12:1, 12:3, 21:3, 28:24, 73:18
**State** [2] - 29:24, 30:1
**statement** [4] - 41:9, 43:3, 50:10, 63:2
**statements** [1] - 95:14
**STATES** [3] - 1:1, 1:2, 1:10
**States** [10] - 1:14, 1:15, 1:15, 1:23, 62:7, 62:8, 63:3, 63:8, 71:24, 98:14
**stay** [1] - 90:18
**stayed** [2] - 14:14, 15:17
**stenographic** [1] - 98:8
**step** [3] - 53:16, 60:10, 67:17
**stepping** [1] - 71:17
**steps** [3] - 8:4, 27:18
**still** [10] - 5:14, 5:16, 17:5, 21:4, 35:10, 63:21, 76:2, 83:8, 85:7, 96:5
**stopped** [2] - 11:22, 46:1
**storage** [1] - 64:18
**store** [1] - 78:17
**stores** [1] - 4:16
**straight** [1] - 81:13
**strap** [3] - 78:20, 78:21, 87:20
**Street** [12] - 1:16, 11:11, 23:9, 23:17, 24:2, 25:11, 26:12, 31:13, 33:24, 39:16, 39:24, 55:13
**strictly** [1] - 12:10
**strike** [3] - 21:17, 27:1, 57:4
**stubs** [2] - 58:11, 58:21
**stuff** [4] - 19:11, 72:22, 85:12, 92:20
**submitted** [1] - 4:13

**substantial** [1] - 48:12
**suggesting** [2] - 55:21, 55:23
**Suite** [1] - 1:21
**summarize** [2] - 65:12, 65:21
**Summit** [2] - 8:3, 8:11
**superseded** [2] - 66:15, 69:19
**superseding** [4] - 67:24, 68:3, 69:6, 69:20
**supervisor** [1] - 59:2
**supplement** [1] - 8:24
**support** [2] - 22:11, 22:12
**supposed** [1] - 21:15
**surely** [3] - 47:3, 47:10, 52:3
**surprise** [1] - 30:23
**suspicions** [1] - 52:3
**Sussman** [2] - 66:4, 66:5
**sustain** [3] - 37:1, 58:6, 72:11
**sustained** [16] - 30:18, 31:4, 33:9, 34:23, 35:16, 35:24, 38:9, 38:11, 51:22, 57:23, 70:2, 70:15, 73:4, 89:18
**sustaining** [1] - 89:20
**swept** [1] - 74:3
**switch** [3] - 77:25, 87:9, 88:2
**switched** [1] - 17:4
**sworn** [2] - 10:4, 60:22

## T

**table** [9] - 34:8, 35:3, 75:14, 75:25, 78:6, 80:1, 81:22, 81:23, 82:2
**tables** [1] - 78:15
**tabletop** [5] - 79:21, 79:22, 79:23, 80:2, 81:24
**tag** [1] - 87:19
**talks** [1] - 73:1
**tall** [1] - 27:9
**tape** [1] - 84:20
**Tax** [1] - 43:25
**tax** [20] - 16:15, 16:19, 18:11, 18:17, 41:1, 41:15, 42:15, 42:19, 42:21, 43:5, 43:9, 43:11, 43:16, 43:23, 43:24, 44:17, 51:16, 54:14
**taxes** [2] - 17:3, 51:17
**TCB** [1] - 59:19
**technicality** [1] - 68:24
**technological** [1] - 89:9
**telephone** [1] - 4:14
**ten** [4] - 48:24, 66:7, 78:18, 95:16
**tenant** [2] - 75:2, 75:3
**terminate** [1] - 75:1
**termination** [1] - 74:25
**terms** [3] - 29:12, 57:2, 59:8
**testified** [8] - 10:5, 36:9,

37:5, 37:8, 37:21, 37:23, 52:16, 60:23
**testify** [1] - 36:15
**testifying** [1] - 36:8
**testimony** [12] - 39:6, 39:12, 39:23, 40:2, 40:6, 40:10, 42:3, 53:17, 92:1, 94:11, 94:12, 94:23
**text** [1] - 82:14
**THE** [353] - 1:1, 1:1, 1:10, 3:3, 3:5, 3:7, 3:9, 3:12, 3:23, 5:9, 5:17, 6:4, 6:10, 6:16, 6:25, 7:3, 7:8, 7:15, 7:18, 7:22, 8:6, 8:14, 8:17, 8:24, 9:5, 9:10, 9:15, 9:19, 9:22, 9:24, 11:1, 11:5, 12:22, 12:24, 12:25, 13:6, 13:9, 14:23, 14:24, 15:2, 15:4, 15:7, 16:16, 16:18, 17:9, 17:12, 17:16, 17:21, 17:24, 17:25, 18:2, 18:3, 18:4, 18:6, 18:7, 18:14, 18:16, 18:21, 18:22, 18:23, 19:11, 19:13, 19:14, 19:16, 21:18, 21:24, 22:1, 22:2, 22:4, 22:5, 22:7, 22:8, 23:10, 23:12, 23:14, 23:16, 23:21, 23:23, 23:24, 24:1, 24:2, 24:3, 24:4, 24:5, 24:6, 24:8, 24:11, 24:13, 24:15, 24:20, 24:22, 25:1, 25:7, 25:8, 25:17, 25:22, 26:3, 27:4, 27:21, 29:14, 29:15, 29:18, 29:19, 29:25, 30:1, 30:14, 30:17, 30:18, 30:19, 31:4, 31:18, 31:20, 31:23, 31:25, 32:2, 32:3, 32:4, 32:5, 33:2, 33:9, 33:19, 33:22, 33:25, 34:1, 34:3, 34:18, 34:23, 35:16, 35:19, 35:24, 36:3, 36:21, 36:23, 36:25, 37:16, 37:18, 37:19, 38:9, 38:11, 38:16, 38:20, 39:15, 41:6, 41:12, 41:16, 41:18, 41:20, 41:22, 41:24, 42:1, 42:2, 42:4, 42:6, 42:11, 46:18, 46:21, 48:2, 48:7, 48:9, 48:11, 48:13, 48:14, 48:15, 48:16, 48:19, 48:21, 48:23, 48:24, 48:25, 49:4, 49:7, 49:11, 49:20, 49:24, 50:5, 50:7, 50:9, 50:19, 50:20, 51:12, 51:22, 52:7, 52:10, 52:14, 53:14, 53:24, 54:2, 54:3, 54:6, 54:7, 54:9, 54:16, 54:19, 54:21, 54:25, 55:6, 55:14, 55:16, 55:25, 56:3, 56:7, 56:20, 57:7, 57:9, 57:23, 58:3, 58:6, 58:12,

58:17, 60:8, 60:10, 60:13, 60:16, 60:18, 60:19, 60:24, 61:1, 61:2, 61:5, 62:16, 62:17, 63:11, 63:14, 63:20, 64:1, 65:10, 65:15, 65:20, 65:25, 67:16, 67:23, 68:3, 68:11, 68:14, 68:22, 69:5, 69:11, 69:15, 69:20, 69:24, 70:6, 70:7, 70:8, 70:13, 70:19, 70:21, 70:25, 71:2, 71:4, 71:5, 71:8, 71:9, 71:10, 71:11, 71:14, 71:21, 72:2, 72:5, 72:7, 72:14, 72:17, 72:23, 73:1, 73:4, 73:7, 74:19, 75:13, 75:15, 75:17, 76:7, 76:9, 76:11, 76:13, 77:1, 77:2, 77:3, 77:4, 78:1, 78:24, 79:7, 80:12, 80:16, 80:21, 80:24, 81:6, 81:7, 81:8, 81:9, 81:15, 81:17, 82:4, 82:5, 82:7, 82:9, 82:20, 82:22, 82:24, 83:20, 83:23, 84:2, 84:6, 84:9, 84:11, 84:14, 85:15, 85:16, 85:18, 86:23, 86:24, 87:1, 87:21, 88:8, 88:19, 88:21, 88:23, 88:24, 89:1, 89:18, 89:20, 89:25, 90:4, 91:1, 91:4, 91:6, 91:18, 92:2, 92:7, 92:10, 92:13, 92:16, 92:21, 92:25, 93:2, 93:5, 93:10, 93:17, 93:19, 93:23, 94:5, 94:7, 94:10, 94:19, 95:6, 95:11, 95:23, 96:1, 96:14, 96:17, 96:20, 96:23, 97:1, 97:8, 97:13
**third** [1] - 56:15
**thousand** [1] - 49:1
**thousands** [1] - 48:22
**three** [7] - 14:25, 15:1, 15:2, 34:24, 44:10, 92:23, 94:24
**threw** [1] - 28:21
**throughout** [1] - 27:12
**tired** [1] - 21:9
**today** [2] - 37:25, 50:21
**together** [5] - 23:8, 28:11, 43:11, 59:13, 59:14
**took** [21] - 8:3, 30:23, 31:22, 32:14, 32:16, 35:3, 35:4, 35:6, 50:10, 66:3, 68:16, 79:25, 81:5, 81:11, 81:12, 81:13, 82:1, 86:13, 89:14, 93:14, 94:3
**tooken** [1] - 32:13
**top** [4] - 75:24, 76:3, 76:23, 78:18
**total** [1] - 43:12
**totaled** [1] - 41:4
**touch** [1] - 77:2

**Touch** [1] - 77:1
**town** [4] - 27:23, 27:24, 28:12, 28:16
**Toyota** [3] - 12:19, 13:17, 40:7
**trafficking** [1] - 47:8
**trainer** [1] - 59:1
**transcript** [7] - 62:18, 63:5, 63:21, 65:5, 98:8, 98:9
**TRANSCRIPT** [1] - 1:9
**transcripts** [3] - 7:18, 7:21, 7:22
**trash** [1] - 75:8
**trashed** [1] - 74:3
**travel** [5] - 12:4, 12:10, 19:11, 19:12
**Travel** [2] - 12:6, 12:12
**Traveling** [1] - 12:2
**trial** [27] - 8:5, 10:1, 37:5, 37:8, 37:11, 37:21, 46:9, 52:17, 54:5, 54:8, 56:14, 56:15, 67:10, 68:11, 68:12, 68:15, 70:3, 70:4, 71:12, 71:13, 72:3, 72:21, 87:14, 93:20, 94:14
**TRIAL** [1] - 1:9
**trials** [3] - 70:3, 92:23
**trouble** [1] - 45:7
**truck** [8] - 74:2, 74:5, 77:16, 78:17, 78:21, 81:13, 81:14, 83:6
**true** [8] - 10:21, 18:4, 19:23, 20:1, 64:11, 65:20, 98:7, 98:8
**truthful** [2] - 36:18, 38:4
**try** [2] - 16:6, 97:13
**trying** [8] - 26:22, 28:7, 55:19, 55:20, 66:21, 69:4, 79:13, 95:21
**turn** [5] - 9:23, 21:2, 29:3, 56:9, 87:11
**turns** [1] - 91:11
**TV** [7] - 30:7, 30:8, 30:11, 30:21, 31:14, 82:12
**two** [26] - 3:16, 4:12, 4:14, 5:18, 5:25, 6:7, 7:6, 7:8, 7:13, 7:15, 7:21, 7:25, 18:12, 43:6, 51:4, 69:8, 69:17, 70:3, 75:11, 75:13, 75:15, 76:23, 86:24, 87:7, 92:22
**type** [5] - 57:12, 72:22, 75:18, 84:22, 85:10
**typically** [1] - 5:5

## U

**U.S** [2] - 66:22, 91:21
**uncontested** [1] - 94:14
**under** [6] - 11:24, 17:3,

75:14, 83:6, 83:9, 94:2
**unexplained** [1] - 47:15
**UNITED** [3] - 1:1, 1:2, 1:10
**United** [10] - 1:14, 1:15, 1:15, 1:23, 62:7, 62:8, 63:3, 63:8, 71:24, 98:14
**unloading** [1] - 83:7
**unlock** [1] - 27:14
**unlocked** [2] - 27:7, 27:11
**unnecessary** [1] - 96:10
**unrelated** [1] - 6:17
**up** [43] - 8:3, 8:10, 17:3, 18:21, 19:4, 21:2, 22:18, 22:20, 26:21, 26:23, 27:17, 29:2, 30:4, 30:6, 30:9, 38:22, 45:16, 50:3, 50:13, 51:11, 52:25, 53:5, 61:14, 62:13, 62:15, 66:8, 77:22, 78:16, 78:17, 79:10, 79:14, 80:5, 80:6, 83:6, 83:8, 83:18, 84:15, 84:23, 92:3, 93:9, 96:3, 96:10, 97:15
**upstairs** [4] - 28:18, 30:6, 82:10, 82:11
**Urschel** [10] - 1:14, 61:4, 62:11, 62:20, 73:10, 74:21, 77:9, 79:2, 82:19, 86:18
**URSCHEL** [29] - 7:12, 62:12, 63:16, 63:23, 65:17, 67:14, 67:22, 67:24, 69:1, 70:9, 70:20, 71:15, 71:22, 76:10, 78:3, 80:15, 81:18, 82:23, 89:17, 90:2, 91:3, 91:13, 91:21, 92:6, 95:9, 96:15, 96:19, 97:9, 97:12
**useful** [1] - 85:5
**user** [1] - 52:20

## V

**vacate** [1] - 75:3
**vacated** [2] - 73:25, 74:9
**Valentine** [3] - 79:10, 79:24, 90:10
**Valentine's** [7] - 9:20, 9:24, 10:8, 10:9, 60:24, 79:11, 79:17
**variety** [1] - 75:21
**vat** [1] - 75:16
**vats** [1] - 75:16
**vehicle** [5] - 15:18, 52:18, 52:21, 52:23, 62:1
**verberating** [1] - 27:12
**version** [1] - 78:23
**versus** [5] - 62:7, 62:9, 63:3, 63:8, 71:24
**vibrating** [1] - 27:11
**Vicki** [2] - 1:23, 90:9
**VICKI** [1] - 98:6
**view** [1] - 31:14

**viewing** [1] - 30:7
**VIP** [2] - 77:22, 82:13
**Virginia** [1] - 28:1
**void** [1] - 75:3
**vs** [1] - 1:4

## W

**W-2** [2] - 43:9, 44:3
**W-2s** [1] - 41:15
**wait** [8] - 3:10, 6:24, 24:11, 27:15, 49:24, 49:25, 83:20
**waiting** [1] - 94:20
**wake** [1] - 30:3
**wakes** [1] - 30:5
**Waldorf** [8] - 23:9, 23:16, 24:4, 39:1, 39:5, 39:15, 39:16, 39:25
**walked** [1] - 20:25
**walking** [1] - 39:7
**wall** [1] - 87:8
**wants** [2] - 64:1, 71:25
**warehouse** [26] - 73:13, 73:14, 73:16, 73:19, 73:21, 73:22, 73:24, 73:25, 74:10, 74:12, 74:13, 75:6, 75:10, 78:8, 83:14, 85:4, 86:7, 86:14, 89:3, 91:17, 91:23, 91:25, 92:20, 92:24, 93:16, 96:25
**warn** [1] - 90:19
**warrant** [10] - 23:25, 25:12, 25:16, 32:19, 32:21, 32:23, 34:11, 34:12, 34:14
**washed** [2] - 74:4, 74:13
**Washington** [5] - 1:16, 1:21, 1:24, 64:15, 98:15
**wearing** [3] - 9:19, 9:21, 61:1
**Webb** [1] - 25:20
**weekend** [6] - 14:7, 14:13, 15:10, 27:19, 27:25, 28:2
**weeks** [1] - 21:23
**welcome** [1] - 97:10
**white** [3] - 13:21, 13:23, 13:24
**whoever's** [1] - 27:15
**whole** [2] - 72:3, 73:1
**wife** [1] - 7:1
**Willis** [1] - 80:8
**Wills** [2] - 42:3, 80:8
**window** [1] - 75:19
**windows** [1] - 77:21
**wire** [3] - 3:25, 4:1, 6:2
**wiretap** [4] - 5:21, 6:1, 6:3, 6:5
**withdraw** [6] - 66:25, 67:8, 68:16, 68:20, 68:21, 68:23
**Witness** [1] - 60:12
**witness** [28] - 5:12, 6:19, 7:4, 17:10, 19:6, 19:15, 26:7,

31:3, 31:15, 33:21, 37:1, 37:6, 37:9, 37:22, 53:18, 55:6, 55:9, 55:10, 58:16, 60:13, 60:14, 62:21, 67:18, 71:17, 91:1, 91:5
**WITNESS** [58] - 12:25, 16:18, 17:21, 17:25, 18:3, 18:6, 18:16, 18:22, 19:13, 19:16, 22:1, 22:4, 22:7, 23:12, 23:16, 29:15, 29:19, 30:1, 30:17, 30:19, 31:20, 31:25, 32:3, 32:5, 34:1, 36:21, 36:23, 37:18, 38:16, 48:2, 48:9, 48:13, 48:15, 48:19, 48:23, 48:25, 49:7, 49:20, 50:5, 50:9, 50:20, 60:19, 60:24, 61:2, 70:25, 71:4, 71:8, 71:10, 71:14, 75:17, 77:1, 77:3, 81:7, 81:9, 82:5, 82:9, 86:24, 88:24
**witnesses** [3] - 7:5, 7:8, 7:13
**woman** [1] - 3:21
**woman's** [1] - 3:19
**women** [2] - 3:16, 5:18
**workbench** [1] - 87:10
**wrap** [8] - 78:16, 78:19, 84:19, 84:21, 84:22, 85:1, 85:11
**wraps** [1] - 79:24
**write** [1] - 67:6
**writing** [7] - 83:19, 83:21, 83:24, 84:3, 84:4, 84:7, 91:16
**written** [1] - 75:2
**wrote** [4] - 55:15, 67:5, 67:7, 95:20

## Y

**Yanta** [1] - 5:16
**Yanta's** [1] - 5:3
**year** [10] - 12:17, 12:18, 14:20, 18:9, 21:23, 22:6, 43:2, 43:5, 43:10, 48:17
**yearly** [1] - 14:17
**years** [11] - 18:5, 21:22, 41:6, 41:7, 41:16, 44:11, 54:12, 66:8, 66:9, 88:3
**yelled** [1] - 29:2
**yellow** [5] - 88:15, 88:16, 88:17, 88:20, 88:24
**yesterday** [2] - 3:14, 5:24
**yourselves** [1] - 90:8